# Judge
# J. Daniel Breen

## Case #: 09-1043