**Receipt:**



| Intake Clerk: | Receipt Number: | Receipt Date: |
|---|---|---|
| jennifer | J32761 | 02/23/2009 |

## United States District Court
### Western District of Tennessee

Western Division-Memphis  
167 N. Main, Room 242  
Memphis, TN 38103  
(901) 495 - 1200

Eastern Division-Jackson  
Room 262, 111 South Avenue  
Jackson, TN 38301  
(731) 421-9200

Received From:  
RUSTY REVIERE  
209 E MAIN STREET  
JACKSON, TN 38301

**Cash:**  
**Check:**  
**Credit:** $350.00  
**Money Order:**  
**EFT:**  
**Total Amount Owed:** $350.00  
**Total Amount Paid:** $350.00  
**Change:** $.00

### Receipt Details

1  Civil Filing Fee  **Amount Owed:** $350.00  
   Case Number 1:09CV1043  
   NATINAL BOARD OF MEDICAL EXAMINERS, ET AL vs FEDE

Total Lines: 1  **Total Amount:** $350.00