AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| WESTERN | District of | TENNESSEE |
|---|---|---|

NATIONAL BOARD OF MEDICAL EXAMINERS
et al.

V.

OPTIMA UNIVERSITY LLC et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:09 - 1043-73

TO: (Name and address of Defendant)

Optima University LLC
1774 Highway 22
McKenzie, Tennessee 38201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Russell E. Reviere
Rainey, Kizer, Reviere & Bell, P.L.C.
105 Highland Avenue South
P.O. Box 1147
Jackson, TN 38301

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| THOMAS M. GOULD | 2/24/09 |
|---|---|
| CLERK | DATE |

s/Anna Jordan

(By) DEPUTY CLERK

AO 440  (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 02/24/09 |
| NAME OF SERVER *(PRINT)*  Gail Vanden Bosch | TITLE  Paralegal | |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant.  Place where served: Eihab Suliman 1774 Hwy 22 McKenzie TN

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02/24/09  _____
              Date         *Signature of Server*

209 E. Main Jackson TN
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.