# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE

|  |  |  |
|---|---|---|
| NATIONAL BOARD OF MEDICAL EXAMINERS *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | Civil Action No. 09-1043-JDB |
| OPTIMA UNIVERSITY LLC *et al.*, | ) ) | |
| Defendants. | ) ) | |

## MOTION TO AMEND ORDER TO ALLOW FOR NOTICE OF SURETY

Come now the counsel for the Plaintiffs, and respectfully request an amendment to this Court's Order on the Plaintiffs' *Ex Parte* Motion for Seizure and Impoundment of Infringing Materials, to allow for the filing of a Notice of Surety in satisfaction of the bond requirement contained in such Order.

85009005.1

DATED:  This, the 26th day of February, 2009.

Respectfully submitted,

s/ Russell E. Reviere
Russell E. Reviere
Rainey, Kizer, Reviere & Bell, P.L.C.
105 Highland Avenue South
P.O. Box 1147
Jackson, TN 38301
(731) 423-2414
Fax:  (731) 426-8111
rreviere@raineykizer.com

Robert A. Burgoyne
Caroline M. Mew
FULBRIGHT & JAWORSKI L.L.P.
801 Pennsylvania Avenue, N.W.
Washington, DC 20004-2623
(202) 662-0200
Fax: (202) 662-4643
rburgoyne@fulbright.com
cmew@fulbright.com

*Counsel for Plaintiffs National Board of Medical Examiners and Federation of State Medical Boards*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of this pleading or document was served upon the following via U.S. Mail postage prepaid:

Optima University, LLC
1774 Highway 22
McKenzie, Tennessee 38201

Eihab Mohammed Suliman
1774 Highway 22
McKenzie, Tennessee 38201

This the 26th day of February, 2008.

                                                  s/ Russell E. Reviere_____