# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| NATIONAL BOARD OF MEDICAL EXAMINERS *et al.*, ) ) ) ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 09-1043-JDB |
| ) | |
| OPTIMA UNIVERSITY LLC *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING PLAINTIFF'S MOTION TO AMEND ORDER TO ALLOW FOR NOTICE OF SURETY

Upon motion of the Plaintiffs, and the entire record herein, the Plaintiffs' Motion to Amend Order to Allow for Notice of Surety in Satisfaction of bond requirement is hereby **GRANTED**.

Therefore, the Plaintiff shall be allowed to file a Notice of Surety in satisfaction of the bond requirement contained in this Court's Order on the Plaintiffs' *Ex Parte* Motion for Seizure and Impoundment of Infringing Materials.

IT IS SO ORDERED this 26th day of February, 2009.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

85009005.1

**APPROVED FOR ENTRY BY:**

s/ Russell E. Reviere
Russell E. Reviere
Rainey, Kizer, Reviere & Bell, P.L.C.
105 Highland Avenue South
P.O. Box 1147
Jackson, TN 38301
(731) 423-2414
Fax:  (731) 426-8111
rreviere@raineykizer.com

Robert A. Burgoyne
Caroline M. Mew
FULBRIGHT & JAWORSKI L.L.P.
801 Pennsylvania Avenue, N.W.
Washington, DC 20004-2623
(202) 662-0200
Fax: (202) 662-4643
rburgoyne@fulbright.com
cmew@fulbright.com

*Counsel for Plaintiffs National Board of Medical Examiners and Federation of State Medical Boards*

85009005.1

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of this pleading or document was served upon the following via U.S. Mail postage prepaid:

Optima University, LLC
1774 Highway 22
McKenzie, Tennessee 38201

Eihab Mohammed Suliman
1774 Highway 22
McKenzie, Tennessee 38201

This the 26th day of February, 2008.

            s/ Russell E. Reviere_____