## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE

_____

|  |  |
|---|---|
| ) | |
| **NATIONAL BOARD OF MEDICAL** ) | |
| **EXAMINERS** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| **v.** ) | **Civil Action No. 09-1043-JDB** |
| ) | |
| **OPTIMA UNIVERSITY LLC** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| _____) | _____ |

## NOTICE OF SURETY
_____

We stand as surety in this cause in an amount not to exceed $1,000.00.

RAINEY, KIZER, REVIERE & BELL, PLC


___s/ Russell E. Reviere_____

85009005.1

DATED:  This, the 26th day of February, 2009.

Respectfully submitted,

s/ Russell E. Reviere
Russell E. Reviere
Rainey, Kizer, Reviere & Bell, P.L.C.
105 Highland Avenue South
P.O. Box 1147
Jackson, TN 38301
(731) 423-2414
Fax:  (731) 426-8111
rreviere@raineykizer.com

Robert A. Burgoyne
Caroline M. Mew
FULBRIGHT & JAWORSKI L.L.P.
801 Pennsylvania Avenue, N.W.
Washington, DC 20004-2623
(202) 662-0200
Fax: (202) 662-4643
rburgoyne@fulbright.com
cmew@fulbright.com

*Counsel for Plaintiffs National Board of
Medical Examiners and Federation of State
Medical Boards*

85009005.1

2

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of this pleading or document was served upon the following via U.S. Mail postage prepaid:

Optima University, LLC
1774 Highway 22
McKenzie, Tennessee 38201

Eihab Mohammed Suliman
1774 Highway 22
McKenzie, Tennessee 38201

This the 26th day of February, 2008.

s/ Russell E. Reviere_____

85009005.1

3