09226/66446-RER

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE

**NATIONAL BOARD OF MEDICAL EXAMINERS** *et al.*,

   **Plaintiffs,**

 v.

**OPTIMA UNIVERSITY LLC** *et al.*,

   **Defendants.**

**Civil Action No. 09-1043-JDB**

_____

## MOTION TO UNSEAL CASE

  Come now counsel for Plaintiffs, and respectfully request that this case be unsealed as the need for keeping this matter under seal no longer exists at this time.

  This the 4th day of March, 2009.

        Respectfully Submitted,

        s/ Russell E. Reviere
        RAINEY, KIZER, REVIERE & BELL, P.L.C.
        105 Highland Avenue South
        P.O. Box 1147
        Jackson, TN 38301
        (731) 423-2414
        Fax: (731) 426-8111
        rreviere@raineykizer.com

        Robert A. Burgoyne
        Caroline M. Mew
        FULBRIGHT & JAWORSKI L.L.P.
        801 Pennsylvania Avenue, N.W.
        Washington, DC 20004-2623
        (202) 662-0200
        Fax: (202) 662-4643
        rburgoyne@fulbright.com
        cmew@fulbright.com

        Counsel for Plaintiffs National Board of Medical
        Examiners and Federation of State Medical
        Boards

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of this pleading or document was served upon the following via U.S. Mail postage prepaid:

  Optima University, LLC
  1774 Highway 22
  McKenzie, Tennessee 38201

  Eihab Mohammed Suliman
  1774 Highway 22
  McKenzie, Tennessee 38201

    This the 4th day of March, 2009.

        s/ Russell E. Reviere

2