# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **NATIONAL BOARD OF MEDICAL EXAMINERS** *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **Civil Action No. 09-1043-JDB** |
| **OPTIMA UNIVERSITY LLC** *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## PLAINTIFFS' MOTION FOR LEAVE TO TAKE DISCOVERY

Plaintiffs hereby move the Court for leave to take third-party discovery relating to Defendants' USMLE preparation course in advance of the parties' Rule 26 conference. The reasons for this motion are set forth in the memorandum of law filed herewith.

Wherefore, Plaintiffs request that the Court grant their motion and permit Plaintiffs to take such discovery.

Dated:  March 4, 2009.

85021724.1

          Respectfully submitted,

          s/ Russell E. Reviere
         Russell E. Reviere
         Rainey, Kizer, Reviere & Bell, P.L.C.
         105 Highland Avenue South
         P.O. Box 1147
         Jackson, TN 38301
         (731) 423-2414
         Fax:  (731) 426-8111
         rreviere@raineykizer.com

         Robert A. Burgoyne
         Caroline M. Mew
         FULBRIGHT & JAWORSKI L.L.P.
         801 Pennsylvania Avenue, N.W.
         Washington, DC 20004-2623
         (202) 662-0200
         Fax: (202) 662-4643
         rburgoyne@fulbright.com
         cmew@fulbright.com

         *Counsel for Plaintiffs National Board of*
         *Medical Examiners and Federation of State*
         *Medical Boards*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of this pleading or document was served upon the following via U.S. Mail postage prepaid on March 5, 2009 (with a courtesy copy of this Pleading sent to Defendant's Counsel at jbradberryesq@citlink.net):

 Optima University, LLC
 1774 Highway 22
 McKenzie, Tennessee 38201

 Eihab Mohammed Suliman
 1774 Highway 22
 McKenzie, Tennessee 38201

          s/ Russell E. Reviere

85021724.1