09226/66446-RER

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| NATIONAL BOARD OF MEDICAL EXAMINERS, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 09-1043-JDB |
| OPTIMA UNIVERSITY, LLC, et al., | |
| Defendants. | |

### ORDER GRANTING PLAINTIFF'S MOTION TO UNSEAL CASE

Upon motion of the Plaintiffs, and the entire record herein, the Plaintiff's Motion to Unseal Case is hereby **GRANTED**.

Therefore, this case is hereby unsealed, including the entire record previously filed in this matter, as well as any and all future filings in this matter.

IT IS SO ORDERED this the 5th day of March, 2009.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE