IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| NATIONAL BOARD OF MEDICAL EXAMINERS et al., | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | )   Civil Action No. 09-1043-JDB/egb |
| OPTIMA UNIVERSITY LLC et al., | )<br>)<br>) |
| Defendants. | ) |

_____

**ORDER OF REFERENCE**
_____

Before the Court is Plaintiff's Motion for Leave to Take Discovery filed on March 4, 2009. This motion is referred to the United States Magistrate Judge for determination. Any objections to the magistrate judge's order shall be made within ten (10) days after service of the order, setting forth particularly those portions of the order objected to and the reasons for the objections. Failure to timely assign as error a defect in the magistrate judge's order will constitute a waiver of that objection. See Rule 72(a), Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 5th day of March, 2009.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE