UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

_____

| | |
|---|---|
| **NATIONAL BOARD OF MEDICAL EXAMINERS *et al.*,** ) ) ) ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 09-1043-JDB |
| ) | |
| **OPTIMA UNIVERSITY LLC *et al.*,** ) ) | |
| Defendants. ) | |

_____

### ORDER
_____

This matter is before the Court on Plaintiffs' emergency motion for an Order requiring Defendants to show cause why they should not be held in contempt of Court for violating the Court's Order of February 23, 2009. Based on the record in this matter and any argument of counsel, and for good cause shown, Plaintiffs' motion is GRANTED.

Defendants are hereby ORDERED to appear before the Court on March 18, 2009, at 1:30 p.m. and show cause why they should not be held in contempt of Court for violating the Court's Order of February 23, 2009.

Dated: March 10, 2009.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

85021325.1