UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Eastern Division
Office of the Clerk

*Thomas M. Gould, Clerk*  *Deputy-in-Charge*
*242 Federal Building*  *U.S. Courthouse, Room 262*
*167 N. Main Street*  *111 South Highland Avenue*
*Memphis, Tennessee 38103*  *Jackson, Tennessee  38301*
*(901) 495-1200*  *(731) 421-9200*

NOTICE OF RESETTING
Before Judge J. Daniel Breen, United States District Judge

**March 10, 2009**

RE:  1:09-cv-1043-JDB
**National Board of Medical Examiners, et al vs. Optima University LLC, et al**

**Dear Sir/Madam:**

A **SHOW CAUSE HEARING**  has been **SET** for **WEDNESDAY, MARCH 18, 2009** at **1:30 P.M. in Courtroom 1, 4th floor of the U. S. Courthouse, Jackson, Tennessee.**

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
THOMAS M. GOULD, CLERK
BY: s/ Evelyn Cheairs
    Case Manager to Judge J. Daniel Breen
    731-421-9207