# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

|  |  |  |
|---|---|---|
| **NATIONAL BOARD OF MEDICAL EXAMINERS** *et al.*, | ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **Civil Action No. 09-1043-JDB** |
| **OPTIMA UNIVERSITY LLC** *et al.*, | ) ) ) | |
| **Defendants.** | ) | |

## MOTION OF CAROLINE M. MEW FOR SPECIAL ADMISSION TO THE BAR FOR THE WESTERN DISTRICT OF TENNESSEE PURSUANT TO LOCAL RULE 83.1(b)

The undersigned attorney, Caroline M. Mew, moves this Court pursuant to Local Rule 83.1(b) for an Order specially admitting her to the bar for the Western District of Tennessee for the purpose of participating as an attorney of record for the Plaintiffs in the above-captioned case. In support of this motion, the undersigned has attached to this motion her Certificate of Good Standing from the Court of Appeals for the District of Columbia. The undersigned hereby certifies that she has obtained and is familiar with the Local Rules of this Court, including the Guidelines of Professional Conduct. Further, the undersigned has associated Russell E. Reviere and the law firm of Rainey, Kizer, Reviere & Bell, P.L.C. in Jackson, Tennessee to serve as local counsel in this case.

85023344.1

Respectfully submitted,

FULBRIGHT & JAWORSKI, L.L.P.

By: /s/  Caroline M. Mew
       Caroline M. Mew (D.C. Bar No. 467354)
       801 Pennsylvania Avenue, N.W.
       Washington, D.C.  20004-2623
       Telephone:  (202) 662-0200
       cmew@fulbright.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of this pleading or document is being served upon the following via U.S. Mail postage prepaid:

Optima University, LLC
1774 Highway 22
McKenzie, Tennessee 38201

Eihab Mohammed Suliman
1774 Highway 22
McKenzie, Tennessee 38201

This the 13th day of March, 2009.

       s/ Russell E. Reviere