# Receipt



| Intake Clerk: | Receipt Number: | Receipt Date: |
|---|---|---|
| annaj | J32854 | 03/17/2009 |

## United States District Court
### Western District of Tennessee

| Western Division-Memphis | Eastern Division-Jackson |
|---|---|
| 167 N. Main, Room 242 | Room 262, 111 South Avenue |
| Memphis, TN 38103 | Jackson, TN 38301 |
| (901) 495 - 1200 | (731) 421-9200 |

**Received From:**
CAROLINE MEW
801 PENNSYLVANIA AVE NW
WASHINGTON, DC 20004

**Cash:**
**Check:**
**Credit:** $100.00
**Money Order:**
**EFT:**
**Total Amount Owed:** $100.00
**Total Amount Paid:** $100.00
**Change:** $.00

### Receipt Details

1  Motion Pro Hoc Vice                                 **Amount Owed:**        $100.00
   Case Number 1:09CV1043
   CAROLINE MEW
   801 PENNSYLVANIA AVE NW
   WASHINGTON, DC 20004

Total Lines: 1                                         **Total Amount:**       **$100.00**