# Receipt



| Intake Clerk: | Receipt Number: | Receipt Date: |
|---|---|---|
| annaj | J32853 | 03/17/2009 |

## United States District Court
Western District of Tennessee

Western Division-Memphis  
167 N. Main, Room 242  
Memphis, TN 38103  
(901) 495 - 1200

Eastern Division-Jackson  
Room 262, 111 South Avenue  
Jackson, TN 38301  
(731) 421-9200

---

**Received From:**  
ROBERT BURGOYNE  
801 PENNSYLVANIA AVE, NW  
WASHINGTON, DC 20001

**Cash:**  
**Check:**  
**Credit:** $100.00  
**Money Order:**  
**EFT:**  
**Total Amount Owed:** $100.00  
**Total Amount Paid:** $100.00  
**Change:** $.00

---

### Receipt Details

1  Motion Pro Hoc Vice            **Amount Owed:**   $100.00  
   Case Number 1:09CV1043  
   ROBERT BURGOYNE  
   801 PENNSYLVANIA AVE NW           Bar Number 366757  
   WASHINGTON, DC 20004

---

Total Lines: 1            **Total Amount:**   **$100.00**