# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| NATIONAL BOARD OF MEDICAL EXAMINERS *et al.*, ) ) ) ) Plaintiffs, ) v. ) OPTIMA UNIVERSITY LLC *et al.*, ) ) Defendants. ) | Civil Action No. 09-1043-JDB |

**ORDER SPECIALLY ADMITTING ROBERT A. BURGOYNE TO THE BAR FOR THE WESTERN DISTRICT OF TENNESSEE PURSUANT TO LOCAL RULE 83.1(b)**

THIS MATTER came before this Court upon the motion of Robert A. Burgoyne, Esq., a member in good standing of the bar of the District of Columbia, for special admission to the bar of this Court pursuant to Local Rule 83.1(b). It appearing to this Court that the movant has satisfied the requirements of Local Rule 83.1(b),

IT IS, THEREFORE, ORDERED that Robert A. Burgoyne be, and is hereby, specially admitted to the bar of this Court pursuant to Local Rule 83.1(b) for the purpose of participating as an attorney of record for the Plaintiffs, in the above-captioned case.

IT IS SO ORDERED this 17th day of March, 2009.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

85023354.1