*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*Eastern Division*
*Office of the Clerk*

*Thomas M. Gould, Clerk*                                          *Deputy-in-Charge*
*242 Federal Building*                                            *U.S. Courthouse, Room 262*
*167 N. Main Street*                                              *111 South Highland Avenue*
*Memphis, Tennessee 38103*                                       *Jackson, Tennessee  38301*
*(901) 495-1200*                                                  *(731) 421-9200*

---

## NOTICE OF RESETTING
**Before Judge J. Daniel Breen, United States District Judge**

---

**March 18, 2009**

    **RE:    1:09-cv-1043-JDB**
           **National Board of Medical Examiners, et al vs. Optima University LLC, et al**

**Dear Sir/Madam:**

Pursuant to agreement of counsel, **the SHOW CAUSE HEARING** has been **RESET** for
**FRIDAY, MARCH 27, 2009** at **3:30 P.M. in Courtroom 1, 4th floor of the U. S. Courthouse, Jackson, Tennessee**.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
THOMAS M. GOULD, CLERK
BY: s/ Evelyn Cheairs
      Case Manager to Judge J. Daniel Breen
      731-421-9207