09226/66446-RER

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| NATIONAL BOARD OF MEDICAL EXAMINERS, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 09-1043-JDB |
| OPTIMA UNIVERSITY, LLC, et al., | |
| Defendants. | |

### ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION FOR ORDER FOR U.S. MARSHALL TO ATTEND SECOND SITE INSPECTION

Upon motion of the Plaintiffs, and the entire record herein, the Plaintiff's Emergency Motion for Order for U.S. Marshall to Attend Second Site Inspection is hereby **GRANTED**.

Therefore, this Court orders that a U.S. Marshall attend and be present at the second site inspection located at **1774 Highway 22, McKenzie, Tennessee on March 26, 2009 at 10:00 a.m**.

IT IS SO ORDERED this the 25th day of March, 2009.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE