

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
262 U.S. COURTHOUSE
111 S. HIGHLAND AVE.
JACKSON, TN 38301

OFFICIAL BUSINESS

Received From:
ROBERT BURGOYNE
801 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20001

☐ Not Deliverable As Addressed
☐ Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed   ☐ Refused
☐ Attempted Not Known
☐ No Such Number
☐ No Such Street
☐ Vacant   ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed — No Order
☐ Returned For Better Address
☐ Postage Due _____  Cash: _____

RECEIVED
09 MAR 30 PM 1:20
CLERK, US DISTRICT COURT
W/D OF TN, JACKSON

HASLER
03/16/2009
$0.42⁰
US POSTAGE
Mailed From 38301
017H15504748

NIXIE   207   4C   1   08   03/24/09
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD
BC: 38301610152   *2575-03480-18-42