**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
*Eastern Division*
*Office of the Clerk*

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee  38301* |
| *(901) 495-1200* | *(731) 421-9200* |

**NOTICE OF RESETTING**
Before Judge J. Daniel Breen, United States District Judge

**April 8, 2009**

RE:    1:09-cv-1043-JDB
         National Board of Medical Examiners, et al vs. Optima University LLC, et al

**Dear Sir/Madam:**

The **SHOW CAUSE HEARING** has been **RESET** for **TUESDAY, APRIL 14, 2009** at **9:30 A.M. in Courtroom 1, 4th floor of the U. S. Courthouse, Jackson, Tennessee**.

If you have any questions, please contact the case manager at the number provided below.

>Sincerely,
>THOMAS M. GOULD, CLERK
>BY: s/ Evelyn Cheairs
>        Case Manager to Judge J. Daniel Breen
>        731-421-9207