IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

**NATIONAL BOARD OF MEDICAL**
**EXAMINERS,** *et al,*

    **PLAINTIFFS,**

**VS.**　　　　　　　　　　　　　　　　　　　　　　　　　**Civil Action No. 09-1043-JDB**
**OPTIMA UNIVERSITY, LLC** *et al,*

    **DEFENDANTS.**

**ORDER**

    ***THIS MATTER*** came on to be heard by the Court on this 13th day of April, 2009, upon Defendant's Motion for Continuance and it appearing that in the interest of justice and fair play, the Hearing on the Motion by the Plaintiffs to show cause why the Defendant should not be held in contempt is hereby continued pending a setting.

    ***THEREFORE***, it is the Order of this Court that the hearing set for the Plaintiff's show cause motion is hereby continued from April 14, 2009 at 9:30 a.m. for a hearing to be set in the future.

                                                        s/ J. DANIEL BREEN
                                                        UNITED STATES DISTRICT JUDGE