UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

_____
                                   )
NATIONAL BOARD OF MEDICAL          )
  EXAMINERS *et al.*,              )
                                   )
           Plaintiffs,             )
    v.                             )   Civil Action No. 09-1043-JDB
                                   )
OPTIMA UNIVERSITY LLC *et al.*,    )
                                   )
           Defendants.             )
_____)_____

**NOTICE OF BANKRUPTCY COURT ORDERS
LIFTING THE AUTOMATIC STAY**
_____

      Plaintiffs National Board of Medical Examiners and Federation of State Medical Boards hereby notify the Court of certain orders that have been entered by the Honorable G. Harvey Boswell, United States Bankruptcy Judge for the Western District of Tennessee, in the bankruptcy cases that were filed by defendants Optima University LLC and Eihab Suliman.  The Orders lift the Bankruptcy Code's automatic stay as it applies to the present case.  Copies of the two Orders are attached.

      In light of the entry of these Orders, all pending motions in this case may be acted upon immediately by the Court, including the plaintiffs' motion for entry of contempt sanctions (filed on March 4, 2009, and supplemented on April 10, 2009, and May 18, 2009; see Docket #'s 13, 33, and 39); and plaintiffs' motion for leave to take expedited third-party discovery (filed on March 4, 2009; see Docket #'s 14 and 16).

85080920.1

Respectfully submitted,

s/ Russell E. Reviere_____
Russell E. Reviere
RAINEY, KIZER, REVIERE & BELL, P.L.C.
105 Highland Avenue South
P.O. Box 1147
Jackson, TN 38301
(731) 423-2414
Fax: (731) 426-8111
rreviere@raineykizer.com

Robert A. Burgoyne
Caroline M. Mew
FULBRIGHT & JAWORSKI L.L.P.
801 Pennsylvania Avenue, N.W.
Washington, DC 20004-2623
(202) 662-0200
Fax: (202) 662-4643
rburgoyne@fulbright.com
cmew@fulbright.com

*Counsel for Plaintiffs National Board of Medical Examiners and Federation of State Medical Boards*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was served on the following by electronic means via the Court's electronic filing system:

James H. Bradberry
Attorney at Law
109 N. Poplar Avenue
Dresden, TN 38225-1115

This the 26th day of May, 2009.

s/ Russell E. Reviere_____