IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

National Board of Medical Examiners et al

V.                                                                      Case No. 09-cv-01043-JDB-egb

Optima University LLC et al

ORDER OF TRANSFER

The above case is hereby transferred to Magistrate Judge Charmiane G. Claxton. The clerk is directed to take the appropriate action to reassign this case to Judge Claxton.

**s/ Edward G. Bryant**
EDWARD G. BRYANT
UNITED STATES MAGISTRATE JUDGE

Date: **June 16, 2009**