## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE

**NATIONAL BOARD OF MEDICAL**
**EXAMINERS,** *et al,*

    **PLAINTIFFS,**

**VS.**                                                        **Civil Action No. 09-1043-JDB**
**OPTIMA UNIVERSITY, LLC** *et al,*

    **DEFENDANTS.**

### MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

*NOW COMES* attorney for Defendant and moves this Court for an Order allowing him to withdraw as counsel for the Defendant and in support of this Motion would state to the Court as follows:

1. That from the outset of this lawsuit this attorney has been attempting to advise and counsel the Defendant relative to immediate matters.
2. That to assist the Defendant this attorney did enter up as counsel on April 13, 2009 in a Motion to Continue a Setting on Plaintiff's Motion and advised so in the Motion in paragraph 3 that his representation was for the purpose of assisting them in dealing with the show cause motion that had been filed against them.
3. Since April 13th there has been sporadic contact with the Defendant and this attorney has been advised that the Defendant is out of the country.
4. That in attempting to advise the Defendant, the Defendant has accumulated attorney fees in this office of a substantial amount which remain unpaid. The Defendant has advised this attorney that he is unable to satisfy these attorney fees.
5. That Counsel was notified sometime around the end of March that the Defendant had filed bankruptcy and no Order has been presented to this attorney from the Bankruptcy Court allowing him to represent the Defendant.

6. That given the inability to meet with the client and prepare any response to Plaintiff's motions, the unsatisfied attorney fees and the intervening bankruptcy petition, this counsel represents that he can no longer represent the Defendant.

Respectfully submitted,

S\James H. Bradberry

James H. Bradberry, B.P.R. #6727
James H. Bradberry and Associates
P.O. Box 789
Dresden, TN  38225
(731) 364-5411
(731) 364-2665 (fax)

## CERTIFICATE OF SERVICE

I do hereby certify that I served a copy of **Motion to Withdraw as Attorney** by depositing the same in the United States Postal Service following ordinary business practices on this 26th day of June, 2009 to Eihab Mohammed Suliman, 1774 Highway 22, McKenzie, TN  38201.

S\James H. Bradberry

_____
ATTORNEY FOR DEFENDANTS