IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

NATIONAL BOARD OF MEDICAL
EXAMINERS, *et al,*

    PLAINTIFFS,

VS.                                                                           Civil Action No. 09-1043-JDB
OPTIMA UNIVERSITY, LLC *et al,*

    DEFENDANTS.

**AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY**

*NOW COMES* the attorney for Defendant, James H. Bradberry and being first duly sworn does depose and say that he is personally familiar with the facts contained herein and that he has been advising the Defendant in this immediate matter since the filing of the Complaint but has never taken on the role of defense counsel for representation in the gravament of the Complaint but only in preliminary matters.

*FURTHER* the Deponent sayeth that he has been unable to meet and prepare any response to Plaintiff's Motion due to the Defendant being unavailable and absent from the country.

**FURTHER** this attorney's office has accumulated attorney fees in a substantial amount which have remained unpaid.  The Defendant also advises that he is unable to satisfy these fees.

**FURTHER** there has been no bankruptcy Order in the bankruptcy proceeding of the Defendant which would allow the Defendant to retain this attorney in the instant matter.

And further the Deponent sayeth not.

S\James H. Bradberry

James H. Bradberry, B.P.R. #6727
James H. Bradberry and Associates
P.O. Box 789
Dresden, TN  38225
(731) 364-5411
(731) 364-2665 (fax)

## CERTIFICATE OF SERVICE

I do hereby certify that I served a copy of **Affidavit** by depositing the same in the United States Postal Service following ordinary business practices on this 26th day of June, 2009 to Eihab Mohammed Suliman, 1774 Highway 22, McKenzie, TN  38201.

S\James H. Bradberry

_____
ATTORNEY FOR DEFENDANTS