IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

NATIONAL BOARD OF MEDICAL
EXAMINERS, et al.,

      Plaintiffs,

v.                                               No. 09-1043-JDB/cgc

OPTIMA UNIVERSITY, LLC, et al.,

      Defendants.

_____

**ORDER OF REFERENCE**
_____

      Before the Court is Attorney James H. Bradberry's Motion to Withdraw as Counsel for Defendant filed on June 29, 2009. This motion is referred to the United States Magistrate Judge for determination. Any objections to the magistrate judge's order shall be made within ten (10) days after service of the order, setting forth particularly those portions of the order objected to and the reasons for the objections. Failure to timely assign as error a defect in the magistrate judge's order will constitute a waiver of that objection. See Rule 72(a), Federal Rules of Civil Procedure.

      **IT IS SO ORDERED** this 29rd day of June, 2009.

      s/ J. DANIEL BREEN
      UNITED STATES DISTRICT JUDGE