UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U. S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee 38301* |
| *(901) 495-1200* | *(731) 421-9200* |

# NOTICE OF SETTING
### Before Judge Charmiane G. Claxton, United States Magistrate Judge

July 9, 2009

**RE:** *1:09cv1043 B/Cl*
     *National Board of Medical Examiners, et al -v- Optima University LLC, et al*

Dear Sir/Madam:

A **TELEPHONIC CONFERENCE CALL** *(hard line only, no cell phones)* re: Defense Counsel's Motion to Withdraw as Attorney (DE#43, filed 6/29/2009) has been **SET** before **Magistrate Judge Charmiane G. Claxton on Tuesday, July 21, 2009 at 10:00 a.m. (CST).**

If you have any questions, please contact the case manager at the telephone number or e-mail address provided below.

Sincerely,
THOMAS M. GOULD, CLERK

*s/Chris Sowell*
BY:   Chris Sowell, Case Manager
      901-495-1218
      chris_sowell@tnwd.uscourts.gov