# Exhibit A

B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

### Western District of Tennessee

In re   Optima University, LLC _____ ,          Case No.  09-11212 _____
_____Debtor_____

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:   March _____          Date filed: _____

Line of Business: _____          NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

Eihab Mohamed Suliman
_____
Printed Name of Responsible Party

| Questionnaire: *(All questions to be answered on behalf of the debtor.)* | Yes | No |
|---|---|---|
| 1.   IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2.   HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3.   DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4.   HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5.   HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ☐ | ☑ |
| 6.   HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7.   HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8.   DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9.   ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10.   HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11.   DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12.   HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13.   DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑ | ☐ |

Page 2

B 25C (Official Form 25C) (12/08)

| | | |
|---|---|---|
| 14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

### TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX    ☑    ☐
OBLIGATIONS?

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL
BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR
THE PAYMENT.

*(Exhibit A)*

### INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST
SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE
MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 24,950.00 |
| **SUMMARY OF CASH ON HAND** | | |
| Cash on Hand at Start of Month | $ | -4,162.00 |
| Cash on Hand at End of Month | $ | 2,280.00 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   **TOTAL** | $ | 20,788.00 |

*(Exhibit B)*

### EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK
ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE
PURPOSE AND THE AMOUNT.  *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 18,508.00 |

*(Exhibit C)*

### CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 24,950.00 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 18,508.00 |
| *(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH** | $ | 6,442.00 |

Page 3

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES $ _____ 0.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES $ _____ 0.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?    _____

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?    _____

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING
PERIOD?    $ _____ 5,436.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING
OF THE CASE?    $ _____ 0.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS
REPORTING PERIOD?    $ _____ 2,000.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE
FILING OF THE CASE?    $ _____ 0.00

Page 4

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

| | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ _____ | $ _____ | $ _____ |
| EXPENSES | $ _____ | $ _____ | $ _____ |
| CASH PROFIT | $ _____ | $ _____ | $ _____ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:         $ _____

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:        $ _____

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:      $ _____

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.

# Exhibit B

B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

## Western District of Tennessee

In re  Optima University, LLC _____ ,          Case No.  09-11212 _____
          _Debtor_

                                                          Small Business Case under Chapter 11

### SMALL BUSINESS MONTHLY OPERATING REPORT

Month:   April _____          Date filed: _____

Line of Business: _____          NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_Original Signature of Responsible Party_

Elhab Mohamed Suliman

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|:---:|:---:|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☐ | ☑ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

Page 2

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?     ☐  ☑

15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?     ☐  ☑

16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?     ☑  ☐

17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?     ☐  ☑

18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?     ☐  ☑

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX     ☑  ☐
OBLIGATIONS?

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL
BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR
THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST
SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE
MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| TOTAL INCOME | $ | 11,475.00 |
| **SUMMARY OF CASH ON HAND** | | |
| Cash on Hand at Start of Month | $ | 2,280.00 |
| Cash on Hand at End of Month | $ | 28,204.00 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL | $ | 13,755.00 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK
ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE
PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| TOTAL EXPENSES | $ | 7,066.00 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 11,475.00 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 7,066.00 |
| *(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH** | $ | 4,409.00 |

Page 3

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

|  |  |  |
|---|---|---|
| **TOTAL PAYABLES** | $ | 0.00 |

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

|  |  |  |
|---|---|---|
| **TOTAL RECEIVABLES** | $ | 0.00 |

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

Page 3

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES  $ _____ 0.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES  $ _____ 0.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?  _____

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?  _____

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING
PERIOD?  $ _____ 0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING
OF THE CASE?  $ _____ 0.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS
REPORTING PERIOD?  $ _____ 0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE
FILING OF THE CASE?  $ _____ 0.00

Page 4

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ _____ | $ _____ | $ _____ |
| EXPENSES | $ _____ | $ _____ | $ _____ |
| CASH PROFIT | $ _____ | $ _____ | $ _____ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:        $ _____

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:        $ _____

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:        $ _____

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

# Exhibit C


# OPTIMA UNIVERSITY
usmle review


Reserve a seat online

> Home   > Location   > Dates for 2009   > Accomodation   > Lectures   > Why us?   > Assessment   > Contact

## News

**Online Assessment Exam for Step 1 and 2 comming soon. Register an account to be notified when assessment exam will be available**
**» Register here**

## Lectures



Optima vs NBME declarations. Download here and here


**Account**

Email: [          ]

Password: [          ]



Retrieve password

### Assessment Exam

| Usmle Step | Name | Questions | |
|---|---|---|---|
| Step II | Assessment #1 | 200 | Order from usmle1.net |
| Step I | Assessment #1 | 200 | Order from usmle1.net |


**View Brochure**

• Courses
• Cost
• Mission Statement
• Our Approach
• Student Testimonials
• Terms and Conditions

Copyright © 2008 Optima University
All rights reserved.

Home | Dates and Location | Accomodation | Why us ? | Terms and Conditions | Contact

# Exhibit D

**Dated: September 03, 2009**
**The following is SO ORDERED.**

G. Harvey Boswell
**UNITED STATES BANKRUPTCY JUDGE**

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

IN RE:  OPTIMA UNIVERSITY, LLC                    CASE NO. 09-11212-GHB
                                                                 CHAPTER 11

            DEBTOR(S)

---

ORDER RE MOTION TO COMPEL DEBTOR TO ASSUME OR REJECT EXECUTORY
CONTRACT

---

This matter came before the Court on August 19, 2009, before the Honorable George W.

Emerson, Jr. sitting by interchange for G. Harvey Boswell, U.S. Bankruptcy Judge, upon the

Motion to Compel Debtor To Assume Or Reject Executory Contract Filed By Jerry and Sharon

Perry on July 17, 2009 (42), statement of counsel, and the entire record in the cause whereupon

the parties announced to the Court that they had reached an agreement as follows:

1.       The debtor shall have until the close of business on October 16, 2009, within which to pay the remaining purchase price as set forth in the Land Contract executed between the parties dated January 25, 2008, the terms of which are incorporated herein by reference.  The remaining purchase price shall consist of the following components:

        a.       $57,300.00; plus

        b.       simple interest at the rate of 10% on the aforedescribed $57,300.00 from January 24, 2009 until payment is received by Perry as contemplated hereinabove; plus

2.       $332.00 representing reimbursement of 2008 property taxes; and

3.       $542.06 representing reimbursement of the forceplaced insurance policy on the premises.

4.       In the event that the debtor fails to pay the remaining purchase price as set forth herein, then in such event, the subject Land Contract dated January 24, 2008, shall be deemed rejected and the debtor shall immediately surrender possession of the subject real property and if necessary, Jerry B. Perry and Sharon M. Perry may pursue their State Law possessory remedies in the premises.

APPROVED FOR ENTRY:

BY:/s/Stephen L. Hughes
    *   Prepared By
    Stephen L. Hughes        #013836
    Attorney for Jerry & Sharon Perry
    Post Office Box 320
    Milan, Tennessee 38358 (731) 686-1198

BY:/s/Steven L. Lefkovitz
    Steven L. Lefkovitz
    Attorney for Debtor
    5050 Poplar Ave., Suite 2418
    Memphis, TN  38157 (901) 523-9190

Mailing Information:
Debtor(s)
Debtor(s) Attorney
U.S. Trustee's Office
Creditor:  Jerry & Sharon Perry, 1138 Como St, McKenzie, TN  38201

# Exhibit E



Optimauniversity.com - Optima University

 TrafficZ **DomainTools** LeaseThis.com          Show Detailed View

          Google␣ [                    ]    Search

| | |
|---|---|
| Buy Domains | |
| Learn More | **OptimaUniversity.com Whois Record** |
| History Details | |
| Get Notified | Ads by Google |
| Trademark Monitor | **PMP Exam Prep**          **Online College Course**    **Bank Student Checking** |
| Search Names | Study Project Management    Earn a college degree    Wachovia Student Checking is |

Ads by Google

**2009 Post Office Jobs**
Average starting pay $20 per hour. Apply today. Call 1-800-910-9941
www.postalbatteryexam.com

**MCAT Practice Questions**
Rock The MCAT - Study Smarter | Score Higher!
career-stop.net/~MCAT-Practice

**The Connelly Program**
Learning differences accommodated Holy Child, young women grades 6-12
www.holychild.org

**USMLE Step 2 & 3 Courses**
Live Course, Home Study Online Prep CCS Workshop, Tutoring, Center Prep
premierreview.com

**Online USMLE Review**
Highest Yield Step 1 review course! Average score 230s.
DoctorsInTraining.com

**Assessment Resources**
Resources & Workshops For Teachers Author Series Keynotes Available!
www.solution-tree.com

Ads by Google

**PMP Exam Prep**
Study Project Management Online and Pass the PMP Exam. Get Free Info!
www.eLearners.com/ProjectManagement

**Online College Course**
Earn a college degree through online college courses. Learn how!
www.APUS.edu

**Bank Student Checking**
Wachovia Student Checking is Safe, Easy and Free. Learn More Now.
www.Wachovia.com

LINUX VPS HOSTING $33 NEW YORK CITY OR SEATTLE NEW DEDICATED RESOURCE PLANS spry SINCE 2002

**DomainTools Exclusive**

**Registrant Search:** "Go 4 Scholarship" owns about 3 other domains
**Email Search:** suliman@vg.edu is associated with about 11 domains
**Registrar History:** 1 registrar
**NS History:** 9 changes on 5 unique name servers over 2 years.
**IP History:** 12 changes on 10 unique name servers over 3 years.
**Whois History:** 31 records have been archived since 2007-09-28.
**AboutUs:** Wiki article on Optimauniversity.com
**Reverse IP:** 23 other sites hosted on this server.
**Monitor Domain:** Set Free Alerts on optimauniversity.com
**Free Tool:** Download DomainTools for Windows

**Whois Record**                                        **Thumbnail:**      **2009-09-11**

Registrant:
    Go 4 Scholarship
    1680 Kennedy Blvd.
    Jersey City, NJ  07305
    US

    Registrar: DOTSTER
    Domain Name: OPTIMAUNIVERSITY.COM
        Created on: 10-MAR-06
        Expires on: 11-MAR-10
        Last Updated on: 04-MAY-09

    Administrative Contact:
        Suliman, Eihab    suliman@vg.edu

        Go 4 Scholarship
        1680 Kennedy Blvd.
        Jersey City, NJ  07305
        US
        201-433-7000
        201-434-3680

    Technical Contact:
        Suliman, Eihab    suliman@vg.edu

        Go 4 Scholarship
        1680 Kennedy Blvd.
        Jersey City, NJ  07305
        US
        201-433-7000
        201-434-3680

    Domain servers in listed order:
        NS1.DATABANK.RO
        NS2.DATABANK.RO



**Ads by Google**    Domain    Degree Courses    US Register    Courses in WA



See our HOTTEST commercial ever! Internet Only & SAVE with $1.99 Domain Names Go Daddy.com www.GoDaddy.com

This view loads fast, helps you focus on key metrics and quickly access exclusive DomainTools services.
Show detailed view



Hosting History for Optimauniversity.com

 **TrafficZ** **DomainTools** **LeaseThis.com**



## Hosting History for Optimauniversity.com

**Domain Search**

Domain Name: optimauniversity.com

[Get History]

Enter a domain name into the search box
to retrieve the hosting history.

**Registrar History**

| 2006-07-22 | Dotster |
|---|---|

**Name Server History**

| 2006-03-12 | New | -none- | Oradea.net |
|---|---|---|---|
| 2006-03-26 | Transfer | Oradea.net | Ixwebhosting.com |
| 2007-03-13 | Transfer | Ixwebhosting.com | Nameresolve.com |
| 2007-03-24 | Transfer | Nameresolve.com | Ixwebhosting.com |
| 2007-10-03 | Transfer | Ixwebhosting.com | Databank.ro |
| 2008-12-05 | Transfer | Databank.ro | Hostgator.com |
| 2009-03-13 | Transfer | Hostgator.com | Nameresolve.com |
| 2009-03-18 | Transfer | Nameresolve.com | Hostgator.com |
| 2009-05-05 | Transfer | Hostgator.com | Databank.ro |



**IP Address History**

| 2006-07-29 | New | -none- | 65.254.77.136 |
|---|---|---|---|
| 2007-03-13 | Change | 65.254.77.136 | 66.150.161.133 |
| 2007-03-24 | Change | 66.150.161.133 | 65.254.77.136 |
| 2007-10-03 | Change | 65.254.77.136 | 207.210.101.145 |
| 2007-10-14 | Change | 207.210.101.145 | 69.125.155.189 |
| 2008-06-08 | Change | 69.125.155.189 | 85.186.102.109 |
| 2008-12-08 | Change | 85.186.102.109 | 74.54.41.194 |
| 2009-03-16 | Change | 74.54.41.194 | 63.251.171.80 |
| 2009-03-23 | Change | 63.251.171.80 | 74.54.41.194 |
| 2009-05-11 | Change | 74.54.41.194 | 81.196.46.74 |
| 2009-06-22 | Change | 81.196.46.74 | 81.196.46.75 |
| 2009-07-20 | Change | 81.196.46.75 | 81.196.46.74 |

Note: The current IP location and IP whois may not
be the same as it was on the event date.

Discontinue this Unit Service


Hostgator.com - HostGator - Web Hosting, Reseller Hosting, and Dedicated Servers - Website H...




Databank.ro - Data Bank

 TrafficZ   **DomainTools**   LeaseThis.com       Show Detailed View

 **DomainTools**   Google [                    ]   Search

Buy Domains
Learn More
History Details
Get Notified
Trademark Monitor
Search Names

Ads by Google

**Top 10 Help Desk Software**
2009 Top Help Desk Vendor Ranking Download Free Vendor Ranking Report
Business-Software.com/Help-Desk

**Start A Internet Business**
I Left My Job 91 Days After Joining System, See How It Can Work For You
www.BusinessMastermindTeam.com

**First Databank**
First Databank Guide Directory & Info. Find it here.
characteroutlet.com

**LasikPlus™- Official Site**
$400 Off,$0 Down, 0% for 24 Months. Affordable LASIK - Free LASIK Exam.
www.LasikPlus.com

**Top 10 - Hosting Reviews**
2009 Web Hosting Reviews & Rankings Expert Webmasters Rank Web Hosts
www.Hosting-Review.com

**Data Bank?**
Looking For Data Bank? Find it Here. More Resouces & Info.
cproducts.com

### DataBank.ro Whois Record

Ads by Google

**Data Bank**
Find it Here. Get More Info About Data Bank Relocation Specialists
shopperschoice.com

**Swiss Data Bank®**
Archive your data in a bunker under the Swiss Alps! Seriously.
www.SwissDataBank.com

**Data Bank**
Hunting For Data Bank? Good Deals And Quality Service.
alcovegallery.com

**LINUX VPS HOSTING**
$33
**NEW YORK CITY OR SEATTLE**
**spry**
**NEW DEDICATED RESOURCE PLANS**   SINCE 2002

### DomainTools Exclusive

**Whois History:** 16 records have been archived since 2006-12-10.

**AboutUs:**  Wiki article on Databank.ro

**Reverse IP:** 23 other sites hosted on this server.

**Free Tool:** 🗔 Download DomainTools for Windows

### Whois Record

**Thumbnail:**   2009-09-09

```
Domain Name: databank.ro
  Registrar: ICI - ROTLD
  Whois Server: http://pwhois.rotld.ro/static
  Referral URL: http://www.rotld.ro

  Name Server: ns1.databank.ro
  Name Server: ns2.databank.ro
  Name Server: ns3.databank.ro
  Name Server: ns4.databank.ro

  Domain Status: ok
```

Ads by Google   Data Bank Move   Amiq SRL   Domain Whois   Whois Database



This view loads fast, helps you focus on key metrics and quickly access exclusive DomainTools services.
Show detailed view

 Memberships | Roundtable | Blog | Registrant Search | Hosting Metrics | Stock Ticker | Download | Whois | Cheap Registrar | Site Map

# Exhibit F



› Home   › Security Information   › Computer Forensics   › Software Solutions   › Contact us

## News

**Encrypted Email Servers availbale. » more information**

## Demo

**See the video presentation here**

---

**Contact Ezaa**

1774 hwy 22
Mckenzie TN 38201

For any information call **+1 (201) 984-1344**

---

Copyright © 2009 Ezaa.com.
All rights reserved.

Home | Information Security | Computer Forensics | Software Solutions | Contact

EZAA - Software Solutions for Universities

 **ZAA.COM**

› **Home**   › **Security Information**   › **Computer Forensics**   › **Software Solutions**   › **Contact us**

## News

**Encrypted Email Servers availbale. » more information**

## Demo

**See the video presentation here**

## Computer Based Learning Program

**This program was developped at Optima University and made available for anybody to use.**

It is mainly designed to be used by
- Universities
- Colleges
- Review Courses
- any instituiton that offers question based exams

## Features

**As a student**
- Access to Questions and Explanations grouped into Subjects, Courses and Lectures
- Self Assigned Exams ( Tutorial and Test mode )
- Teacher assigned Exams
- Keep track of Exam Scores, review mistakes and see your progress
- Browse database subject by subject, page by page or use the search to find any topic
- See at any time how much of a subject you have covered in exams and how much you have mastered by giving the right answer to questions
- Internal messaging to contact the teacher at any moment (internal email system )

**As a Teacher**
- Browse database subject by subject, page by page or use the search to find any topic
- Make own lectures from questions and explanations
- Manage student privileges to subjects
- Create exams, assign them to students and watch their progress individually or as a group
- Comunicate with students individually or by mass messaging using internal email system
- Management for questions / solutions and ability to add layout in a rich text format like HTML

## Requirements

Optima Computer Based Learning Program comes ready to use on a full dedicated server.
The server requires to be connected to electricity and to the network that will serve the students.
The network itself can be the internet and the students can use the program from their home.

Copyright © 2009 Ezaa.com
All rights reserved.

Home | Information Security | Computer Forensics | Software Solutions | Contact





› Home    › Security Information    › Computer Forensics    › Software Solutions    › Contact us

## News

**Encrypted Email Servers
availbale.** » **more information**

## Demo

**See the video
presentation here**

## Data security

Data security is the means of ensuring that data is kept safe from corruption and that access to it is suitably controlled. Thus data security helps to ensure privacy. It also helps in protecting personal data.

## What we offer

### Disk Encryption

Disk encryption refers to encryption technology that encrypts data on a hard disk drive. Disk encryption typically takes form in either software or hardware and often referred to as on-the-fly encryption or transparent encryption

### Backups

Backups are used to ensure data which is lost can be recovered

### Data Masking

Data Masking of structured data is the process of obscuring (masking) specific data within a database table or cell to ensure that data security is maintained and sensitive customer information is not leaked outside of the authorized environment.

### Data Erasure

Data erasure is a method of software-based overwriting that completely destroys all electronic data residing on a hard drive or other digital media to ensure that no sensitive data is leaked when an asset is retired or reused.

Copyright © 2009 Ezaa.com
All rights reserved.

Home | Information Security | Computer Forensics | Software Solutions | Contact

EZAA – Security Information – Windows Internet Explorer

File   Edit   View   Favorites   Tools   Help

http://www.ezaa.com/?page=security

Live Search

2009 FulbrightNet   |   EZAA – Security Infor... ✕

Page ▾

# e.ZAA.COM

› Home   › Security Information   › Computer Forensics   › Software Solutions   › Contact us

## Protect your information and property from theft

**News**

Encrypted Email Servers availbale. » **more information**

**Demo**

See the video presentation **here**

---

## Data security

Data security is the means of ensuring that data is kept safe from corruption and that access to it is suitably controlled. Thus data security helps to ensure privacy. It also helps in protecting personal data.

## What we offer

Done   |   Internet   |   100%

Start   |   3 Microsoft Offi...   |   EZAA – Security...   |   Document3 - Micr...   |   #306432l6v1 <U...   |   2 TimeTrax   |   10:27 AM



› Home      › Security Information      › Computer Forensics      › Software Solutions      › Contact us

**News**                              **Demo**

Encrypted Email Servers
availbale. » more information                    See the video
                                        presentation here

---

## Computer Forensics

Forensic science is the application of a broad spectrum of sciences to answer questions of interest to a legal system.

The goal of computer forensics is to explain the current state of a digital artifact. The term digital artifact can include a computer system, a storage medium (such as a hard disk or CD-ROM), an electronic document (e.g. an email message or JPEG image) or even a sequence of packets moving over a computer network. The explanation can be as straightforward as "what information is here?" and as detailed as "what is the sequence of events responsible for the present situation?"

There are many reasons to employ the techniques of computer forensics:
- In legal cases, computer forensic techniques are frequently used to analyze computer systems belonging to defendants (in criminal cases) or litigants (in civil cases).
- To recover data in the event of a hardware or software failure.
- To analyze a computer system after a break-in, for example, to determine how the attacker gained access and what the attacker did.
- To gather evidence against an employee that an organization wishes to terminate.
- To gain information about how computer systems work for the purpose of debugging, performance optimization, or reverse-engineering.

## Our Forensic Process

There are five basic steps to the computer forensics:
- Preparation (of the investigator, not the data)
- Collection (the data)
- Examination
- Analysis
- Reporting

## Collecting Digital Evidence

Digital evidence can be collected from many sources. Obvious sources include computers, cell phones, digital cameras, hard drives, CD-ROM, USB memory devices, and so on. Non-obvious sources include settings of digital thermometers, black boxes inside automobiles, RFID tags, and web pages (which must be preserved as they are subject to change).

Special care must be taken when handling computer evidence: most digital information is easily changed, and once changed it is usually impossible to detect that a change has taken place (or to revert the data back to its original state) unless other measures have been taken. For this reason it is common practice to calculate a cryptographic hash of an evidence file and to record that hash elsewhere, usually in an investigator's notebook, so that one can establish at a later point in time that the evidence has not been modified since the hash was calculated.

Other specific practices that have been adopted in the handling of digital evidence include:

- Imaging computer media using a writeblocking tool to ensure that no data is added to the suspect device.
- Establish and maintain the chain of custody.
- Documenting everything that has been done.
- Only use tools and methods that have been tested and evaluated to validate their accuracy and reliability.

Some of the most valuable information obtained in the course of a forensic examination will come from the computer user. An interview with the user can yield valuable information about the system configuration, applications, encryption keys and methodology. Forensic analysis is much easier when analysts have the user's passphrases to access encrypted files, containers, and network servers.

In an investigation in which the owner of the digital evidence has not given consent to have his or her media examined (as in some criminal cases) special care must be taken to ensure that the forensic specialist has the legal authority to seize, copy, and examine the



EZAA - Computer Forensics                                                                                    Page 2 of 2

data. Sometimes authority stems from a search warrant. As a general rule, one should not examine digital information unless one has the legal authority to do so. Amateur forensic examiners should keep this in mind before starting any unauthorized investigation.

## Imaging electronic media (evidence)

The process of creating an exact duplicate of the original evidentiary media is often called Imaging. Using a standalone hard-drive duplicator or software imaging tools such as DCFLdd or IXimager, the entire hard drive is completely duplicated. This is usually done at the sector level, making a bit-stream copy of every part of the user-accessible areas of the hard drive which can physically store data, rather than duplicating the filesystem. The original drive is then moved to secure storage to prevent tampering. During imaging, a write protection device or application is normally used to ensure that no information is introduced onto the evidentiary media during the forensic process.

The imaging process is verified by using the SHA-1 message digest algorithm (with a program such as sha1sum) or other still viable algorithms such as MD5. At critical points throughout the analysis, the media is verified again, known as "hashing", to ensure that the evidence is still in its original state. In corporate environments seeking civil or internal charges, such steps are generally overlooked due to the time required to perform them. They are essential for evidence that is to be presented in a court room, however.

## Collecting Volatile Data

If the machine is still active, any intelligence which can be gained by examining the applications currently open is recorded. If the machine is suspected of being used for illegal communications, such as terrorist traffic, not all of this information may be stored on the hard drive. If information stored solely in RAM is not recovered before powering down it may be lost. This results in the need to collect volatile data from the computer at the onset of the response.

Several Open Source tools are available to conduct an analysis of open ports, mapped drives (including through an active VPN connection), and open or mounted encrypted files (containers) on the live computer system. Utilizing open source tools and commercially available products, it is possible to obtain an image of these mapped drives and the open encrypted containers in an unencrypted format. Open Source tools for PCs include Knoppix and Helix. Commercial imaging tools include Access Data's Forensic Toolkit and Guidance Software's EnCase application.

The aforementioned Open Source tools can also scan RAM and Registry information to show recently accessed web-based email sites and the login/password combination used. Additionally these tools can also yield login/password for recently accessed local email applications including MS Outlook.

In the event that partitions with EFS are suspected to exist, the encryption keys to access the data can also be gathered during the collection process. With Microsoft's most recent addition, Vista, and Vista's use of BitLocker and the Trusted Platform Module (TPM), it has become necessary in some instances to image the logical hard drive volumes before the computer is shut down.

RAM can be analyzed for prior content after power loss. Although as production methods become cleaner the impurities used to indicate a particular cell's charge prior to power loss are becoming less common. However, data held statically in an area of RAM for long periods of time are more likely to be detectable using these methods. The likelihood of such recovery increases as the originally applied voltages, operating temperatures and duration of data storage increases. Holding unpowered RAM below – 60 °C will help preserve the residual data by an order of magnitude, thus improving the chances of successful recovery. However, it can be impractical to do this during a field examination.

## Analysis

All digital evidence must be analyzed to determine the type of information that is stored upon it. For this purpose, specialty tools are used that can display information in a format useful to investigators. Such forensic tools include: AccessData's FTK, Guidance Software's EnCase, and Brian Carrier's Sleuth Kit. In many investigations, numerous other tools are used to analyze specific portions of information.

Typical forensic analysis includes a manual review of material on the media, reviewing the Windows registry for suspect information, discovering and cracking passwords, keyword searches for topics related to the crime, and extracting e-mail and images for review.

## Reporting

Once the analysis is complete, a report is generated. This report may be a written report, oral testimony, or some combination of the two.

Copyright © 2009 Ezaa.com
All rights reserved.

Home | Information Security | Computer Forensics | Software Solutions | Contact





> Home    > Security Information    > Computer Forensics    > Software Solutions    > Contact us

## News

**Encrypted Email Servers availbale.** » **more information**

## Demo

See the video presentation **here**

## Ezaa Computer Security and Forensics

Ezaa offers a full range of E-Discovery and Computer Forensic services. Our experts specialize in providing objective expert testimony, independent and authoritative studies, and strategic advice and consulting in nearly all industries. Our experts have deep experience in assisting clients with civil litigation, regulatory compliance and governmental investigations across a broad range of industries.

**Our Consulting Services Include:**
- E-Discovery Strategy Planning and Burden Assessment
- Corporate Discovery Strategies
- Meet and Confer Preparation and Due Diligence
- Corporate document retention policy development
- Forensic imaging of electronic media
- Legal Preservation
- Computer Forensics and digital investigations
- Email and electronic communications discovery
- Expert Testimony

» **Read more**

**We also offer:**
- Data Security
- Software Solutions for Universities

Copyright © 2009 Ezaa.com
All rights reserved.

Home | Information Security | Computer Forensics | Software Solutions | Contact



# e.ZAA.COM

› Home   › Security Information   › Computer Forensics   › Software Solutions   › Contact us

**Experience, Reliability, Responsiveness.**

## News

Encrypted Email Servers availbale. » **more information**

## Demo

See the video presentation **here**

## Ezaa Computer Security and Forensics

Ezaa offers a full range of E-Discovery and Computer Forensic services. Our experts specialize in providing objective expert testimony, independent and authoritative studies, and strategic advice and consulting in nearly all industries. Our experts have deep experience in assisting clients with civil litigation, regulatory compliance and governmental investigations across a broad range of industries.

**Our Consulting Services Include:**
- E-Discovery Strategy Planning and Burden Assessment