*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*Eastern Division*
*Office of the Clerk*

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee  38301* |
| *(901) 495-1200* | *(731) 421-9200* |

# NOTICE OF SETTING
### Before Judge J. Daniel Breen, United States District Judge

September 15, 2009

RE:   1:09-1043-JDB/egb
         National Board of Medical Examiners vs. Optima University LLC

**Dear Sir/Madam:**

A **SHOW CAUSE HEARING** on why defendants should not be held in contempt of Court for violation the Court's order has been **SET** before **Judge J. Daniel Breen** for **WEDNESDAY, SEPTEMBER 23, 2009** at **2:00 P.M.**

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
THOMAS M. GOULD, CLERK
BY: s/ Evelyn Cheairs
        Case Manager to Judge J. Daniel Breen
        731-421-9207