UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| NATIONAL BOARD OF MEDICAL EXAMINERS *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | )   Civil Action No. 09-1043-JDB |
| OPTIMA UNIVERSITY LLC *et al.*, | ) ) ) |
| Defendants. | ) ) |

**NOTICE OF FILING**

Plaintiffs hereby submit to the Court an email communication that was recently received by an individual who took courses from or otherwise interacted with the Optima USMLE test preparation program. *See* Ex. A hereto. The communication comments on this lawsuit and various individuals who have a relationship to this lawsuit, including the Court, the U.S. Marshal who participated in the impoundment visits to Optima's premises, the attorneys for the National Board of Medical Examiners ("NBME"), and the NBME itself. The communication is from "Optima University" and purports to be from the "Optima Team." *See* Ex. A at 7. Based upon its content, the author appears to be defendant Eihab Suliman. A similar communication has recently been posted by the "Optima Team" on a third-party website that has a discussion board which is used by individuals who are interested in becoming physicians. *See* Ex. B hereto.

These materials are submitted in connection with the Plaintiffs' pending contempt motion. Specifically, these materials are submitted in support of the Plaintiffs' contention that Defendant Suliman should be taken into custody until he complies with

85266539.1

- 2 -

this Court's Orders, as the attached materials make clear that Defendant Suliman is flouting this Court's authority and Orders, and will not comply with this Court's Orders until he is placed in custody and compelled to so comply.

            Respectfully submitted,

            /s/ Russell E. Reviere
            Russell E. Reviere
            Rainey, Kizer, Reviere & Bell, P.L.C.
            105 Highland Avenue South
            P.O. Box 1147
            Jackson, TN 38301
            (731) 423-2414
            rreviere@raineykizer.com

            Robert A. Burgoyne
            Caroline M. Mew
            FULBRIGHT & JAWORSKI L.L.P.
            801 Pennsylvania Avenue, N.W.
            Washington, DC 20004-2623
            (202) 662-0200
            rburgoyne@fulbright.com
            cmew@fulbright.com

            *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document was served on the following via regular mail and this Court's ECF system:

Eihab Suliman
1774 Hwy 22
McKenzie, TN 38201

This the 6th day of October, 2009.

/s/ Russell E. Reviere

85266539.1

- 3 -