# Exhibit A

-----Original Message-----
From: Optima University <ou@ou.md>
To: [Name Redacted]
Sent: Mon, Sep 28, 2009 9:04 am
Subject: Urgent Optima vs NBMME

Hello there,

I wish I never had to write this letter, sorry for all inconveniences the NBMME
( extra M for Mafia) had caused:

I had called few months ago few students and I got mixed responses, I warned
back then that the NBMME has no friends and those who thought they will be saved
when say what the NBMME wants them to say  would be saved and placed in the
NBMME favorite list. Guess what turn out that those students were wrong, I phone
calls from those students ..sorry Dr Suliman we did not listen to you .we told
them what they want to hear and when was time for us to take step 3 they say
.OOOOOPs we have an issue with other steps .we were fooled Dr Suliman .we should
had listen to you.

I said to those students you thought you doing the right thing by your self ,
you ended hurting your self first.what goes around comes right back around.

Others had called as well telling me they are trying so hard to have us say
things about you and to take a position against you and even recommended that we
sue you, one of those students recorded the conversation and you will be shocked
to see NBMME having full staff trained just for that.

Now comes the big question WHY ?

WHY they trying so hard to separate the students from Optima and now turn the
students against Optima and Dr Suliman?

If they would stick to what they promised those fooled student and let them take
step 3 .that would make them look good .but they have no honor .they basically
used them and when they were done they through them away.

If they would deliver what they promise then every one would let them hear what
they want to hear in order to save his/her self and be in the NBMME favorite
list.

What would the NBMME want you to say .what information they want from you?

1-     the same information the FEDS ( pushed by the NBMME and Kaplan) raided
my place in NJ ..based on information and believe.  wanted when they had all
students at the center in that day May 28 2008 by filling out the questionnaire
like did you notice any thing wrong about this course ? they mean did the course
had any kind of questions from NBMME and where you think the questions came

from? You remember .all that bologna. then the FEDS seized a lot of computers , servers, even camcorders .40 pages worth of inventory and upto today there is no charges because they found nothing..I mean nothing .No link with the USMLE commission ..NO link with paid individuals to copy exams...No link with exam centers....not a single question of what they claimed ...NOTHING.NONE .NADA.and optima refused to shut down..but you see what is the difference between the FEDS and NBMME search is that The FEDS wont implant evidence and say we found this in Dr Suliman server .who is Dr Suliman after all to
tell the FEDS ..NO you wrong ..they could do it but  wont do it unlike the NBMME. .why ?  because they are the government of USA and when they take  a case they must honor the oath they have taken unlike NBMME the mafia organization that has no honor.

Why am I saying that ..the FEDS and May 28 2008 and the difference between a search conducted by the FEDS vs search conducted by NBMME ?

SIMPLE: if you attended optima before that date and got any letter from NBMME about some percentage you had been exposed to like they claim.then you should say the FEDS search yield NOTHING ( NO QUESTIONS) then what  did you base that percentage on ?

 if you had based that on what some student say for benefits while the FEDS search yield nothing .then you are being unfair to me and a lawsuit should follow.

Now what benefit if any optima student can benefit from making up information ?

Get on the NBMME favorite list .wrong .they will use you .abuse you.and through away when they done..proven and we have the live and kicking examples.

And if you attended Optima after that till Feb 24 2009 or even end of March 2009 .same argument applies.

During the second and the third search and seize in TN and after analysis of all data from TN ..they have NOTHING of what they claim I have .so don.t fall into the trap and admit to something they want you to admit to.because what they have we have ( an exact frozen copy and a file index of all files copied ) and none of it had illegal questions.so why would you pay a price for a crime you did not do .don.t be afraid of them .with what I have on them they should be afraid of you.

Now do you get why they have a fully trained staff with one goal .turn the students against optima or at least have them stay away from optima at least till we get optima to close down?

One student called me and told what had taken place during the conversation and student said then if this is true why you don.t shut him down ? the NBMME lady goes ...he does not comply with court orders .he does not go to courts Ha ..Ha.that then I said to the student: that should be a reason to close me down not to stay open..someone please give me a Dx .or at least calculate the IQ for that NBMME lady , the student then goes .so what was the result or the rolling of the court ? the Dx lady goes still going ..how can it be going if you just said that Suliman does not go to courts.

Then the student goes .ok I.m gonna call him then the Dx lady goes we don.t recommend that and you not gonna find him anyway..he does not answer his calls..well I.m here and that is my number 201-984-1344 .is all over the net anyway .if I don.t answer leave a msg and I will call you back.

Well, if what they want is optima to close down .I already offered that when I

heard of the first student that got the letter . I did not believe at first because I know for a fact that they have nothing on optima .I know they should have an exact copy of what I have after all they copied my drives and I have daily backups and file index as well as frozen copies of all they copied ..then if you claim any thing .we should match copies ..there is no even 1% of what they claiming..i hope you now understand why they turning you against optima.if you sue optima ( if that for sure help you and is not a trap  .please do it.optima is in Bankruptcy anyway).

They know optima has what will turn this case upside down ..and that is why they rather you stay as far as possible from optima till they get what they want ..this way you can not use any proof optima has...and the only thing they have will be what the favorite list had to say and real evidence stay away ...evil way of thinking.

Again ..let us not deviate .when I heard of the student and spoken to him and after I heard about the kroll investigation then came the raid I asked my lawyer Mr James Bradberry to send a letter to their lawyer in DC ( his name is Bob) .I have a copy of the email if you like to have it .in the email I offered to shut down optima in return don.t bother the students..Bob is still thinking about it .I hope he is gonna answer while we.r  still young.

Those 80 members of the   NBMME  are  of the highest paid individuals in the world and they have no morals and care less about you or your future , it was just a matter of time like I told you before..I guess now you know I was right all along.

The NBMME had issues with me .then they should keep it with me and keep the students out of it.. I know their secrets and they hate me for it..so what ..hate will engulf you first

You can not defend your self by your self and that is a fact .you will need optima.why? Why you think they are trying so hard to separate you from optima and turned you against optima?

May be because they love you and care so much about you and your future!!!!!!

Is  NBMME a criminal organization that  did a criminal act to Dr suliman and optima ?

...in a court of law it must be proven beyond reasonable doubt and in my case it is.I have the beyond reasonable doubt proof  that NBMME is a criminal organization that  did a criminal act to Dr suliman and optima How?

When the thick heads from NBMME:  lawyers and IT along with the hired corrupted US marshal raided my place in TN twice they did not read the user agreement  before turning the computer on or even entering the facility, that said by using this pc you will recorded audio and video ..i guess they were busy implanting evidence while their hired US marshall was chatting with his friends where they  had served in Iraq how killing and stealing from the Iraqis was too much fun. So we have the proof that whatever percent they say you had seen in this or that exam was implanted by them as a result .optima and anyone who attended optima can not be punished due to NBMME criminal behavior..if you have received a letter .hold on to it and a class action lawsuit  can take place

sooner than you think. Do you know why they want you alone separated from optima...you see when they raided the place the first time on February 24 2009 ..i was not in the office so the criminals had the chance to do whatever they like and implant whatever they want .under the supervision of the corrupted US marshal .they thought the poor arab would not be so smart to have eyes when he is not there .they thought the poor arab would not know anything about protecting his office and life  , I had cameras that are not connected to the server obvious to them that those cameras don.t work.a 3 years old can figure this out , but what they did not know that the pc is recording and the chair , smoke detector , and a lot more things are recording every move, sound and even each click on the keyboard is recorded and transmitted live to my IT staff .

It says right there in multiple places this facility is audio/video monitored even on the screen.

We caught the Mafia in action

; on tape, audio and video and even by forensics .they are the Mafia proven and what they implanted on my drive is what they saying the students had access to.

The second visit we had our forensic expert on site and they could not implant anything but they came with the big boss this time big time loser ex . law enforcement agent , half brains , corrupted , implanting evidence for money Ken Tisdel of Lateral consultant group of Texas. to try to correct the stupid mistake they made the first time..we have an index file of every file they have from us.  And there is no live questions in any thing they copied from optima except for what they had implanted.thank you for the gift thick heads of NBMME.

Now do you know why is the effort to separate optima from the students ..because you have nothing on them as a student , you are afraid because they hold the keys to your future and those mafia of the NBMME feed on your fear when you let them , if you have not done anything wrong and you worked day and night for your success then why the fear , you all know it was not like ..here is the exam you gonna get master it in  a  week and go take the exam like they claiming..you worked hard for as many as 6 month and some of you worked for a year  few of you even failed after all that work .so , does it make sense then why some failed if I did have your exams, simply we targeted the right concepts the right way and we won after my hard work and your hard work..or you forgot that you used to work 16  hours/day and by the exam day you had lost 25 pounds .optima has THE NBMME by the nick, stand up and fight and do not let them feed on your fear.

What they have on optima is based on information and believe and what we have on them ( NBMME) is proven beyond a reasonable doubt and is criminal in any court of law.

In addition to the computer forensic experts declaration that can prove beyond any doubt that the NBMME implanted files on the only hard drive that was not encrypted in the office I have a 55 min tape with the NBMME lawyers , the lateral IT  corrupted big time loser Ken and half a lawyer Paul Whitt the hate driven red nick and Alex ..a young white boy with skills in transferring and copying files from the NBMME drive to optima  drive.that is about the only skills that white kid has .just wondering how much the kid got from the NBMME? I know Ken got the big box.  Funny thing is that ken testifies in courts as forensic expert..feel sorry for those that ken testifies against .it is very obvious how ken does his job!!!!!!!!!!! and the corrupted US marshal discussing the details of the conspiracy and in it you will hear very racist statements they made about the muslim arab Dr Suliman and how they will fry him...I  guess

GOD works his ways..they will be the ones fried. Just wondering
if the judge is also on the NBMME PAY LIST or why else would he violate an
American citizen ( even though looked at as a second class) his right to remain
silent?...since when an order by a judge to give a password, what if I was not
there !!!! and what about my rights???? Or arabs don.t have rights and that
citizenship don.t work for them.

If you read the original order that they came with on February 24 2009 you
will see that the judge who signed the order  wrote that I have to provide the
password, and that is a direct violation of my rights as an american citizen.
Don.t I have the right to remain silent? Or Second class citizens don.t have
such rights. A judge of that caliber can not be so stupid to write  such an
order. It.s just that the thick heads from the NBMME slipped in between the
papers that statements in 25 pages order and the judge sign it right before his
lunch. I guess he was hungry and he didn.t read it all, other wise, if the judge
truly believe in that statement, I should have been locked up that night when I
refuse3d to provide such password. I was about to provide the password till
Rusty (the NBMME thick head lawyer) insisted in a very impolite manner that not
only I have to let them into the computer, but I have to write the password.
Then I told him, in this case I just developed a sudden
onset of amnesia. I doubt if he understood what I said, the the corrupted US
marshall said : .You will spend the night tonight in West Tennessee jail with
the Red necks.. I looked out him with a smile and said: .So what? You.r not
gonna walk in my place, knock out to my door and disrespect me in this manner,
I.m waiting for you to put the handcuffs on my hands.. On that moment, the NBMME
thick lawyer Rusty placed the phone call to the judge demanding that I be
arrested for directly violating the judge order. At that moment, the deceived
judge realized that such a statement is a direct violation of my rights, and
denied thick head Rusty his demand for the arab muslim to be arrested.

NBMME claimed that I provide unfair advantage to my student, that is
absolutely not true. They are the ones to provide unfair advantage, I have in my
position a document released by the NBMME to schools who have purchased the COMB
exams or any other experimental exams and those exams contain live questions
from the NBMME pool. In the top of the document it says Top Secret , Do not
circulate via email or internal email, and this documents is released to schools
officials and in it the topic of each case is summarized and how well or bad
their students did in comparison to American medical schools. That goes to show
you that the NBMME, the most racist, criminal organization in the history of man
kind, sell their questions to selected schools, specially American medical
schools at the highest price.

Comes to my mind the story of the three bulls (students and Optima) and the
lion. As many times as the lion tried to attack and eat each one, he always
failed because they were always united and stick together as one, then the
sneaky lion (NBMME) thought of a very sneaky way of getting each one of them
separate and turning them one against each other, so he tells the first two: I
know of one forest that has a lot of water and food, but the third bull, because
of his color will be a risk for us, so let me eat him and then, we have plenty
of food for us only. The minute they agree, the lion killed the red bull. Then
after a while, comes the lion again and tell the second bull let.s get rid off
the white bull because he will be a risk to us, because his color will attract
the enemies. The black bull agrees and the lion killed the second bull. Then
comes the turn for the black bull and when the lion was about to kill him, he
told him: but you promised me that this is for us to have
plenty of food, water and safety, then the lion says: You are stupid, since when
a lion make a friend with a bull? Then the bull said: I was dead the minute a
agreed to kill my first brother.

NBMME claimed to be a non-profit organization, then where all this money they making goes to?.

I know very little of it is spent in making questions, as a matter fact they steal their questions from third world countries medical boards, translate the question and they call it their question. They call that international collaboration. Real doctors and professors from third world countries medical boards find happiness in reading and making cases, then come the NBMME of United States and steal those cases, then copy right them because the 80 members of the highest paid individuals in the words are busy enjoying golf clubs and every first class luxury money can buy. Just wondering, out of the 80 members out of NBMME how many are whites? How many are blacks? How many are muslims and how many are Jews?

Out of all the money they are making and since they are a non-profit organization, they don.t pay taxes, and there is no one to monitor their money because they are above the law. Honestly they are above the law, because at the time they were established, there was no regulatory institute to regulate them, and the scenario continues till today. They have the most expensive team of lawyers and accountants, and they are doing a very good job in hiding their huge funds from the american public behind medical education. They are truly the mafia of the century.

One issue remains: how did the NBMME got your names?

One thing for sure NOT from optima .I was held in contempt of court because I refused to give any student information .well I don.t have any information it does not register on my server .only students ID like user 1 to user 100 .and that what I told the lawyer of the NBMME .here is the list .user 1 to user 100

From other students .those who want to be the NBMME favorite list ..ha ha .right and now they got it.

Anyway is time to fight back with optima or without optima your choice .but if you need anything let me know

Conclusion:

1: You must stand with other students strong and face the NBMME accusation together and with no fear. They are the criminals, and you are the victim. If you let them intimidate you, you will loose. If you fight alone, you will loose. If you sell out any one to buy their satisfaction you will lose.

2. Every single one of you, has the obligation to work hard in communicating with a friend lawyer or a family lawyer and let.s set up a team of lawyers to win this case, and file for a class action law suit to bring the NBMME to their knees.

3. Each one should pay at least 500 dollars in an account managed by the lawyer you choose to start the fight back. It will be a matter of time before your turn comes, if it hasn.t come yet. I have set up a communication web page for all Optima students at http://student.optimauniversity.com You may sign in, make a profile, with a phone number and when I.m sure of your identity, I will let you in to forward discussion the details of the case.

4. I had closed down Optima since June, but I will be well compensated

for loss of business and you will be well compensated if they had caused you any inconvenience.

     5. Never give up, because we are the victims, and they are the criminals. Each single one of you knows very well how hard we worked to achieve what we.ve achieved.

     6.  Every single one of us should publish on the net the truth of the NBMME and Optima, and mention how hard you worked for your score and how dedicated Optima was to you and your success. Those who bash Optima in any way or sell out any of their fellow students will be victimized by the NBMME. Remember the story of the lion and the three bulls.

    Optima Team