# Exhibit B



**Site Navigation**

**Sponsor Ad**

🗓 09-21-2009, 11:31 AM                                                                          #17 (permalink)

**moonshine2009**
Newbie

Join Date: Sep 2009
Posts: 2
Downloads: 0
Uploads: 0

Hello there,
I wish I never had to write this letter, sorry for all inconveniences the NBMME ( extra M for Mafia) had caused:
I had called few months ago few students and I got mixed responses, I warned back then that the NBMME has no friends and those who thought they will be saved when volunteer ed information ( lie or truth ) would be saved were wrong , and they now paying the same price like others ...is just a little later.
Those as well who figured Dr Suliman is radioactive now and by avoiding him and avoiding optima they will get special treatment from NBMME turned out to be that they were also wrong.
Those 80 members of the NBMME are of the highest paid individuals in the world and they have no morals and care less about you or your future , it was just a matter of time like I told you before......I guess now you know I was right all along.
<u>Now let us discuss the issues openly and honestly:</u>
You can not defend your self by your self and that is a fact ...you will need optima...why? Why you think they are trying so hard to separate from optima and turned you against optima?
May be because they love you and care so much about you and your future!!!!!!
I care about you and your future and I offered at the beginning of this back in February 2009 to shut down optima and in return don't touch the students and their big shark lawyer ( Bob) in Washington DC still thinking about the offer till today...is like this why deal with suliman when we can crush him and his optima. Bob thinks he is God : give life to whoever he wants and crush whoever he wants....well Bob it does not work like that.
Optima has the proof that NBMME are **criminal organization who did a criminal act** to Dr suliman and optima .....in a court of law it must be proven beyond reasonable doubt and in my case it is...How?
When the thick heads from NBMME lawyers and IT along with the hired corrupted US marshal raided my place in TN twice they did not read the user agreement before turning the computer on or even entering the facility, that said by using this pc you will recorded audio and video ....i guess they were busy implanting evidence while their hired US marshall was chatting with his friends where they had served in Iraq how killing and stealing from the Iraqis was too much fun. So we have the proof that whatever percent they say you had seen in this or that exam was implanted by them as a result ...optima and anyone who attended optima can not be punished due to NBMME criminal behavior....if you have received a letter ...hold on to it and a class action law sue can take place sooner than you think. Do you know why they want you alone separated from optima.....you see when they raided the place the first time on February 24 2009 ....i was not in the office so the criminals had the chance to do whatever they like and implant whatever they want ...they thought the poor arab would not be so smart to have eyes when he is not there ...they thought the poor arab would not know anything about protecting his office and life against the red nicks the most racist hate driven thick heads, I had cameras that are not connected to the server obvious to them that those cameras don't work...a 3 years old can figure this out , but what they did not know that the pc is recording and the chair , smoke detector , and a lot more things are recording every move, sound and even each click on the keyboard is recorded and transmitted live to my IT staff.
We caught the Mafia in action
; on tape, audio and video and even by forensics ...they are the Mafia proven <u>**and what they implanted on my drive is what they saying the students had access to.**</u>
The second visit we had our forensic expert on site and they could not implant anything but they came with the big boss this time big time loser ex – law enforcement agent , half brains , corrupted , implanting evidence for money Ken Tisdel of Lateral consultant group of Texas. to try to correct the stupid mistake they made the first time....we have an index file of every file they have from us. And there is no live questions in any thing they copied from optima except for what they had implanted...thank you for the gift thick heads of NBMME.
Now do you know why is the effort to separate optima from the students ....because you have nothing on them as a student , you are afraid because they hold the keys to your future and those mafia of the NBMME feed on your fear when you let them , if you have not done anything wrong and you worked day and night for your success then why the fear , you all know it was not like ..here is the exam you gonna get master it in a week and go take the exam like they claiming....you worked hard for as many as 6 month and some of you worked for a year few of you even failed after all that work ...so , does it make sense then why some failed if I did have your exams, simply we targeted the right concepts the right way

Site Navigation
Sponsor Ad

and we won after my hard work and your hard work....or you forgot that you used to work 16 hours/day and by the exam day you had lost 25 pounds ...optima has THE NBMME by the nick, stand up and fight and do not let them feed on your fear.
What they have on optima is based on information and believe and what we have on them ( NBMME) is proven beyond a reasonable doubt and is criminal in any court of law.
In addition to the computer forensic experts declaration that can prove beyond any doubt that the NBMME implanted files on the only hard drive that was not encrypted in the office I have a 55 min tape with the NBMME lawyers , the lateral IT corrupted big time loser Ken and half a lawyer **** Whitt the hate driven red nick and Alex ..a young white boy with skills in transferring and copying files from the NBMME drive to the poor arab drive...that is about the only skills that white kid has ...just wondering how much the kid got from the NBMME? I know Ken got the big box. Funny thing is that ken testifies in courts as forensic expert....feel sorry for those that ken testifies against ...it is very obvious how ken does his job!!!!!!!!!! and the corrupted US marshal discussing the details of the conspiracy and in it you will hear very racist statements they made about the muslim arab Dr Suliman and how they will fry him........I guess GOD works his ways....they will be the ones fried. Just wondering if the judge is also on the NBMME PAY LIST or why else would he violate an American citizen ( even though looked at as a second class) his right to remain silent?...since when an order by a judge to give a password, what if I was not there !!!! and what about my rights???? Or arabs don't have rights and that citizenship don't work for them.
If you read the original order that they came with on February 24 2009 you will see that the judge who signed the order wrote that I have to provide the password, and that is a direct violation of my rights as an american citizen. Don't I have the right to remain silent? Or Second class citizens don't have such rights. A judge of that caliber can not be so stupid to write such an order. It's just that the thick heads from the NBMME slipped in between the papers that statements in 25 pages order and the judge sign it right before his lunch. I guess he was hungry and he didn't read it all, other wise, if the judge truly believe in that statement, I should have been locked up that night when I refuse3d to provide such password. I was about to provide the password till Rusty (the NBMME thick head lawyer) insisted in a very impolite manner that not only I have to let them into the computer, but I have to write the password. Then I told him, in this case I just developed a sudden onset of amnesia. I doubt if he understood what I said, the the corrupted US marshall said : "You will spend the night tonight in West Tennessee jail with the Red necks". I looked out him with a smile and said: "So what? You'r not gonna walk in my place, knock out to my door and disrespect me in this manner, I'm waiting for you to put the handcuffs on my hands." On that moment, the NBMME thick lawyer Rusty placed the phone call to the judge demanding that I be arrested for directly violating the judge order. At that moment, the deceived judge realized that such a statement is a direct violation of my rights, and denied thick head Rusty his demand for the arab muslim to be arrested.
NBMME claimed that I provide unfair advantage to my student, that is absolutely not true. They are the ones to provide unfair advantage, I have in my position a document released by the NBMME to schools who have purchased the COMB exams or any other experimental exams and those exams contain live questions from the NBMME pool. In the top of the document it says Top Secret , Do not circulate via email or internal email, and this documents is released to schools officials and in it the topic of each case is summarized and how well or bad their students did in comparison to American medical schools. That goes to show you that the NBMME, the most racist, criminal organization in the history of man kind, sell their questions to selected schools, specially American medical schools at the highest price.
Comes to my mind the story of the three bulls (students and Optima) and the lion. As many times as the lion tried to attack and eat each one, he always failed because they were always united and stick together as one, then the sneaky lion (NBMME) thought of a very sneaky way of getting each one of them separate and turning them one against each other, so he tells the first two: I know of one forest that has a lot of water and food, but the third bull, because of his color will be a risk for us, so let me eat him and then, we have plenty of food for us only. The minute they agree, the lion killed the red bull. Then after a while, comes the lion again and tell the second bull let's get rid off the white bull because he will be a risk to us, because his color will attract the enemies. The black bull agrees and the lion killed the second bull. Then comes the turn for the black bull and when the lion was about to kill him, he told him: but you promised me that this is for us to have plenty of food, water and safety, then the lion says: You are stupid, since when a lion make a friend with a bull? Then the bull said: I was dead the minute a agreed to kill my first brother.

NBMME claimed to be a non-profit organization, then where all this money they making goes to?.
I know very little of it is spent in making questions, as a matter fact they steal their questions from third world countries medical boards, translate the question and they call it their question. They call that international collaboration. Real doctors and professors from third world countries medical boards find happiness in reading and making cases, then come the NBMME of United States and steal those cases, then copy right them because the 80 members of the highest paid individuals in the words are busy enjoying golf clubs and every first class luxury money can buy. Just wondering, out of the 80 members

**Site Navigation**
**Sponsor Ad**

out of NBMME how many are whites? How many are blacks? How many are muslims and how many are Jews?

Out of all the money they are making and since they are a non-profit organization, they don't pay taxes, and there is no one to monitor their money because they are above the law. Honestly they are above the law, because at the time they were established, there was no regulatory institute to regulate them, and the scenario continues till today. They have the most expensive team of lawyers and accountants, and they are doing a very good job in hiding their huge funds from the american public behind medical education. They are truly the mafia of the century.

Conclusion:

1: You must stand with other students strong and face the NBMME accusation together and with no fear. They are the criminals, and you are the victim. If you let them intimidate you, you will loose. If you fight alone, you will loose. If you sell out any one to buy their satisfaction you will lose.

2. Every single one of you, has the obligation to work hard in communicating with a friend lawyer or a family lawyer and let's set up a team of lawyers to win this case, and file for a class action law suit to bring the NBMME to their knees.

3. Each one should pay at least 500 dollars in an account managed by the lawyer you choose to start the fight back. It will be a matter of time before your turn comes, if it hasn't come yet. , I will let you in to forward discussion the details of the case.

4. I had closed down Optima since June, but I will be well compensated for loss of business and you will be well compensated if they had caused you any inconvenience.

5. Never give up, because we are the victims, and they are the criminals. Each single one of you knows very well how hard we worked to achieve what we've achieved.

6. Every single one of us should publish on the net the truth of the NBMME and Optima, and mention how hard you worked for your score and how dedicated Optima was to you and your success. Those who bash Optima in any way or sell out any of their fellow students will be victimized by the NBMME. Remember the story of the lion and the three bulls.

Optima Team

---

09-21-2009, 12:27 PM                                                                 #18 (permalink)

**Boognish**
Junior Member

Join Date: May 2007
Posts: 28
Downloads: 0
Uploads: 0

Ahh, playing the race card. Classic.

That was great, thanks for the laugh!

---

Page 2 of 2  < 1 **2**

**Int'l Med Ed-USMLE Prep**
2 yrs. in Australia, 2 yrs. in U.S. U.S. Fin. Aid, Start Jan. 2010
www.MedEdPath.org

**FL Approved Med School**
High USMLE pass rates Clinical Training in FL
www.stmatthews.edu

Ads by Google

« Previous Thread | Next Thread »

**Posting Rules**

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

BB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**
Trackbacks are **On**
Pingbacks are **On**
Refbacks are **On**