Rainey · Kizer · Reviere & Bell plc

209 East Main Street
Post Office Box 1147
Jackson, Tennessee 38302-1147
731.423.2414
Fax: 731.426.8150

| | | | |
|---|---|---|---|
| Thomas H. Rainey | Amanda C. Waddell | | 105 South Highland Avenue |
| Jerry D. Kizer, Jr. | Geoffrey A. Lindley | | Post Office Box 1147 |
| Russell E. Reviere | V. Latosha Dexter | | Jackson, Tennessee 38302-1147 |
| William C. Bell, Jr. | Craig P. Sanders | | 731.423.2414 |
| John D. Burleson | Mary Margaret Petrinjak | | Fax: 731.426.8111 |
| Gregory D. Jordan | Jonathan D. Stewart | | |
| Laura A. Williams | James V. Thompson | | Morgan Keegan Tower |
| Robert O. Binkley, Jr. | Adam C. Crider | | 50 North Front Street, Ste. 610 |
| R. Dale Thomas | Ashley D. Cleek | October 21, 2009 | Memphis, Tennessee 38103 |
| Deana C. Seymour | Erin Melton Shea | | 901.333.8101 |
| Charles C. Exum | W. Paul Whitt | | Fax: 901.389.3677 |
| Marty R. Phillips | Todd D. Siroky | | |
| Dale Conder, Jr. | Jesse D. Nelson | | WRITER'S DIRECT DIAL NUMBER |
| Timothy G. Wehner | John O. Alexander, IV | | 731-426-8103 |
| Bradford D. Box | Nathan E. Shelby | | 731-410-1301 Direct Fax |
| Patrick W. Rogers | Chad A. Naffziger | | |
| Angela C. Youngberg | D. Craig Hodge | | Certified Civil Trial Specialist by National |
| Michael L. Mansfield | ———— | | Board of Trial Advisory and Tennessee |
| Michelle Greenway Sellers | Robert E. Alderson (ret.) | | Commission on Continuing Legal |
| Keely N. Wilson | Clinton V. Butler, Jr. (ret.) | | Education and Specialization and |
| | | | Certified Rule 31 Mediator |

Eihab Suliman
Optima University LLC
1774 Hwy 22
McKenzie, Tennessee 38201

Re:   National Board of Medical Examiners, et al. v. Optima University, LLC, et al.
      U.S. District Court for Western District No. 09-1043-JDB
      Our File No.: 09226/66446-RER

Dear Mr. Suliman:

I have enclosed a copy of the Order that was entered by the United States District Court on October 16, 2009, in the case referenced above. The Order finds that you and Optima University have acted in contempt of Court and orders you to take certain actions.

Most immediately, you have been ordered to submit an affidavit to the Court and to the plaintiffs -- "within five (5) days" -- which:

1. Provides a complete list of all USMLE-type questions in your custody or control, "whether in a paper or electronic format, and whether in original source form (e.*g.,* videotapes or screen shots from live USMLE exams) or re-typed or otherwise re-formatted." See Order ¶ (1)(a)(i)

2. Identifies "the source and current physical location of all copies of all such materials (including the location of computer servers that host any such materials)." See Order ¶ (1)(a)(i)

3. Provides all passwords and other information necessary to access those materials. See Order ¶ (1)(a)(i)

4. States whether any of your paper or electronic records have been "erased, destroyed, transferred or in any way altered" at any time after February 23, 2009; and, if so, "when,

      by whom, how and why," and "where, when, and [if records were transferred] to whom or to what location." *See* Order ¶ (1)(a)(ii)

    5. Provides the names and last known address of all persons who have had access to the course materials used by Optima, including individuals who were customers of Optima and individuals who served as instructors at Optima. *See* Order ¶ (1)(a)(iii)

In addition, you have been ordered to pay a total of $18,985 to our clients "within ten (10) days of this Order." *See* Order ¶¶ 5, 6 and 7.

We anticipate timely compliance with the Court's Order. Please send the required, executed affidavit to my attention at the address shown above, along with a check in the amount of $18,985 made payable to the "National Board of Medical Examiners." If we do not receive the affidavit and check on a timely basis, we will promptly seek relief from the Court which may include a renewed request that you be placed in jail until you comply fully with the Court's orders.

Thank you very much. If you have any questions, please contact me immediately.

Regards,

RAINEY, KIZER, REVIERE & BELL, PLC


Russell E. Reviere, Attorney at Law
direct line:  731.426.8103
direct fax:   731.410.1301
email:  rreviere@raineykizer.com

RER:djt
Enclosure

cc(w/enc):   Steven L. Lefkovitz(via email, fax & USPS)

EXHIBIT A