IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

NATIONAL BOARD OF MEDICAL
EXAMINERS, *et al.*,

    Plaintiffs,

v.    No. 09-1043

OPTIMA UNIVERSITY LLC, *et al.*,

    Defendants.

_____

ORDER TO SHOW CAUSE
_____

    The Plaintiffs filed suit against all Defendants[1] on February 23, 2009. As a result of the Defendants' noncompliance with the Court's Impoundment Order of February 23, 2009, the Court scheduled a hearing for September 23, 2009 for Defendant Eihab Suliman ("Suliman") to show cause why he should not be held in civil contempt. Suliman did not appear at the hearing, and the Court subsequently issued an Order on October 16, 2009, holding him in contempt for his failure to appear and his willful violations of the Impoundment Order. (Docket Entry No. 56.) Since that time, Suliman has continued to flout this Court's authority and has willfully disobeyed the Contempt Order.

    Owing to his complete failure to abide by this Court's Orders, the Defendant is hereby ORDERED to show cause, within fifteen (15) days of the entry hereof, why he should not be incarcerated for his failure to abide by this Court's Orders until such time as he is willing to do so. Failure to respond to this Order within the time period allotted herein will result in an arrest

---

[1]     Despite multiple named Defendants, Defendant Eihab Suliman is the principal offender.

warrant being issued for Eihab Suliman. The clerk is ordered to mail a copy of this Order to

Eihab Suliman's last known address at 1774 Hwy 22, McKenzie, TN 38201.

    **IT IS SO ORDERED** this, the 15th day of January, 2010.

                                                        s/ J. DANIEL BREEN  
                                                        UNITED STATES DISTRICT JUDGE