OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
262 U.S. COURTHOUSE
111 S. HIGHLAND AVE.
JACKSON, TN 38301

OFFICIAL BUSINESS

Eihab Suliman
1774 Hwy 22
McKenzie, TN 38201.

RECEIVED
10 JAN 28 PM 3:08
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

RECEIVED
10 JAN 28 PM 12:26
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

UTF

NIXIE     381    DE  1        00 01/25/10
  RETURN TO SENDER
  INSUFFICIENT ADDRESS
  UNABLE TO FORWARD

BC: 383016101`99          *0547-18195-16-38

HASLER
$0.440
01/15/2010
Mailed From 38301
017H1550474B
US POSTAGE