

# e.ZAA.COM

> Home   > Information   > Forensics   > Software   > Private Investigation   > Custody   > Malpractice   > Contact us

**Expericence, Reliability, Responsivness.**



**News**
Encrypted Email Servers availbale.
» more information

**Demo**
Demo version comming soon.

## Computer Security and Forensics

We offer a full range of E-Discovery and Computer Forensic services. Our experts specialize in providing objective expert testimony, independent and authoritative studies, and strategic advice and consulting in nearly all industries. Our experts have deep experience in assisting clients with civil litigation, regulatory compliance and governmental investigations across a broad range of industries.

**Our Consulting Services Include:**
- E-Discovery Strategy Planning and Burden Assessment
- Corporate Discovery Strategies
- Meet and Confer Preparation and Due Diligence
- Corporate document retention policy development
- Forensic imaging of electronic media
- Legal Preservation
- Computer Forensics and digital investigations
- Email and electronic communications discovery
- Expert Testimony

» **Read more**

**We also offer:**
- Data Security
- Software Solutions for Universities

Copyright © 2010
All rights reserved

Home | Information Security | Computer Forensics | Software Solutions | Contact




## Data security

Data security is the means of ensuring that data is kept safe from corruption and that access to it is suitably controlled. Thus data security helps to ensure privacy. It also helps in protecting personal data.

## What we offer

### Disk Encryption

Disk encryption refers to encryption technology that encrypts data on a hard disk drive. Disk encryption typically takes form in either software or hardware and often referred to as on-the-fly encryption or transparent encryption.

### Backups

Backups are used to ensure data which is lost can be recovered

### Data Masking

Data Masking of structured data is the process of obscuring (masking) specific data within a database table or cell to ensure that data security is maintained and sensitive customer information is not leaked outside of the authorized environment.

### Data Erasure

Data erasure is a method of software-based overwriting that completely destroys all electronic data residing on a hard drive or other digital media to ensure that no sensitive data is leaked when an asset is retired or reused.

Copyright © 2010
All rights reserved.                                      Home | Information Security | Computer Forensics | Software Solutions | Contact



# Computer Forensics

Forensic science is the application of a broad spectrum of sciences to answer questions of interest to a legal system.

The goal of computer forensics is to explain the current state of a digital artifact. The term digital artifact can include a computer system, a storage medium (such as a hard disk or CD-ROM), an electronic document (e.g. an email message or JPEG image) or even a sequence of packets moving over a computer network. The explanation can be as straightforward as "what information is here?" and as detailed as "what is the sequence of events responsible for the present situation?"

There are many reasons to employ the techniques of computer forensics:
- In legal cases, computer forensic techniques are frequently used to analyze computer systems belonging to defendants (in criminal cases) or litigants (in civil cases).
- To recover data in the event of a hardware or software failure.
- To analyze a computer system after a break-in, for example, to determine how the attacker gained access and what the attacker did.
- To gather evidence against an employee that an organization wishes to terminate.
- To gain information about how computer systems work for the purpose of debugging, performance optimization, or reverse-engineering.

# Our Forensic Process

There are five basic steps to the computer forensics:
- Preparation (of the investigator, not the data)
- Collection (the data)
- Examination
- Analysis
- Reporting

# Collecting Digital Evidence

Digital evidence can be collected from many sources. Obvious sources include computers, cell phones, digital cameras, hard drives, CD-ROM, USB memory devices, and so on. Non-obvious sources include settings of digital thermometers, black boxes inside automobiles, RFID tags, and web pages (which must be preserved as they are subject to change).

Special care must be taken when handling computer evidence: most digital information is easily changed, and once changed it is usually impossible to detect that a change has taken place (or to revert the data back to its original state) unless other measures have been taken. For this reason it is common practice to calculate a cryptographic hash of an evidence file and to record that hash elsewhere, usually in an investigator's notebook, so that one can establish at a later point in time that the evidence has not been modified since the hash was calculated.

Other specific practices that have been adopted in the handling of digital evidence include:

- Imaging computer media using a writeblocking tool to ensure that no data is added to the suspect device.
- Establish and maintain the chain of custody.
- Documenting everything that has been done.
- Only use tools and methods that have been tested and evaluated to validate their accuracy and reliability.

Some of the most valuable information obtained in the course of a forensic examination will come from the computer user. An interview with the user can yield valuable information about the system configuration, applications, encryption keys and methodology. Forensic analysis is much easier when analysts have the user's passphrases to access encrypted files, containers, and network servers.

In an investigation in which the owner of the digital evidence has not given consent to have his or her media examined (as in some criminal cases) special care must be taken to ensure that the forensic specialist has the legal authority to seize, copy, and examine the data. Sometimes authority stems from a search warrant. As a general rule, one should not examine digital information unless one has the legal authority to do so. Amateur forensic examiners should keep this in mind before starting any unauthorized investigation.

## Imaging electronic media (evidence)

The process of creating an exact duplicate of the original evidentiary media is often called Imaging. Using a standalone hard-drive duplicator or software imaging tools such as DCFLdd or IXimager, the entire hard drive is completely duplicated. This is usually done at the sector level, making a bit-stream copy of every part of the user-accessible areas of the hard drive which can physically store data, rather than duplicating the filesystem. The original drive is then moved to secure storage to prevent tampering. During imaging, a write protection device or application is normally used to ensure that no information is introduced onto the evidentiary media during the forensic process.

The imaging process is verified by using the SHA-1 message digest algorithm (with a program such as sha1sum) or other still viable algorithms such as MD5. At critical points throughout the analysis, the media is verified again, known as "hashing", to ensure that the evidence is still in its original state. In corporate environments seeking civil or internal charges, such steps are generally overlooked due to the time required to perform them. They are essential for evidence that is to be presented in a court room, however.

## Collecting Volatile Data

If the machine is still active, any intelligence which can be gained by examining the applications currently open is recorded. If the machine is suspected of being used for illegal communications, such as terrorist traffic, not all of this information may be stored on the hard drive. If information stored solely in RAM is not recovered before powering down it may be lost. This results in the need to collect volatile data from the computer at the onset of the response.

Several Open Source tools are available to conduct an analysis of open ports, mapped drives (including through an active VPN connection), and open or mounted encrypted files (containers) on the live computer system. Utilizing open source tools and commercially available products, it is possible to obtain an image of these mapped drives and the open encrypted containers in an unencrypted format. Open Source tools for PCs include Knoppix and Helix. Commercial imaging tools include Access Data's Forensic Toolkit and Guidance Software's EnCase application.

The aforementioned Open Source tools can also scan RAM and Registry information to show recently accessed web-based email sites and the login/password combination used. Additionally these tools can also yield login/password for recently accessed local email applications including MS Outlook.

In the event that partitions with EFS are suspected to exist, the encryption keys to access the data can also be gathered during the collection process. With Microsoft's most recent addition, Vista, and Vista's use of BitLocker and the Trusted Platform Module (TPM), it has become necessary in some instances to image the logical hard drive volumes before the computer is shut down.

RAM can be analyzed for prior content after power loss. Although as production methods become cleaner the impurities used to indicate a particular cell's charge prior to power loss are becoming less common. However, data held statically in an area of RAM for long periods of time are more likely to be detectable using these methods. The likelihood of such recovery increases as the originally applied voltages, operating temperatures and duration of data storage increases. Holding unpowered RAM below −60 °C will help preserve the residual data by an order of magnitude, thus improving the chances of successful recovery. However, it can be impractical to do this during a field examination.

## Analysis

All digital evidence must be analyzed to determine the type of information that is stored upon it. For this purpose, specialty tools are used that can display information in a format useful to investigators. Such forensic tools include: AccessData's FTK, Guidance Software's EnCase, and Brian Carrier's Sleuth Kit. In many investigations, numerous other tools are used to analyze specific portions of information.

Typical forensic analysis includes a manual review of material on the media, reviewing the Windows registry for suspect information, discovering and cracking passwords, keyword searches for topics related to the crime, and extracting e-mail and images for review.

## Reporting

Once the analysis is complete, a report is generated. This report may be a written report, oral testimony, or some combination of the two.

Copyright © 2010
All rights reserved.

Home | Information Security | Computer Forensics | Software Solutions | Contact





Deliver training courses through computer technology

**News**
Encrypted Email Servers availbale.
» more information

**Demo**
Demo version comming soon.

## Software solutions for educational entities

The software is the ultimate solution for any educational or training organization

The software is designed to create memory for the learned concepts in the a short period of time to maximize the retention and the score in any standardized national or international exam.

The program focus on problem solving approach to force the student to think and recall the learned concept in a fraction of a second.

The program had been in use for more than 4 years and had accomplish amazing results.

We are offering this program at no cost to the educational institute except for installation fees. Demo can be seen

## The software include

### Management component which enable the admin

Supervise the staff via tracking the teachers logs that will display date and time as well as IP used to log into the system.

Supervise the students via tracking the students logs that will display date and time as well as IP used to log into the system and even the materials covered.

Supervise the staff and students via IP cameras connected via wireless or to the computers, the system enable admin to monitor staff live or even record the audio/video output for years.

Monitor all chat between users live or retrieve previous chats at any given time in the past for years.

Financial component that will allow admin to insert a package like tuition or any other fees and track records by name, date or any thing else.

The system will send emails as reminders for payments to the students as well as to admin. It is basically a complete accounting department with extremely friendly easy to use applications that will give you total control and recall of financial data in seconds.

New applications are transferred to the admin page from the website.

Ability to activate, suspend student accounts, administer curriculum and subjects with extreme ease.

Ability to create teacher account, and suspend as well as administer subjects.

### Teacher management component

Create a lecture from a huge range of books that can be stored in the system, create applications and questions of the given concept whereby the student is able to recall the taught concept and create memory.

Create exams from the curriculum or from the customized lectures.

Administer subjects and exams to students and revise the analysis and results of each student.

Teacher can deliver lectures live in real time to unlimited number of students via audio and video utilizing a white board and shared screen that displays the target material.

Teacher can record all his lectures so student can see it at a later time.

Browse database subject by subject, page by page or use the search to find any topic.

Make own lectures from questions and explanations

Manage new or unused courses to add to the database in rich text format like HTML

Manage student privileges to subjects

## Deliver training courses through computer technology

### Student management component

The student upon activation will have their own account where they can revise subjects or customized lectures in text or live real time streaming or as recorded lectures.

Tutorial mode revision is designed for those with initial knowledge of the subjects and just revising what they already had learned.

Read mode for those learning the concept for the first time, the concept will be displayed and followed by an application for reinforcement of knowledge and creation of short memory and would be converted into a long term memory by following the system.

Test mode by choosing one of two options:
The first is un-timed for those learning from the applications.
And the second is for those testing their knowledge and assessing their knowledge before an exam.

The analysis sheet will show the student areas of strength as well as areas of weakness, student can go back and revise the wrong answers and know why the wrong answer is wrong by reminding them by the right answer and the concept behind the question. The student can also see the right answers and see if they got it right for the right reasons or was just an educated guess.

The student can see lectured streamed live in real time at any place as long as they have a pc and internet or they can see it at any other time as recorded lecture.

The student can participate in live one on one interaction with a teacher or with a fellow student or even in a group study via audio/video conferencing with shared screen and a white board.

Students can chat or video talk among themselves at any time.

Keep track of Exam Scores, review mistakes and see your progress

Self Assigned Exams ( Tutorial and Test mode )

Teacher assigned Exams

Internal messaging to contact the teacher at any moment (internal email system )

Access to Questions and Explanations grouped into Subjects, Courses and Lectures

### Who can use the software

Any educational or training entity with or without internet access.

Any teacher looking to offer private lessons to wide range of students anywhere in the world.

### Why our educational delivery system

Control complexity and place your students in higher rank when compared to others.

Generate funds especially that this program is offered at no cost to the educational entity. The student will sign in for a fee that will be determined by the educational entity and we will get a small share of that fee.

Keep records of all students, teachers and financial records.

### Requirements

Our Computer Based Learning Program comes ready to use on a full dedicated server.

The server requires to be connected to electricity and to the network that will serve the students.

The network itself can be the internet and the students can use the program from their home.

Copyright © 2010
All rights reserved.

Home | Information Security | Computer Forensics | Software Solutions | Contact





Find legal evidence in computers and digital mediums

**News**
Encrypted Email Servers availbale.
» more information

**Demo**
Demo version comming soon.

## About AAR

ARR is a service provided by highly credentialed consultants worldwide. With a broad range of expertise, our professionals include former crime prosecutors, forensic accountants, intelligence analysts, computer forensics professionals, corporate governance specialists, business journalists, litigation consultants, top lawyers in all fields of law and regulatory experts.

## Home

ARR: Absolute Risk Reduction is our theme and it follows this path:
Before doing business you can go one of two ways contact us or did not contact us

## Contact us before doing business

Risk exposure consultation → Risk Reduction Management → Regain trust and minimize loss

## What are the preventive measures you can take?

Your communication with us today is your first step on the right direction: Let us do full evaluation and risk assessment of that individual, company or government office before you decide to sign that check, contract or agreement it might be the best decision you ever made.

Your first step is to contact us and setup an interview to discuss all options available, it is always better to take preventive measures than to do damage repair because of the fact that it is never the same like original.

You will find out many hidden risk factors that you were not aware of. We have the tools that enable us to run deep background check to carefully plan and capably manage investigations to identify wrongdoers before you engage in any activity with them.

After the investigation, we deliver the information you need to make informed decisions, whether in times of crisis, during simply running your business or before doing business. **Remember that prevention is the best treatment, least expensive and cost effective.** What if you already in business and want to take those preventive measures because you have doubts about one person or another?

We will introduce state of the art business control tools that involve hardware and best ever, never heard off software and hardware solutions, such as internal data handling policies and physical security standards, and recommending procedures to safeguard against future problems.

## Risk Reduction Management

If you already had been hurt by fraudulent activity of any kind then ARR would deal with it in a very sensitive, yet thorough, manner. Our strength is conceiving effective fact-finding strategies, deploying expert investigative resources, and bringing cases to resolution as swiftly as possible.

## The ARR Advantage

Conducting internal investigations requires far more than a series of employee interviews. Evidence of wrongdoing may be found through former employees, vendors, clients and other outside parties. It also may exist in documents outside the four walls of your

offices. ARR uses a comprehensive approach to corporate investigations. ARR case managers include lawyers with trial experience. Our investigative teams are comprised of our own investigators, who formerly served with a variety of law enforcement agencies, research analysts, forensic accountants, computer forensic technicians and other specialists. We get to the heart of a matter swiftly and more effectively than other professional firms.

If you did not contact us before doing business and became the victim of fraudulent activity such as accounting irregularities, embezzlement, electronic crimes, information leaks and other misconduct then this is your best chance to contact us now

Typically an investigation unfolds as follows:
- Analyze all facts presented
- Devise the investigative strategy for more facts findings
- Retrieve documentary evidence, including the recovery of electronic files even when you think you had hope
- Identify and interview witnesses: Interviews are conducted by behavior science experts
- Identify and interview/confront targets

Find legal evidence in computers and digital mediums

Our team of ex-law enforcement agencies and top lawyer can assemble a case file for the justice prosecutors and court system or refer you to a regulator or law enforcement agency.

We as well will advise you on the best procedures for preserving evidence, sanctioning employees and vendors, and negotiating with regulators and prosecutors

From experience 90% of fraudulent cases would be resolve without court system and through negations with those who had been identified as wrongdoers for satisfactory compensation and damage repair by the wrongdoers before the case advances to the court system and avoid media exposure that might harm the corporation further.

## Forensic Accounting

Our forensic accountants are supported by seasoned financial analysts, statisticians, , and computer forensics professionals. By combining financial insight and experience with investigative techniques ARR is able to quickly uncover and unravel the facts surrounding financial fraud allegations. Our independent status ensures an objective assessment, upon which corrective measures can be built.

## Data security and breach recovery solution

ARR works with global experts in data security, breach prevention and organizational recovery who are constantly monitoring criminal activity and systems response to enable clients to defend against evolving security breach methods.

## Partner with us today

Organizations that partner with ARR distinguish themselves by providing a reliable, comprehensive, interactive program from a global security and risk solutions leader. Whether this benefit is provided by institutions for their customers, bought by participating employees, or offered as an affinity membership benefit.
We will provide you with:
**Security Services:**
From assessment to implementation, clients benefit from ARR seamless integration of services, resulting in a more efficient, cost-effective security program. Our experts develop proactive, tiered approaches that can respond quickly to changing threat conditions and help ensure operational continuity in the wake of a crisis. That include:
- Security Assessments
- Protective Services

**Consulting:**
Clients seeking to resolve simple or complex situations, short- or long-term problems rely on our Security Consulting practice as trusted partners **Business Continuity:**
ARR works closely with clients to develop, implement and test effective strategies for managing in a business crisis by utilizing the following: a- identify threats b- determine the financial impact of an interruption c- provide comprehensive continuity program and strategies d- maintaining the program

## Security of Academic institutes

Our primary services to the education community are:
- Background Screening and Credentialing
- Environment, Health and Safety Consulting
- Campus Security and Safety Management
- Crisis Management Planning
- Forensic Financial Investigations
- Substance Abuse Testing
- Computer Security, Forensics and Data Recovery
- Investigations of Suspected Criminal Activity
- Fact-Finding Services and Litigation Support
- Travel Safety Programs for Students and Faculty Abroad

## Security to Healthcare Companies

Our primary services to the Healthcare community are:
- Forensic accounting and computing & litigation consulting
- Electronic data protection and recovery
- Business intelligence and investigations
- Investigations of suspected criminal acts
- Background screening
- Substance-abuse testing
- Facility security consulting
- Crisis-management planning
- Emergency-response planning
- Technology security




Find legal evidence in computers and digital mediums

## Background Screening Services

Background Screening division helps companies and government agencies verify the backgrounds and resumes of potential new hires, partners or even spouses. screening team includes specialists in law enforcement, criminal justice, and government service. To conduct a thorough background report, ARR searches primary sources, (including electronic resources), visits courthouses throughout the country to retrieve and review public documents, and conducts telephone interviews with a job candidate's professional and personal references

**What We Screen**
- Address histories
- Civil and bankruptcy records
- Credit reports
- Criminal records
- Driving histories
- Education and employment histories
- Liens and judgment histories
- Media coverage
- Professional licenses and certifications
- Regulatory sanctions (industry-specific)

## International Background Checks

We own Internet-based background screening system that's favored by many of our international clients. candidates enter their professional and personal data into a questionnaire at a secure Web site specifically designed for each client. Our team proceed immediately while remaining in compliance with privacy laws that require candidates' authorization on the transfer of data across international jurisdictions.

Copyright © 2010
All rights reserved.

Home | Information Security | Computer Forensics | Software Solutions | Contact




## Custody Battle and Parental Child Abduction

The power of mind, mastering the law and extensive network of connections are the most powerful tools to resolve any custody battle and parental abduction.

Dr Soliman a medical doctor and psychiatrist who had lived in USA for 27 years says: from personal and cases that he had encountered during day to day life and patients cases "Cross-racial or cross religion marriages don't work more than 50% of the times," and the victim is almost always the kids, one of the parents or both.

Almost all Egyptians young men thought about migration and many succeed in relocating to the west, USA or Canada where culture is just the opposite of what he had been used. After relocating more than 90% end up marrying a foreigner in order to gain residence rights in the West, it did not work in my case and I had witnessed numerous cases with tragic ending specially when kids are involved.

So, the young Egyptian leaves for better future and ends up in deep depression and in most cases loss of kids.

The problem usually starts when the husband belongs to one religion and the wife to another when the kids get to that age where they can understand then each parent works at best to seed his or her own faith into the child, the child at this point becomes confused who to believe for example one says Jesus is God or son of God and the other saying No Jesus is a messenger of God, one want to take the child to the mosque and the other to the church.

How would you expect the child to grow normally? This is in it self is the ground for child sufferings and mental illness as the child is trying his/her best to satisfy both parents.

Then what is the solution?

Don't bring children into this world unless you and your spouse had worked out your differences and both belong to the same faith and if you can not then divorce at early stage and before any kids are involved would be the best solution.

What if it is too late and children already are the subject of dispute?

Then mutual understanding via negations and we can help in that regard, however in some cases one or both parents love aggression and revenge more than the child welfare and safety, so they go the extra step to aggressive kidnapping and abduction specially when government agencies fail to bring justice.

I seen cases where USA courts had assign custody to the wrong parent, and seen cases where the Egyptian courts assign custody to the wrong parent.

I seen cases where the Egyptian courts had awarded custody non-Egyptian and allowed the removal of a child from Egypt to another country.

What is good for the child is to be with both parents and put all differences aside even if they have to pretend and if that is impossible then they must agree on joint custody where both have to accept and agree to each other term for the sake of the child.

In case that one parent refuses to the terms and insist on one sided vision then we are on your side 100% after all negations fails and we will get you your child back because a parent that only see aggression as the way to satisfy revenge is not and will not make a good parent. Our priority here is the welfare of the child and our services is dedicated to the victim in this case is the child and no money can persuade our decision.

So, if you are driven by hate and revenge then you are in the wrong website, go and find some money driven mercenaries and then at the end you'll find your self out of money and children.

Do you know what are consequences of you hire one of those money driven mercenaries to abduct your child?

Assume that you did it because you love your child and the other parent is not fit:
Parentally abducted children are never normal they will suffer:

1- post traumatic stress disorder
2- nightmares,
3- insomnia,
4- tremors,
5- complete absence of trust,
6- obsessive compulsive disorder,
7- loss of identity
8- less characters for life.


Find legal evidence in computers and digital mediums

Our strength here our confidence that both parents love the child and both will agree to mutually joint custody, we know how do it and forget about aggression, it will bring you regrets and losses at all levels.

We know human psychology and behavior, and remember that those who don't have the power of mind will always recommend you to use physical force for parental abduction. Those are usually brainless ex-army or ex-law enforcement individuals. they are in most of the times money driven, brainless and will drain you to the last drop, remember that no physical force is needed to do what is best for your child. Let our years of experience in child psychiatry and human behavior combined with best law firm work for you, we can bring it all together at fraction of the cost. At the end we know human behavior and law and that is our strength.

**Real Cases and Stories**

According to the US press, one American Muslim mother, Juan Faber, resorted to abducting her seven-year-old son, Adam on 13 September 2001, when the US government failed to provide economic or legal support in the process of persuading the Egyptian government to return the child. Adam's Egyptian father, Ahmed Naby, had brought the child to Egypt on 11 November 2000 in violation of a US joint-custody order. According to Faber, beyond the occasional, "supervised" mobile phone call, Naby refused to let her have any contact with Adam. "There are hundreds of parents, mainly fathers who decide to take matters into their hands and remove their children from the United States to their home country," Faber wrote in an open letter that appeared on crescentlife.com, a private Web site tackling a variety of social issues. "Once our children are there we are at the mercy of the foreign court, and basically, we can kiss our children goodbye because these courts normally will not cooperate with a foreign parent, especially a mother."

Yet Faber's contention is not true. Cornelia Streeter, one American mother who was granted custody of her two children, aged seven and nine, following a two-year battle in the Egyptian courts, found herself back where she started when her wealthy Egyptian husband, Anwar Wissa, fled with the two children once again -- first to Spain, then to Cuba. After their divorce in 2001, Wissa had smuggled the children out of the United States aboard his private jet, landing in Egypt, where the children remained until Streeter gained their custody in 2002. Last June, in a climax worthy of a blockbuster action flick, Wissa was finally arrested in Cuba and the children flown back to the US with their mother.

According to US federal figures, as many as 22 per cent of parent abductors employ professional mercenaries to locate and abduct their children, you don't need to do this, we will get you the child back if and when all other means fail and remember violence creates more violence and the real victim here is the child.

Copyright © 2010
All rights reserved.                                                                                          Home | Information Security | Computer Forensics | Software Solutions | Contact



> Home   > Information   > Forensics   > Software   > Private Investigation   > Custody   > Malpractice   > Contact us

**Expericence, Reliability, Responsivness.**

### News
Encrypted Email Servers availbale.
» **more information**

### Demo
Demo version comming soon.



## Contact



1774 hwy 22, Mckenzie TN

For any information use the following phone numbers:

**US Office:**
1774 hwy 22
Mckenzie TN 38201
Phone: +1 201 688 4441

**Egypt Office:**
City: Alexandria
Phone: + 20-197384992

## Team



**Hafez Gaberl, MD**
President



**Liana Govor**
Adminstration



**Mr. Mahmoud Elmallah**
LL.B, M.C.L Attorney-at-Law

**Hamza Elamallah**
LL.B, M.C.L Attorney-at-Law





liability, Responsivness.



**Hazem Sameer**
LL.B, M.C.L Attorney-at-Law





**Aisha Soliman**
International Relations

**Adrian P.**
Chief IT



Copyright © 2010
All rights reserved.

Home | Information Security | Computer Forensics | Software Solutions | Contact