



Reserve a seat online

› Home    › Location    › Dates for 2009    › Accomodation    › Lectures    › Why us?    › Assessment    › Contact

**100% money back guaranteed passing**

**News**
Online Assessment Exam for Step 1 and 2 comming soon. Register an account to be notified when assessment exam will be available
» **Register here**

**Lectures**

Optima is not accepting any more new students for USMLE until a complete resolution with NBME. To be updated fill in the Application form

Optima vs NBME declarations. Download here and here.



Email: 
Password: 
Login
Register
Retrieve password



- Courses
- Cost
- Mission Statement
- Our Approach
- Student Testimonials
- Terms and Conditions

Currently Optima Review offers courses for:

- USMLE Step 1
- USMLE Step 2

## Courses

Each student at Optima Review is assigned a login and password that grants them access to the computer based learning system. Every student who begins at Optima is given a full length evaluation exam to access their individual strengths and weaknesses. Students who score 45% or less will take the standard 7 week program. Students scoring above 45% are given the option of taking a 4 week program but are still encouraged to take the 7 week program to ensure a higher score.

Through the computer based learning system students are able to hone in on the areas that need to be strengthened, while constantly maintaining their knowledge base. Periodic full length examinations are also administered to help students further assess their progress.

During classroom lessons, concepts are further emphasized by teaching students how to break down questions. Helpful tips are given on how to answer questions efficiently and accurately. Students also may request further assistance from the professor in one on one session if they did not understand a concept taught in class or on the computer based learning system.

Our 7 week program is rigorous and intensive. Students are expected to put in a minimum of 10 hours of studying per day between attending lectures and self study. Students are granted access to the facilities 24 hours a day, 7 days a week.

Video taping, recording or copying any of the Optima Review program courses lectures or any component of the computer based learning system is strictly prohibited. Students are granted full access to all materials on the computers where they are permitted to store their own personal study notes. Lectures are given at a pace that all students are able to write notes with sufficient time. Concepts are gladly repeated for any student who requests clarification.

## Cost

Standard 7 week Program

**$4,950.00**

- Includes live lectures
- Access to over 3,000 USMLE style questions
- USMLE relevant concepts
- Progress monitored through Computer Based Learning System
- Option to extend an additional 2 weeks at no extra cost

Students who stay beyond 9 weeks are welcome to continue for the additional charge of $400 per week.

**100% money back guaranteed passing**

4 week program (eligibility is dependent on Optima evaluation exam score)

$3,250.00

We accept all major credit cards, cash and personal checks

## Mission Statement

Optima USMLE review recognizes that each student is unique in many different facets including the way they study and learn. Therefore it is our goal to provide each student with a tailored made review program that strives to boost up students weaknesses, while simultaneously expanding on their strengths. Optima USMLE Review is committed to provide students with a more focused study plan that concentrates on current USMLE tested concepts. It is our mission to, not only thoroughly prepare students for the USMLE, but to instill confidence in themselves and their test taking abilities. This is achieved with periodic evaluation exams, small classroom sizes and one on one attention.

## Our Approach

Optima Review offers students a two fold approach to preparing for the USMLE. Understanding key concepts is only half the key to successfully passing and scoring on the USMLE. Once a student has successful mastered concepts it is critical that they are able to apply and integrate this information while taking the exam. Optima Review provides students with access to over 3,000 USMLE style questions, in addition to giving the students the necessary tools to master USMLE concepts. Students learn how to dissect questions, look for key clues and learn how to eliminate incorrect answer choices. Ultimately students become desensitized to the USMLE format and feel confident they can tackle any questions that come their way.

## Student Testimonials

*"After finish my basic sciences at St. James Medical School I tried studying for the USMLE on my own with little success. I only managed to score in the 160s. I came across Optima Review while I was searching for review programs online and it was the best thing I ever did! After 8 weeks of solid studying I scored 208 on the USMLE Step 1. Optima helped me to study what I needed to know. Now I am in rotations and I owe it all to Optima. "*
- S.B (March 2007 class)

*"I chose Optima for several reasons. First of all, the legendary guarantee is unheard in this business. It speaks about the quality and level of trust Dr. Sulliman is willing to put on the line for his students to pass. I can assure he does not care about making money. His passion is strictly to see you pass and he backs it up with this guarantee. Second, the structure of the course. What do you get for your money? Well I can honestly say you are going to get the highest quality lectures available. Very cutting edge concepts which are highly tested on step one are emphasized so many times within the course with example questions that when you are done with the course, the material sticks. And that is what you want when you go to the exam - material that sticks and the idea of knowing that you have walked away from a course which has hammered your brain and thought process with well over 2500 of the hardest thought provoking questions imaginable. The third and most critical reason - your getting a coach! A live 200 pound six foot man with a heart of gold, the tenacity of lion, and the confidence in you of what you would expect from your family. He is with you day in and day out for the whole duration. He has cutting edge technology at his fingertips and monitors your performance hourly, pinpoints weaknesses which are quickly remedied, and has daily one on ones with his students. He limits the class size to provide an environment which fosters learning and individualized attention. He even drives*

you and picks you up from the test center, even waits a few blocks to check up on you, build your confidence and morale and then he drops you to the airport with one final comment - "Congratulations on passing the step one!" I have seen folks who have failed over four times pass after taking optima. Most of the students here have failed at least once before coming here, all of them have passed whilst I was there! I can go on about the course as others in these testimonials, but another point to consider if your still having doubts is to come and try out the program for a few days - free of charge. Take a full length or exam which will leave you with a true step one experience, learn your weaknesses, experience the Optima environment and see for yourself! I wish the best to all of you."

**100% money back guaranteed passing**

Copyright © 2008 Optima University
All rights reserved.

Home | Dates and Location | Accommodation | Why us ? | Terms and Conditions | Contact





