UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| NATIONAL BOARD OF MEDICAL EXAMINERS *et al.*, )<br><br>Plaintiffs, )<br><br>v. )<br><br>OPTIMA UNIVERSITY LLC *et al.*, )<br><br>Defendants. ) | Civil Action No. 09-1043-JDB |

### DECLARATION OF ROBERT A. BURGOYNE

I, Robert A. Burgoyne, hereby state as follows:

1.      I am more than twenty-one (21) years of age and, unless otherwise noted, I have personal knowledge of the facts stated herein.

2.      I am one of the attorneys for plaintiffs the National Board of Medical Examiners and the Federation of State Medical Boards.

3.      It is my understanding that an individual named Eihab Mohamed Suliman ("Mr. Suliman") is the owner of "Optima University LLC" ("Optima").  It is my further understanding that Optima and Mr. Suliman operate a commercial test preparation program for individuals who want to take the United States Medical Licensing Examination ("USMLE"); that they began operating this program from a location in Totowa, New Jersey; but that they now operate primarily, if not exclusively, from a location in McKenzie, Tennessee.

4.      Optima has a website -- www.optimauniversity.com -- which describes Optima's USMLE test preparation programs.  I have attached at Exhibits 1, 2 and 3 true and correct copies of pages retrieved from the Optima website.

85009401.1

5.      I have attached at Exhibit 4 a true and correct copy of a records report (the "Report") that was retrieved from LexisNexis (www.lexis.com) relating to "Eihab M. Suliman." (Personal and other information not relevant to this Declaration has been redacted from the Report.) On information and belief, this is the same Eihab Suliman who is a named defendant in this lawsuit.

6.      According to the Report, Mr. Suliman has used different "name variations" and is linked to at least two social security numbers. Report at 1.

7.      According to the Report, Mr. Suliman has been a "Debtor" on multiple judgment or lien filings between 1995 and 2008. These appear to be collection actions, and some of the actions are reported as still being "open." Report at 8-12.

8.      I have attached at Exhibit 5 an article dated June 17, 2008, that was retrieved from the McKenzie Banner's website, www.mckenziebanner.com. The article states that "Optima University will soon open near McKenzie," and it includes quotes from "Eihab *Sullivan*, M.D., Ph.D." (emphasis added). On information and belief, "Eihab Sullivan" is in fact defendant Eihab Suliman.

9.      As yet, no effort has been made to give notice to Defendants of the initiation of this lawsuit or of the motion for temporary restraining order filed concurrently herewith.

10.      Notice has not been given because Plaintiffs have significant concern that providing notice to Defendants would undermine, and perhaps foreclose, their ability to prosecute this action by giving Defendants the opportunity to destroy or hide away the evidence of their infringing activities.

85009401.1

2

I declare under penalty of perjury that the foregoing is true and correct.

This, the 19th day of February, 2009.

# Exhibit 1

OPTIMA UNIVERSITY - usmle Review Course

 **OPTIMA UNIVERSITY**
usmle review

 Reserve a seat online

> **Home**    > **Location**    > **Dates for 2009**    > **Accomodation**    > **Why us?**    > **Contact**

## news

Starting feb, 2008
usmle step 1 and 2 review courses
will be $4950 for 8 weeks program,
$6950 for upto 12 weeks and
no more 4 weeks course

## preview



» **Brochure**
» Courses
» Cost
» Mission Statement
» Our Approach
» Student Testimonials
» Terms and
Conditions

Currently Optima Review offers courses for:

- USMLE Step 1

- USMLE Step 2

| **Courses** |
| --- |

Each student at Optima Review is assigned a login and password that grants them access to the computer based learning system. Every student who begins at Optima is given a full length evaluation exam to access their individual strengths and weaknesses. Students who score 45% or less will take the standard 7 week program. Student's scoring above 45% are given the option of taking a 4 week program but are still encouraged to take the 7 week program to ensure a higher score.

Through the computer based learning system students are able to hone in on the areas that need to be strengthened, while constantly maintaining their knowledge base. Periodic full length examinations are also administered to help students further assess their progress.

During classroom lessons, concepts are further emphasized by teaching students how to break down questions. Helpful tips are given on how to answer questions efficiently and accurately. Students also may request further assistance from the professor in one on one session if they did not understand a concept taught in class or on the computer based learning system.

Our 7 week program is rigorous and intensive. Students are expected to put in a minimum of 10 hours of studying per day between attending lectures and self study. Students are granted access to the facilities 24 hours a day, 7 days a week.

Video taping, recording or copying any of the Optima Review program courses lectures or any

component of the computer based learning system is strictly prohibited. Students are granted full access to all materials on the computers where they are permitted to store their own personal study notes. Lectures are given at a pace that all students are able to write notes with sufficient time. Concepts are gladly repeated for any student who requests clarification.

## Cost

Standard 7 week Program

**$4,950.00**

- Includes live lectures
- Access to over 3,000 USMLE style questions
- USMLE relevant concepts
- Progress monitored through Computer Based Learning System
- Option to extend an additional 2 weeks at no extra cost

Students who stay beyond 9 weeks are welcome to continue for the additional charge of $400.00 per week.

4 week program (eligibility is dependent on Optima evaluation exam score)

**$3,250.00**

We accept all major credit cards, cash and personal checks.

## Mission Statement

Optima USMLE review recognizes that each student is unique in many different facets including the way they study and learn. Therefore it is our goal to provide each student with a tailored made review program that strives to boost up students weaknesses, while simultaneously expanding on their strengths. Optima USMLE Review is committed to provide students with a more focused study plan that concentrates on current USMLE tested concepts. It is our mission to, not only thoroughly prepare students for the USMLE, but to instill confidence in themselves and their test taking abilities. This is achieved with periodic evaluation exams, small classroom sizes and one on one attention.

## Our Approach

Optima Review offers students a two fold approach to preparing for the USMLE. Understanding key concepts is only half the key to successfully passing and scoring on the USMLE. Once a student has successful mastered concepts it is critical that they are able to apply and integrate this information while taking the exam. Optima Review provides students with access to over 3,000 USMLE style questions, in addition to giving the students the necessary tools to master USMLE concepts. Students learn how to dissect questions, look for key clues and learn how to eliminate incorrect answer choices. Ultimately students become desensitized to the USMLE format and feel confident they can tackle any questions that come their way.

OPTIMA UNIVERSITY - Usmle Review Course

## Student Testimonials

"After finish my basic sciences at St. James Medical School I tried studying for the USMLE on my own with little success. I only managed to score in the 160s. I came across Optima Review while I was searching for review programs online and it was the best thing I ever did! After 8 weeks of solid studying I scored 208 on the USMLE Step 1. Optima helped me to study what I needed to know. Now I am in rotations and I owe it all to Optima. "

- S.B (March 2007 class)

"I chose Optima for several reasons. First of all, the legendary guarantee is unheard in this business. It speaks about the quality and level of trust Dr. Sulliman is willing to put on the line for his students to pass. I can assure he does not care about making money. His passion is strictly to see you pass and he backs it up with this guarantee. Second, the structure of the course. What do you get for your money? Well I can honestly say you are going to get the highest quality lectures available. Very cutting edge concepts which are highly tested on step one are emphasized so many times within the course with example questions that when you are done with the course, the material sticks. And that is what you want when you go to the exam - material that sticks and the idea of knowing that you have walked away from a course which has hammered your brain and thought process with well over 2500 of the hardest thought provoking questions imaginable. The third and most critical reason - your getting a coach! A live 200 pound six foot man with a heart of gold, the tenacity of lion, and the confidence in you of what you would expect from your family. He is with you day in and day out for the whole duration. He has cutting edge technology at his fingertips and monitors your performance hourly, pinpoints weaknesses which are quickly remedied, and has daily one on ones with his students. He limits the class size to provide an environment which fosters learning and individualized attention. He even drives you and picks you up from the test center, even waits a few blocks to check up on you, build your confidence and morale and then he drops you to the airport with one final comment - "Congratulations on passing the step one!" I have seen folks who have failed over four times pass after taking optima. Most of the students here have failed at least once before coming here , all of them have passed whilst I was there! I can go on about the course as others in these testimonials, but another point to consider if your still having doubts is to come and try out the program for a few days - free of charge. Take a full length 8 hr exam which will leave you with a true step one experience, learn your weaknesses, experience the Optima environment and see for yourself! I wish the best to all of you."

Copyright © 2008 Optima University
All rights reserved.

Home | Dates and Location | Accomodation | Why us ? | Terms and Conditions | Contact

# Exhibit  2

OPTIMA UNIVERSITY - Exam Dates for 2008



**OPTIMA UNIVERSITY**
usmle review


Reserve a seat online

› Home    › Location    › Dates for 2009    › Accomodation    › Why us?    › Contact

## news

Starting feb, 2008
usmle step 1 and 2 review courses
will be $4950 for 8 weeks program,
$6950 for upto 12 weeks and
no more 4 weeks course

## preview



## Dates for 2009

Students can enroll every Monday of the week , we follow roll over admission and classes meaning that you start where you enter the cycle and whatever had been missed will be made up when cycle repeats.

## Schedule for Standard 7 week program:

The first two weeks are designated as self study and gives students the opportunity to master all of the USMLE concepts on the Computer Based Learning System. The next two weeks are live lectures devoted to USMLE test taking tips, dissecting questions and fully understanding how to apply the concepts mastered. The remaining 3 weeks are a mixture of self study and one on one attention. During this time students will fine tune the USMLE concepts and master the 3000 plus USMLE style questions.

## Our approach:

The first day the student will set for the diagnostic exam which is a 7 blocks of 350 questions, the next day students will then learn the wrong questions.

The next two weeks are designated as self study ( our materials only) and gives students the opportunity to get an idea on what would be lectured in advance, that will allow maximal absorption during the lectures.

Before each lecture the student will take a baseline exam on that topic then another one after the lecture, if the student retained 100% of the concepts then the expected results should be 100% correct.

Our system is able to generate all mistakes made by each students and those collective mistakes are taught again to each, by doing so the concept is now clear and its application to a different variations of questions is mastered.

We take a small number of students each cycle to maximize the dedicated time and learning.

All of the USMLE concepts on the Computer Based Learning System. The next three weeks are

live lectures devoted to USMLE test taking tips, dissecting questions and fully understanding how to apply the concepts mastered. The remaining 3 weeks are a mixture of self study and one on one attention. During this time students will fine tune the USMLE concepts and master the 3000 plus USMLE style questions.

After the first 3 weeks the student will take evaluation exam 1 and the score now should be up by at least 15 points when compared to the baseline diagnostic exam.

During the 4 th week to the 6 th week the student will go through 6 more evaluation exams and the progress will be measured and analyzed by our system.

6 days before taking the actual USMLE exam the student must show a satisfactory score before taking the actual exam.

We don't allow any gaps during the course and the last day of your course is the night of your actual exam assuming you passed all evaluations and final diagnostic.

The bottom line is If we take you in ….YOU WILL PASS …no questions asked.

Our system has proven effective and when you visit us you can see all scores before and after optima.

Our records shows that during the last 4 cycles we maintained 99% pass rate and highest reported score last cycle was 94/225.

We will get you at average 45 points gain from your non-passing score…don't waist time your time and energy in irrelevant materials and make the call today.

Copyright © 2008 Optima University
All rights reserved.

Home | Dates and Location | Accomodation | Why us ? | Terms and Conditions | Contact

# Exhibit 3

 **OPTIMA UNIVERSITY**
usmle review

 Reserve a seat online

> Home   > Location   > Dates for 2009   > Accomodation   > Why us?   > Contact

## news

Starting feb, 2008
usmle step 1 and 2 review courses
will be $4950 for 8 weeks program,
$6950 for upto 12 weeks and
no more 4 weeks course

## preview



## Terms , conditions and refund policy:

**1** As a condition for enrollment into our Optima-USMLE program the rule is **If USMLE accept you , we accept you**: all students must be accepted first by USMLE and/or ECFMG/NBME and possess the permit to enter the USMLE exam, copy of which must be uploaded to our site or mailed/emailed to us.

To see if your school is approved so you can take USMLE, please check this link
http://imed.ecfmg.org/search.asp

To read the information booklet on the requirements , please go to this link
http://ecfmg.org/announce.htm#08ib

To register for USMLE exam please go to this link
https://secure2.ecfmg.org/emain.asp?app=iwa

when you have booked an eligibility period then contact us to register for the course.

**2** All students will be granted a 3 day free trial period, the first day would your diagnostic exam, an eight hour exam that is scored the same way like USMLE and would reflect approximately your actual score as if you were to take the exam that day.

A score of 180-185 will qualify you to the 4 weeks program, any thing below this will be in the 7-9 weeks program.

**3** All applicants must take the USMLE exam immediately after finishing the course, our recommendation is to take the exam second day after completing the course, delaying it only means lower score not a higher score based on our experience and the stats.
**4** All applicants passed the USMLE are encouraged to submit a copy of the score to us for a gift certificate of 100 USD, so we keep our pass rate accurate.

1-100% attendance for 100% money back guaranteed within 30 days of receipt of official score in the unlikely event of not passing by registered mail or carrier service only.

**5** The Content provided in lectures, our books, our DVD's, multimedia kinds or tools or in the web site is copyrighted. You are only permitted to view the Content for your personal and non-commercial use only. You are not permitted to copy, modify, reproduce, disclose or distribute

any of the copyrighted Content in whole or in part. Your Optima-USMLE account username and password may not be shared- and may not be shared between classmates, friends or co-workers. Any unauthorized use of the Content is a violation of Optima University rights protected by USA Federal laws and could subject you and others who are involved to criminal and civil penalties and will result in the immediate termination of your account without any refunds.

Copyright © 2008 Optima University
All rights reserved.

Home | Dates and Location | Accomodation | Why us ? | Terms and Conditions | Contact

# Exhibit 4

**1 OF 1 RECORD(S)**

FOR INFORMATIONAL PURPOSES ONLY
Copyright 2008 LexisNexis
a division of Reed Elsevier Inc. All Rights Reserved.

| Full Name | Address | County | Phone |
|---|---|---|---|
| SULIMAN, EIHAB M | 1341 NORTH AVE APT 9 K ELIZA- BETH, NJ 07208-2653 | UNION | None Listed |

## ADDITIONAL PERSONAL INFORMATION

| SSN | DOB | | Gender |
|---|---|---|---|
| REDACTED | 1963 (Age:45) | | |

## Subject Summary
### Name Variations
| 1: | BRAHIM, EIHAB |
|---|---|
| 2: | EBRAHIM, EIHAB M |
| 3: | IBRAHIM, EIHAB M |
| 4: | SULIMAN, EIHAB |
| 5: | SULIMAN, EIHAB M |

### SSNs Summary
| No. | SSN | State Iss. | Date Iss. | Warnings |
|---|---|---|---|---|
| | | | Other reported SSNs: | |
| 1: | REDACTED | New Jersey | 1987-1988 | |
| 2: | REDACTED | New Jersey | 1986-1987 | |

## DOBs
Reported DOBs:
/1963   1963   REDACTED

## Address Summary - 20 records found for subject.
| No. | Address |
|---|---|
| 1: | 1341 NORTH AVE APT 9K ELIZABETH, NJ 07208-2653 UNION COUNTY |
| 2: | 7606 LUCKY LN FL 1ST NORTH BERGEN, NJ 07047-4900 HUDSON COUNTY |
| 3: | 1680 JOHN F KENNEDY BLVD JERSEY CITY, NJ 07305-1840 HUDSON COUNTY |
| 4: | 885 BROADWAY APT 286 BAYONNE, NJ 07002-3032 HUDSON COUNTY    Photocopying & Duplication Service        Packaging Service        Shipping Agent |
| 5: | 94 SYCAMORE RD FL 1ST JERSEY CITY, NJ 07305-1238 HUDSON COUNTY |

6:  16 NEW PROVIDENC ST
    NEW PROVIDENCE, NJ 07974
    UNION COUNTY

7:  2766 BUS MAIL
    MIAMI, FL 33144
    MIAMI-DADE COUNTY

8:  8356 W FLAGLER ST # 27
    MIAMI, FL 33144-2030
    MIAMI-DADE COUNTY

9:  11 CROSSGATE RD APT 2ND
    JERSEY CITY, NJ 07305-1205
    HUDSON COUNTY

10: PO BOX 266
    JERSEY CITY, NJ 07303-0266
    HUDSON COUNTY

11: 16 SEAVIEW AVE APT 2ND
    JERSEY CITY, NJ 07305-4715
    HUDSON COUNTY

12: 157 ZEIBRASKIE ST
    JERSEY CITY, NJ 07307
    HUDSON COUNTY

13: 31 HIGH ST APT 43
    JERSEY CITY, NJ 07306-1945
    HUDSON COUNTY

14: 71 KENNEDY BLVD APT
    BAYONNE, NJ 07002-5220
    HUDSON COUNTY

15: 802 MONTGOMERY ST APT
    JERSEY CITY, NJ 07306-4604
    HUDSON COUNTY

16: 171 OCEAN AVE APT 6
    JERSEY CITY, NJ 07305-3846
    HUDSON COUNTY

17: 985 FAIRFIELD AVE APT
    BRIDGEPORT, CT 06605-1138
    FAIRFIELD COUNTY    Mobile Home Site Operator

18: 3880 MAIN ST APT 42
    BRIDGEPORT, CT 06606-2808
    FAIRFIELD COUNTY

19: 669 OCEAN AVE
    JERSEY CITY, NJ 07305-3706
    HUDSON COUNTY

20: 692 OCEAN AVE APT
    JERSEY CITY, NJ 07305-3704
    HUDSON COUNTY

**Address Details**
**1: 1341 NORTH AVE APT 9K ELIZABETH, NJ 07208-2653**

| Address | Dates | Phone |
|---|---|---|
| 1341 NORTH AVE APT 9K<br>ELIZABETH, NJ 07208-2653<br>UNION COUNTY | 1/2009 | |

**Census Data for Geographical Region**
Median Head of Household Age: 36
Median Income: $46,397
Median Home Value: $196,900
Median Education: 13 years
**Household Members**
None Listed
**Other Associates**
REDACTED

**2: 7606 LUCKY LN FL 1ST NORTH BERGEN, NJ 07047-4900**

| Address | Dates | Phone |
|---|---|---|
| 7606 LUCKY LN FL 1ST<br>NORTH BERGEN, NJ 07047-4900<br>HUDSON COUNTY | 1/2009 | |

**Census Data for Geographical Region**
Median Head of Household Age: 37
Median Income: $51,518
Median Home Value: $221,800
Median Education: 13 years
**Household Members**
None Listed
**Other Associates**
None Listed

**3: 1680 JOHN F KENNEDY BLVD JERSEY CITY, NJ 07305-1840**

| Address | Dates | Phone |
|---|---|---|
| 1680 JOHN F KENNEDY BLVD<br>JERSEY CITY, NJ 07305-1840<br>HUDSON COUNTY | 6/2004 | REDACTED |

**Census Data for Geographical Region**
Median Head of Household Age: 41
Median Income: $33,102
Median Home Value: $135,000
Median Education: 12 years
**Household Members**
REDACTED

**Other Associates**
None Listed

**4: 885 BROADWAY APT 286 BAYONNE, NJ 07002-3032**

| Address | Dates | Phone |
|---|---|---|
| 885 BROADWAY APT 286<br>BAYONNE, NJ 07002-3032<br>HUDSON COUNTY | 7/2002 | |

**Census Data for Geographical Region**
Median Head of Household Age: 41
Median Income: $45,880
Median Home Value: $157,300

Median Education: 13 years
**Household Members**
None Listed
**Other Associates**
None Listed

**5: 94 SYCAMORE RD FL 1ST JERSEY CITY, NJ 07305-1238**

| Address | Dates | Phone |
|---|---|---|
| 94 SYCAMORE RD FL 1ST JERSEY CITY, NJ 07305-1238 HUDSON COUNTY | 7/2001 | |

**Census Data for Geographical Region**
Median Head of Household Age: 37
Median Income: $41,136
Median Home Value: $156,300
Median Education: 13 years
**Household Members**
None Listed
**Other Associates**
None Listed

**6: 16 NEW PROVIDENC ST NEW PROVIDENCE, NJ 07974**

| Address | Dates | Phone |
|---|---|---|
| 16 NEW PROVIDENC ST NEW PROVIDENCE, NJ 07974 UNION COUNTY | 10/2000 | |

**Census Data for Geographical Region**
Median Head of Household Age: 42
Median Income: $70,272
Median Home Value: $300,000
Median Education: 15 years
**Household Members**
None Listed
**Other Associates**
None Listed

**7: 2766 BUS MAIL MIAMI, FL 33144**

| Address | Dates | Phone |
|---|---|---|
| 2766 BUS MAIL MIAMI, FL 33144 MIAMI-DADE COUNTY | 1/1999 | |

**Census Data for Geographical Region**
Median Head of Household Age: 46
Median Income: $31,364
Median Home Value: $114,000
Median Education: 11 years
**Household Members**
None Listed
**Other Associates**
None Listed

**8: 8356 W FLAGLER ST # 27 MIAMI, FL 33144-2030**

| Address | Dates | Phone |
|---|---|---|
| 8356 W FLAGLER ST # 27 MIAMI, FL 33144-2030 | 8/1997 | |

MIAMI-DADE COUNTY
**Census Data for Geographical Region**
Median Head of Household Age: 43
Median Income: $35,659
Median Home Value: $109,200
Median Education: 12 years
**Household Members**
None Listed
**Other Associates**
None Listed

**9: 11 CROSSGATE RD APT 2ND JERSEY CITY, NJ 07305-1205**

| Address | Dates | Phone |
|---|---|---|
| 11 CROSSGATE RD APT 2ND JERSEY CITY, NJ 07305-1205 HUDSON COUNTY | 1/1997 | |

**Census Data for Geographical Region**
Median Head of Household Age: 37
Median Income: $63,889
Median Home Value: $174,700
Median Education: 14 years
**Household Members**
None Listed
**Other Associates**
None Listed

**10: PO BOX 266 JERSEY CITY, NJ 07303-0266**

| Address | Dates | Phone |
|---|---|---|
| PO BOX 266 JERSEY CITY, NJ 07303-0266 HUDSON COUNTY | 11/1995 | |

**Census Data for Geographical Region**
Median Head of Household Age: 37
Median Income: $47,963
Median Home Value: $73,100
Median Education: 15 years
**Household Members**
None Listed
**Other Associates**
None Listed

**11: 16 SEAVIEW AVE APT 2ND JERSEY CITY, NJ 07305-4715**

| Address | Dates | Phone |
|---|---|---|
| 16 SEAVIEW AVE APT 2ND JERSEY CITY, NJ 07305-4715 HUDSON COUNTY | 3/1995 | |

**Census Data for Geographical Region**
Median Head of Household Age: 34
Median Income: $31,339
Median Home Value: $129,500
Median Education: 12 years
**Household Members**
None Listed
**Other Associates**

None Listed

**12: 157 ZEIBRASKIE ST JERSEY CITY, NJ 07307**

| Address | Dates | Phone |
|---|---|---|
| 157 ZEIBRASKIE ST<br>JERSEY CITY, NJ 07307<br>HUDSON COUNTY | 8/1993 | |

**Census Data for Geographical Region**
Median Head of Household Age: 33
Median Income: $26,875
Median Home Value: $100,900
Median Education: 11 years
**Household Members**
None Listed
**Other Associates**
None Listed

**13: 31 HIGH ST APT 43 JERSEY CITY, NJ 07306-1945**

| Address | Dates | Phone |
|---|---|---|
| 31 HIGH ST APT 43<br>JERSEY CITY, NJ 07306-1945<br>HUDSON COUNTY | 4/1992 | |

**Census Data for Geographical Region**
Median Head of Household Age: 34
Median Income: $32,625
Median Home Value: $102,300
Median Education: 13 years
**Household Members**
None Listed
**Other Associates**
None Listed

**14: 71 KENNEDY BLVD APT BAYONNE, NJ 07002-5220**

| Address | Dates | Phone |
|---|---|---|
| 71 KENNEDY BLVD APT<br>BAYONNE, NJ 07002-5220<br>HUDSON COUNTY | 12/1991 | |

**Census Data for Geographical Region**
Median Head of Household Age: 36
Median Income: $54,375
Median Home Value: $207,600
Median Education: 13 years
**Household Members**
None Listed
**Other Associates**
None Listed

**15: 802 MONTGOMERY ST APT JERSEY CITY, NJ 07306-4604**

| Address | Dates | Phone |
|---|---|---|
| 802 MONTGOMERY ST APT<br>JERSEY CITY, NJ 07306-4604<br>HUDSON COUNTY | 4/1991 | |

**Census Data for Geographical Region**
Median Head of Household Age: 35
Median Income: $32,500

Median Home Value: $122,100
Median Education: 13 years
**Household Members**
None Listed
**Other Associates**
None Listed

**16: 171 OCEAN AVE APT 6 JERSEY CITY, NJ 07305-3846**

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 171 OCEAN AVE APT 6 | 12/1990 | |

JERSEY CITY, NJ 07305-3846
HUDSON COUNTY
**Census Data for Geographical Region**
Median Head of Household Age: 41
Median Income: $33,102
Median Home Value: $135,000
Median Education: 12 years
**Household Members**
None Listed
**Other Associates**
None Listed

**17: 985 FAIRFIELD AVE APT BRIDGEPORT, CT 06605-1138**

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 985 FAIRFIELD AVE APT | 7/1989 | |

BRIDGEPORT, CT 06605-1138
FAIRFIELD COUNTY
**Census Data for Geographical Region**
Median Head of Household Age: 29
Median Income: $21,217
Median Home Value: $87,200
Median Education: 11 years
**Household Members**
None Listed
**Other Associates**
None Listed

**18: 3880 MAIN ST APT 42 BRIDGEPORT, CT 06606-2808**

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 3880 MAIN ST APT 42 | 6/1989 | |

BRIDGEPORT, CT 06606-2808
FAIRFIELD COUNTY
**Census Data for Geographical Region**
Median Head of Household Age: 34
Median Income: $46,364
Median Home Value: $120,000
Median Education: 12 years
**Household Members**
None Listed
**Other Associates**
None Listed

**19: 669 OCEAN AVE JERSEY CITY, NJ 07305-3706**

| **Address** | **Dates** | **Phone** |
|---|---|---|

669 OCEAN AVE
JERSEY CITY, NJ 07305-3706                                        5/1987
HUDSON COUNTY

**Census Data for Geographical Region**
Median Head of Household Age: 33
Median Income: $26,186
Median Home Value: $81,900
Median Education: 12 years

**Household Members**
None Listed

**Other Associates**
None Listed


**20: 692 OCEAN AVE APT JERSEY CITY, NJ 07305-3704**

**Address**                                      **Dates**       **Phone**
692 OCEAN AVE APT                                5/1987
JERSEY CITY, NJ 07305-3704
HUDSON COUNTY

**Census Data for Geographical Region**
Median Head of Household Age: 34
Median Income: $31,625
Median Home Value: $82,900
Median Education: 12 years

**Household Members**
None Listed

**Other Associates**
None Listed


**Judgments/Liens**

**1: NJ Judgments and Liens Filings**

### Debtor Information
Name: SULIMAN, EIHAB M
Address: 7606 LUCKY LN # 1
NORTH BERGEN, NJ 07047-4900
HUDSON COUNTY

### Creditor Information
Name: PALISADES COLLECTIONLLC

### Filing Information
Jurisdiction: NJ
Amount: $985
Filing Date: 10/22/2008
Eviction: N

### Filing 1
Number: DC01666808
Type: CIVIL JUDGMENT
Agency: HUDSON COUNTY SPECIAL CIVIL PART
Agency State: NJ
Agency County: HUDSON


**2: NJ Judgments and Liens Filings**

### Debtor Information
Name: SULIMAN, EIHAB M
Address: 7606 LUCKY LN # 1
NORTH BERGEN, NJ 07047-4900

HUDSON COUNTY
**Creditor Information**
Name: PALISADES COLLECTION LLC
**Filing Information**
Jurisdiction: NJ
Amount: $969
Filing Date: 6/2/2008
Eviction N

**Filing 1**
Number: DC01666808
Type: CIVIL NEW FILING
Agency: HUDSON COUNTY SPECIAL CIVIL PART
Agency State: NJ
Agency County: HUDSON

**3: NJ Judgments and Liens Filings**
**Debtor Information**
Name: SULIMAN, EIHAB M
Address: 1341 NORTH AVE
ELIZABETH, NJ 07208-2622
UNION COUNTY
**Creditor Information**
Name: EDUCATION RESOURCES INSTITUTE
**Filing Information**
Jurisdiction: NJ
Amount: $14,648
Filing Date: 3/31/2008
Eviction N

**Filing 1**
Number: DC02279807
Type: CIVIL JUDGMENT
Agency: UNION COUNTY SPECIAL CIVIL PART
Agency State: NJ
Agency County: UNION

**4: NJ Judgments and Liens Filings**
**Debtor Information**
Name: SULIMAN, EIHAB M
Address: 1341 NORTH AVE
ELIZABETH, NJ 07208-2622
UNION COUNTY
**Creditor Information**
Name: THE EDUCATION RESOUR CE
**Filing Information**
Jurisdiction: NJ
Amount: $12
Filing Date: 12/27/2007
Eviction N

**Filing 1**
Number: DC02279807
Type: CIVIL NEW FILING
Agency: UNION COUNTY SPECIAL CIVIL PART
Agency State: NJ
Agency County: UNION

**5: NJ Judgments and Liens Filings**

**Debtor Information**

Name: SULIMAN, EIHAB

Address: 7606 LUCKY LN
NORTH BERGEN, NJ 07047-4900
HUDSON COUNTY

**Creditor Information**

Name: THE EDUCATION RESOURCES

**Filing Information**

Jurisdiction: NJ

Amount: $12,158.71

Filing Date: 3/30/2005

Case Number: SC-00005527-2005-DC

Filing Status: OPEN

**Filing 1**

Number: DC-005527-2005

Type: CIVIL SUIT

Agency: NEW JERSEY SUPERIOR COURT  LAW DIVISION  SPECIAL CIVIL PART

Agency State: NJ

Agency County: HUDSON

**6: NJ Judgments and Liens Filings**

**Debtor Information**

Name: SULIMAN, EIHAB

Address: 7606 LUCKY L 1
NORTH BERGEN, NJ 07047
HUDSON COUNTY

**Creditor Information**

Name: NEW CENTURY FINANCIAL SERVICE

**Filing Information**

Jurisdiction: NJ

Amount: $8,855.96

Filing Date: 4/21/2003

Case Number: JC-00015467-2002-DC

Filing Status: OPEN

**Filing 1**

Number: DC-015467-2002

Type: JUDGMENT

Agency: NEW JERSEY SUPERIOR COURT  LAW DIVISION  SPECIAL CIVIL PART

Agency State: NJ

Agency County: HUDSON

**7: NJ Judgments and Liens Filings**

**Debtor Information**

Name: SULIMAN, EIHAB

Address: 7606 LUCKY L 1
NORTH BERGEN, NJ 07047
HUDSON COUNTY

**Creditor Information**

Name: NEW CENTURY FINANCIAL SERVICES

**Filing Information**

Jurisdiction: NJ

Amount: $8,203.34

Filing Date: 11/20/2002
Case Number: SC-00015467-2002-DC
**Filing 1**
Number: DC-015467-2002
Type: CIVIL SUIT
Agency: NEW JERSEY SUPERIOR COURT  LAW DIVISION  SPECIAL CIVIL PART
Agency State: NJ
Agency County: HUDSON

**8: NJ Judgments and Liens Filings**
**Debtor Information**
**Debtor 1**
Name: SULIMAN. EIHAB
SSN: **REDACTED**
Address: 885 BROADWAY 286
BAYONNE, NJ 07002-3032
HUDSON COUNTY
**Debtor 2**
Company Name: TRANS USA CORP
Address: 20 24 BRAFORD PL TE 605
NEWARK, NJ 07102
ESSEX COUNTY
**Creditor Information**
Name: STATE OF NEW JERSEY
**Filing Information**
Jurisdiction: NJ
Amount: $67,999.22
Filing Date: 10/5/2000
Case Number: DJ-00196068-2000-
Release Date: 7/25/2002
Filing Status: SATISFIED
**Filing 1**
Number: DJ-196068-2000
Type: STATE TAX LIEN
Agency: NEW JERSEY SUPERIOR COURT
Agency State: NJ
Agency County: MERCER

**9: NJ Judgments and Liens Filings**
**Debtor Information**
**Debtor 1**
Name: EBRAHIM, EIHAB N
Address: 11 CROSSGATE RD
JERSEY CITY, NJ 07305-1205
HUDSON COUNTY
**Debtor 2**
Name: IBRAHIM, EIHAB M
**Creditor Information**
Name: NEW YORK STATE HIGHER EDUCATION SERVICES CORPORATION
**Filing Information**
Jurisdiction: NJ
Amount: $17,383.08
Filing Date: 5/3/1996
Case Number: JJ-00104076-1996-

**Filing Status:** OPEN
### Filing 1
**Number:** J-104076-1996
**Type:** JUDGMENT
**Agency:** NEW JERSEY SUPERIOR COURT  LAW DIVISION
**Agency State:** NJ
**Agency County:** HUDSON

## 10: NJ Judgments and Liens Filings

### Debtor Information
**Name:** EBRAHIM, EIHAB N
**Address:** 11 CROSSGATE RD
JERSEY CITY, NJ 07305-1205
HUDSON COUNTY
### Creditor Information
**Name:** NEW YORK STATE HIGHER EDUCATION SERVICES CORPORATION
### Filing Information
**Jurisdiction:** NJ
**Amount:** $17,383.08
**Filing Date:** 5/3/1996
**Case Number:** JJ-00104076-1996-
**Filing Status:** OPEN
### Filing 1
**Number:** L-007214-95
**Type:** JUDGMENT
**Agency:** NEW JERSEY SUPERIOR COURT  LAW DIVISION
**Agency State:** NJ
**Agency County:** HUDSON

## 11: NJ Judgments and Liens Filings

### Debtor Information
**Name:** EBRAHIM, EIHAB N
**Address:** 11 CROSSGATE RD
JERSEY CITY, NJ 07305-1205
HUDSON COUNTY
### Creditor Information
**Name:** NEW YORK STATE HIGHER EDUCATI
### Filing Information
**Jurisdiction:** NJ
**Amount:** $14,959
**Filing Date:** 9/15/1995
**Case Number:** SL-00007214-1995-
**Filing Status:** OPEN
### Filing 1
**Type:** CIVIL SUIT
**Agency:** NEW JERSEY SUPERIOR COURT  LAW DIVISION
**Agency State:** NJ
**Agency County:** HUDSON

## 12: NJ Judgments and Liens Filings

### Debtor Information
**Name:** IBRAHIM, EIHAB
**Address:** 16 SEAVIEW AVE
JERSEY CITY, NJ 07305-4715

HUDSON COUNTY
**Creditor Information**
**Name:** STATE OF NEW JERSEY
**Filing Information**
**Jurisdiction:** NJ
**Amount:** $30,000
**Filing Date:** 3/10/1995
**Case Number:** DJ-00060604-1995-
**Filing Status:** OPEN
**Filing 1**
**Type:** STATE TAX LIEN
**Agency:** NEW JERSEY SUPERIOR COURT
**Agency State:** NJ
**Agency County:** HUDSON

**Potential Relatives**
| No. | Full Name | Address/Phone |
|-----|-----------|---------------|

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

**Person Associates**

| No. | Full Name | Address | SSN | Phone | DOB |
|-----|-----------|---------|-----|-------|-----|

**REDACTED**

**REDACTED**

**REDACTED**

**Neighbors**
1341 NORTH AVE APT 9K ELIZABETH, NJ 07208-2653
Name                                    Address                          Phone

**REDACTED**

**REDACTED**

**Employment Locator**
**1:**

|  |  |
|---|---|
| **Company Name:** | UNIVERSITY OF ORADEA |
| **Name:** | SULIMAN, EIHAB |
| **Address:** | 885 BROADWAY # 286 BAYONNE, NJ 07002-3032 |
| **Phone:** | (201) 536-9510 |
| **Confidence:** | High |

**2:**

|  |  |
|---|---|
| **Company Name:** | TRANS USA CORP |
| **Name:** | SULIMAN, EIHAB M |
| **Confidence:** | Medium |

**3:**

|  |  |
|---|---|
| **Company Name:** | UNIVERSITY OF ORADEA |
| **Name:** | SULIMAN, EIHAB |
| **Address:** | 885 BROADWAY # 286 BAYONNE, NJ 07002-3087 |
| **Phone:** | (201) 536-9510 |
| **Confidence:** | High |

**Sources**

| | |
|---|---|
| **All Sources** | 67 Source Document(s) |
| **Historical Person Locator** | 26 Source Document(s) |
| **Liens and Judgments** | 12 Source Document(s) |
| **Person Locator 1** | 2 Source Document(s) |
| **Person Locator 2** | 27 Source Document(s) |

Key
High Risk Indicator.  These symbols may prompt you to investigate further.
 Moderate Risk Indicator.  These symbols may prompt you to investigate further.
General Information Indicator.  These symbols inform you that additional information is provided.
The most recent telephone listing as reported by the EDA source.

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State

documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use is: Litigation
Your GLBA Permissible Use is: Fraud Prevention or Detections

Copyright© 2008 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

# Exhibit 5

McKenzie Banner



Subscribe to the print edition


What is RSS

Calendar

News | Features | School | Sports | Events | Obituaries | Daily Obits | Public Notices |

Home    About Us    Contact Us                        June 17, 2008

## NEWS

Copyright 2007. Use by permission only.

### COMMUNITY
• Huntingdon TN
• McKenzie TN
• Retire in McKenzie
• Carroll County Chamber of Commerce
• Paris-Henry County Tennessee

### SCHOOLS
• McKenzie Schools
• Huntingdon Schools
• Hollow Rock-Bruceton
• West Carroll Schools
• Clarksburg School
• Carroll County Board of Education
• Bethel College
• Tennessee Technology Center

### ATTRACTIONS
• The Dixie Carter Performing Arts and Academic Enrichment Center

Designed & hosted by The McKenzie Banner CLICK HERE for more Web sites created and hosted by The Banner

News Tips/Ideas

Real Estate Guide

Products

Online Ads

Ad Rates

Deadlines/Policies

## Optima University to Open Near McKenzie











MCKENZIE, Tenn. (June 12) Optima University will soon open near McKenzie. The resident college, designed to help medical students pass the USMLE (United States Medical License Exam) will be located in the former McKenzie Retirement Center, State Route 22 north of McKenzie, in Weakley County.

Eihab Sullivan, M.D., PhD, said the center would open later this year. Currently, construction contractors and approximately 15 laborers are converting the former retirement center into dormitories and an adjacent barn is being converted to classrooms and lecture halls. The school will open once construction is complete, said Dr. Sullivan.

Students, who have attended medical schools for dentistry, medicine, nursing and pharmacy, will attend Optima University, where they will attend class, study and are guaranteed to successfully pass the USMLE upon completion of the course of study at Optima. Students will train eight to 10 weeks or up to six months, said Dr. Sullivan. Initial student enrollment will probably be 25-30 students. Students will be offered the opportunity to participate in clinical training and rotations in various hospitals. The staff will consist of medical doctors and other professionals,

Subscribe

Web Design & Hosting



Click Here to
sample the
e-edition

Google

Search

◯ The Web
◯ 2005-08 Banner
◉ 2001-04 Banner

Your Ad
Here
Only $50
monthly
731-352-3323

FEEDBACK:
We're interested
in your opinion.
Send comments
and story ideas
here.

plus clerks and secretaries. Dr. Sullivan said much of the staff would be recruited from the geographic region.

When asked "Why McKenzie," Sullivan said he "loves McKenzie and Tennessee." He particularly likes the scenic country and the quiet areas.

Optima's main office is in Totowa, New Jersey. For more information, visit www.ou.md.

## MORE LOCAL HEADLINES

June 17, 2008

- Optima University to Open Near McKenzie
- Plans Underway for McKenzie's Freedom Festival July 4
- Former McKenzie Man Killed in Accident Near Paris
- County Hopes to Fund Carroll Academy One More Year

Home | News | Feature | School | Sports | Obituaries | Daily Obits | Calendar
Public Notices | Archives | Real Estate Guide | Sponsors' Ads | West TN Advertiser
Advertise Online | Products | Web Design & Hosting | News Tips/Ideas
Ad Rates (PDF) | Deadlines/Policies | Subscribe | About Us | Contact Us

### The McKenzie Banner
3 Banner Row, PO Box 100
McKenzie, TN 38201
731-352-3323 FAX: 731-352-3322
editor@mckenziebanner.com

copyright 2006-2008 by Tri-County Publishing Co., 2007