UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **NATIONAL BOARD OF MEDICAL EXAMINERS** *et al.*, | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | **Civil Action No. 09-1043-JDB** |
| **OPTIMA UNIVERSITY LLC** *et al.*, | ) ) | |
| **Defendants.** | ) ) ) | |

## DECLARATION OF STEVEN HAIST

I, Steven Haist, hereby state as follows:

1.      My name is Steven Haist.  I am more than twenty-one (21) years of age and, unless otherwise noted, I have personal knowledge of the facts stated herein.

2.      I am employed by the National Board of Medical Examiners ("NBME") as Associate Vice President, Test Development Services.

3.      The information provided in this declaration is based upon information known to me personally or provided to me by individuals who are also employed by NBME.

4.      As part of my job responsibilities, I personally compared materials that were obtained from Optima University LLC and Eihab Suliman with (a) copyrighted questions from the item bank for the United States Medical Licensing Examination ("USMLE"); (b) copyrighted questions that USMLE makes available as practice materials to prospective examinees; and (c) copyrighted questions that NBME makes available for purchase by examinees for purposes of self-assessment.  I also supervised

85031228.1

other employees of NBME who assisted in making such comparisons.  NBME obtained the Optima materials from our outside counsel, who obtained the Optima materials during or in conjunction with visits made by our counsel to Optima's offices in McKenzie, Tennessee with US Marshals pursuant to an impoundment order issued by the Court.

5.    NBME personnel found questions in the Optima materials that are substantially similar, and in many cases identical, to copyrighted USMLE questions.

6.    Some of the infringing questions are in the form of handwritten notes that reconstruct secure test questions from an actual USMLE examination.  *See* Ex. 1 hereto (containing true and correct copies of representative samples of this type of infringing content located in the Optima materials).  Other infringing materials are typed questions that are virtually verbatim to secure USMLE questions.  *See* Ex. 2 (containing true and correct copies of representative samples of this type of infringing content located in the Optima materials).  Still other infringing materials consist of computer screen shots from actual USMLE examinations.  *See* Ex. 3 hereto (containing true and correct copies of representative samples of this type of infringing content located in the Optima materials).

7.    Attached at Ex 4 hereto is a representative side-by-side comparison that we prepared, pairing infringing questions that we found in Optima's materials to the corresponding secure copyrighted USMLE questions.

8.    We have also found in the Optima materials other copyrighted questions, including many from the copyrighted Comprehensive Basic Science Self-Assessment that is available to prospective examinees for purchase through the NBME website

85031228.1

(www.nbme.org).  True and correct copies of representative examples of these questions taken from the Optima materials are attached as Ex. 5 hereto.

9.     The USMLE questions, practice materials and the self-assessment materials that we have identified as having been infringed by Optima had been registered on behalf of the NBME and/or FSMB for copyright protection with the U.S. Copyright Office.  Optima infringed a total of 16 copyrighted works.  Each of the following copyright registration certificates reflects a copyrighted work that contains one or more questions that were infringed by Optima:  TXu 1-256-037; TX 6-845-880; TXu 1-192-927; TXu 1-256-036; TX 6-468-136; TX 6-845-857; TX 6-419-276; TXu 1-256-031; TXu 1-256-030; TXu 1-256-025; TXu 953-854; TXu 1-111-542; TX 5-021-440; TXu 928-261; TX 4-838-008; TX 4-958-938.  True and correct copies of these certificates are attached hereto as Ex. 6.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 05, 2011.

Steven Haist

EXHIBIT 1

Which Part of the nephron is a hypotonic solution?

1) I think they were asking about insulin hormone & where does it work on ?

A

B

C nucleus

2) Hormone questions and dealt with insulin and mentioned something about ATP.

A

B

C nucleus

D mitochondria

13) red worm bump.

What's the cause?

a) Capillary angioma
b) Neurofibromatosis

14)



What does the pedigree represent?

→ a) Autosomal dominant
b) Autosomal Recessive
c) X-Linked Dominant
d) X-Linked Recessive

15) Patient is 3 month old & has Cataract and hepatomegaly. Where is enzyme deficient at?

Galactose $\xrightarrow{B}$ Galactose 1 P $\xrightarrow{C}$ G

$\Big\downarrow A$

Galactriol.



⑥ 3 month old baby ½ gave electrophoresis of
blood

|  | HgC | HgS | HgA |
|--------|-----|-----|-----|
| father |     |     |     |
| mother |     |     |     |
| baby   |     |     |     |

½ And asked what does the baby have?

don't
remember
options

⑦

X          Y

If a drug shifts the graph
from X ⟶ Y, what will cause?

→ a) ↑ km
  b) ↓ km
  c) ↑ Vmax
  d) ↓ Vmax

Question dealing with someone breathing and asking whats problem?

   a) Obstructive

   b) Norcalopsy

   c) Sleep apnea



• = blood

o = urine

What is the drug had these affects?

→ a) Acetazolamide

   b) Flurosimide

   c) Thiazide

Value is 75%. Which of following tables corresponds to that?

|      | D | Z |
|------|-----|-----|
| Test ⊕ | 50 | 50 |
| ⊖ | 25 | 75 |

a)

b)

c)

d)

② Picture of Patella bone & is shifted to the Right. What caused the to be in that Positions?

Patella

⊗ Rt Knee.

⇒ ? a) Rectus femoris
b) Semimembraneous
c) Semitendinosus
d) Anterior Tibial Artery

3) A {

B //

C {

They asked where the
hypervariable Part occur
at ?

4)

B

A

C                    D

E

Where is binding site
of amino acid ?

5)

Bacterial Growth

Ampicillin

Penicillin

Ampicillin & Penicillin

Ampicillin & Penicillin together is what?

→ a) Synergy

b) Additive

1) Positive Predictive Value is 50% & Negative Predictive Value is 75%. Which of following tables corresponds to that?

DZ

|      | + | − |
|------|-----|-----|
| Test + | 50 | 50 |
| Test − | 25 | 75 |

a)

b)

c)

d)

2)



Patella

Rt Knee.

Picture of Patella bone & is shifted to the Right. What caused the to be in that Position?

⟹ a) Rectus femoris
b) Semimembraneous
c) Semitendinosus
d) Anterior Tibial Artery

EXHIBIT 2

Seized document: Optima-EXT1\F\Suliman backup 2\vaio\Embryology Q's unhighlited.doc

3-6-48) EMBRYO
The cloaca is partitioned into an anterior primitive urogenital sinus and posterior rectum by the action of the urorectal septum, a structure formed by a superior Tourneaux fold and two inferior Rathke folds. Failure of all of these folds to form would most likely result in which of the following anomalies?
a) Rectoprostatic
b) Rectourethral
c) Rectovaginal
d) Rectovesical

Secure USMLE Material

Item 1 of 1
Block 1 of 1

The cloaca is partitioned into an anterior primitive urogenital sinus and posterior rectum by the action of the urorectal septum, a structure formed by a superior Tourneaux fold and two inferior Rathke folds. Failure of all of these folds to form would most likely result in which of the following anomalies?

A. Rectoprostatic
B. Rectourethral
C. Rectovaginal
D. Rectovesical

Block Time Remaining

Seized Document: Optima-EXT1\F\Suliman backup 2\vaio\ANATOMY Q's unhighlited.doc

5-7-7?)
A 45-year-old nulliparous woman has galactorrhea and bitemporal hemianopia. If the neoplasm causing these symptoms has invaded adjacent bone, which of the following sinuses is most likely to be affected first?

a)Anterior ethmoidal
b)Frontal
c)Maxillary
d)Middle ethmoidal
e)Sphenoidal

Secure USMLE Material



Seized document: Optima-EXT1/F/Suliman backup 2/vaio/All Qs 1-8 highlited R 12-19-2006.doc

**5-2-11)**

A previously healthy 32-year-old man comes to the emergency department because of a 3 week history awakening in the middle of the night because of chest pain, palpitations, sweating, trembling, dizziness, paresthesias, a feeling of choking, and feelings of unreality. This is his third visit in the past year for similar episodes. He tells the physician he is afraid that he is going to die. Physical examination and laboratory studies show no abnormalities. Which of the following is the most appropriate initial pharmacologic therapy?

a)Alprazolam
b)Atenolol
c)Chloral hydrate
d)Methylphenidate
e)Thioridazine

Secure USMLE Material





Seized document: Optima-EXT1/F/Suliman backup 2/vaio/All Qs 1-8 highlited R 12-19-2006.doc

7.1-22)Physio
A 16 year old girl is brought to the physician by her mother because she has never had a menstrual period.
Physical examination shows an enlarged clitoris and partially fused labia, which, according to her mother,
have been present since birth. Which of the following sets of serum electrolyte concentrations is most likely
in this patient?

|   | Na | K |
|---|----|---|
| a) | up | up |
| b) | up | down |
| c) | Normal | Normal |
| d) | down | up |
| e) | down | down |

Secure USMLE Material

**Item 1 of 1**
Block 1 of 1

A 16-year-old girl is brought to the physician by her mother because she has never had a menstrual period. Physical examination shows an enlarged clitoris and partially fused labia, which, according to her mother, have been present since birth. Which of the following sets of serum electrolyte concentrations is most likely in this patient?

|   | Na⁺ | K⁺ |
|---|-----|-----|
| A | ↑ | ↑ |
| B | ↑ | ↓ |
| C | Normal | normal |
| D | ↓ | ↑ |
| E | ↓ | ↓ |

Block Time Remaining

Seized document: Optima-EXT1/F/Suliman backup 2/vaio/All Qs 1-8 highlited R 12-19-2006.doc



3-2-3) PHARMO
A 55-year-old man with small cell carcinoma of the lungs is scheduled to undergo combination
chemotherapy with etoposide and cisplatin. Which of the following best described the cytotoxic
mechanisms of these drugs?

Etoposide                                          Cisplatin
a)DNA gyrase inhibitor                             glutamine-5-phosphoribosylpyrophosphate
                                                   amidotransferase inhibitor
b)Microtubule stabilizer                           inosinic acid dehydrogenase inhibitor
c)Ribonucleotide reductase inactivator             free radical generator
d)Thymidylate synthetase inhibitor                 DNA polymerase inhibitor
e)Topoisomerase II inhibitor                       DNA crosslinking agent

Secure USMLE Material

Item 1 of 1
Block 1 of 1

A 55-year-old man with small cell carcinoma of the lungs is scheduled to undergo combination chemotherapy with etoposide and
cisplatin. Which of the following best describes the cytotoxic mechanisms of these drugs?

        Etoposide                                  Cisplatin
A.  DNA gyrase inhibitor                           glutamine-5-phosphoribosylpyrophosphate amidotransferase inhibitor
B.  Microtubule stabilizer                         inosinic acid dehydrogenase inhibitor
C.  Ribonucleotide reductase inactivator           free radical generator
D.  Thymidylate synthetase inhibitor               DNA polymerase inhibitor
E.  Topoisomerase II inhibitor                     DNA crosslinking agent

Block Time Remaining



Seized Document: Optima-EXT1\F\Suliman backup 2\vaio\unanswered_03-05-2007-.pdf

How can a question be asked
( 5-4-24)

Seventeen patients with narcolepsy are enrolled in a double-blind, placebo-controlled trial of a monoamine oxidase-B inhibitor. The figure shows REM sleep latency in minutes. Based on these data, which of the following is the most appropriate conclusion?

A  The drug decreases the duration of daytime sleep episodes
B  The drug has a dose response effect in the treatment of narcolepsy
C  The drug is effective for the treatment of cataplexy
D  The drug ineffective for the treatment of narcolepsy



Secure USMLE Material

EXHIBIT 3

# NBME v. Optima

## Electronically Stored Documents Retrieved During Initial Impoundment

## File Source:  Optima-EXT1\F\Suliman backup 2\vaio\r.doc

vaio

File   Edit   View   Favorites   Tools   Help

Back    Search   Folders

Address  E:\Optima-EXT1\F\suliman backup 2\vaio

**File and Folder Tasks**

- Rename this file
- Move this file
- Copy this file
- Publish this file to the Web
- E-mail this file
- Print this file
- Delete this file

**Other Places**

- suliman backup 2
- My Documents
- My Computer
- My Network Places

**Details**

r.doc
Microsoft Word Document
Date Modified: Saturday, June 23, 2007, 3:15 PM
Size: 43.4 MB
Author: aisha suliman

| Name | Size | Type | Date Modified | Duration | Dimension |
|---|---|---|---|---|---|
| subjects from a raz hd all subjects usmle optima | | File Folder | 03/02/2009 6:09 PM | | |
| temp ethics-psych-bs | | File Folder | 11/22/2007 1:35 PM | | |
| 1-2-45).jpg | 711 KB | JPEG Image | 05/09/2007 10:43 AM | | 2125 × 2 |
| 9 exam.doc | 10,239 KB | Microsoft Word Document | 06/12/2007 1:47 PM | | |
| add to molecular bio.doc | 20 KB | Microsoft Word Document | 12/14/2006 4:55 PM | | |
| ALL EXPLANATIONS 1-8 R 12-19-2006.doc | 9,044 KB | Microsoft Word Document | 06/23/2007 5:30 PM | | |
| ALL Q5 1-8 highlited R 12-19-2006.doc | 13,811 KB | Microsoft Word Document | 05/25/2007 7:39 PM | | |
| ALL Q5-1-8 R 12-19-2006.doc | 13,814 KB | Microsoft Word Document | 05/30/2007 5:30 PM | | |
| ANATOMY expl.doc | 70 KB | Microsoft Word Document | 04/03/2007 3:37 PM | | |
| ANATOMY Q's unhiglited.doc | 199 KB | Microsoft Word Document | 12/07/2006 1:56 PM | | |
| ANATOMY Q's.doc | 187 KB | Microsoft Word Document | 04/04/2007 11:55 AM | | |
| answered qs.doc | 794 KB | Microsoft Word Document | 04/01/2007 3:44 PM | | |
| biostat 2 . html | 4 KB | HTML Document | 01/10/2007 5:06 PM | | |
| Drawings4dd-on_05-08-2007.pdf | 360 KB | Adobe Acrobat Document | 08/11/2007 10:42 AM | | |
| Embryology expl.doc | 30 KB | Microsoft Word Document | 12/08/2006 3:19 PM | | |
| Embryology Q's unhighlited.doc | 39 KB | Microsoft Word Document | 05/25/2007 7:21 PM | | |
| Embryology Q's.doc | 39 KB | Microsoft Word Document | 04/02/2007 8:05 PM | | |
| histology expl.doc | 46 KB | Microsoft Word Document | 08/10/2006 2:49 PM | | |
| Histology Q's unhighlited.doc | 38 KB | Microsoft Word Document | 12/06/2006 4:30 PM | | |
| Histology Q's.doc | 39 KB | Microsoft Word Document | 12/08/2006 4:30 PM | | |
| Immuno ans.doc | 21 KB | Microsoft Word Document | 12/18/2006 8:09 PM | | |
| Immuno expl-1-8.doc | 49 KB | Microsoft Word Document | 12/18/2006 8:22 PM | | |
| irfanview_plugins_399.exe | 5,569 KB | Application | 01/03/2007 10:28 AM | | |
| KAVITA-exam.rtf | 7 KB | Rich Text Format | 05/31/2007 3:07 PM | | |
| PHARMACOLOGY expl 1-8.doc | 721 KB | Microsoft Word Document | 11/19/2006 4:40 PM | | |
| pressure tracing.JPG | 62 KB | JPEG Image | 03/28/2007 6:12 PM | | 720 × 74! |
| PSD_1to10nov-10-06.rar | 23,253 KB | WinRAR archive | 04/02/2007 11:20 AM | | |
| psych 2 .html | 4 KB | HTML Document | 01/01/2007 8:04 PM | | |
| psych 2 .wmv | 5,903 KB | Windows Media Audio/Video File | 01/01/2007 8:04 PM | 0:06:13 | |
| questions need to be done.doc | 1,009 KB | Microsoft Word Document | 08/02/2007 10:14 PM | | |
| r.doc | 44,463 KB | Microsoft Word Document | 06/23/2007 3:15 PM | | 1280 × 11 |
| tcmd655a.exe | 1,652 KB | Application | 12/30/2006 6:54 AM | | |
| unanswered_03-05-2007-.pdf | 16,340 KB | Adobe Acrobat Document | 05/09/2007 10:35 AM | | |

43.4 MB   My Computer

Type: Microsoft Word Document: Author: aisha suliman Title: 9-2-1 Date Modified: 06/23/2007 3:15 PM Size: 43.4 MB

**Q-9-1-1 – Phys- Renal**

An investigator is performing clearance experiments to investigate the effects of Drug X on renal function. The infusion of Drug X preferentially constricts the efferent arteriole.

Which of the following changes in renal homodynamic is most likely to be observed?

| | Renal plasma Flow | Glomerular Filtration Rate | Filtration Fraction |
|---|---|---|---|
| A- | ↑ | ↑ | ↑ |
| B- | ↑ | ↑ | ↑ |
| C- | ↑ | ↓ | ↓ |
| D- | ↑ | ↓ | ↓ |
| E- | ↓ | ↑ | ↑ |
| F- | ↓ | ↑ | ↑ |
| G- | ↓ | ↓ | ↓ |
| H- | ↓ | ↓ | ↓ |

**Q-9-1-2 – Path-joints**

A 40-year-old woman comes to the physician because of a 6 month history of dryness of her mouth and itching and burning of her eyes. Physical examination shows inflammation of both corneas and sclera. Enlarged salivary glands, and paucity of saliva. Serum antinuclear antibody assay is positive. She is told that she is at risk for developing lymphoma.

Which of the following is the most likely mood of inheritance?

    A- Autosomal dominant
    B- Autosomal recessive
    C- X-link dominant
    D- X-link recessive
    E- Multifactorial

**Q-9-1-3 - Micro**

A 56-year-old woman is brought to the emergency department by her husband because of fever and shortness of breath for 2 hours. Her husband says that she also had urinary frequency and pain with urination for 2 days. She is in respiratory distress. Her temperature is 38.7C (101.7F), pulse is 120/min, respirations are 30/min and blood pressure is 80/50mmHg.

Which of the following component of the causal organism is most likely the cause of the hypotension?

    A- Flagellar H antigen
    B- Lipopolysacharide
    C- P-pilus



A- 1
B- 1:55
C- 2:07
D- Cannot be determined from this graph

Q-9-1-23

A 1 month-old girl is brought to the physician by her mother for a well-child examination. The mother says that her daughter has been irritable, cries frequently, and has had small, sporadic bowel movements since birth; she also has had intermittent vomiting. Pregnancy and delivery were uncomplicated. Cardiopulmonary examination shows no abnormalities. There is abdominal distention. Results of a barium swallow shows constriction of the second part of the duodenum.

Which of the following is the most likely diagnosis?

A- Annular pancreas
B- Diaphragmatic hernia
C- Esophageal atresia
D- Nonrotation of the gut
E- Tracheoesophageal fistula

Q-9-1-24

A 5-year-old boy has had fatigue and pallor for the past 6 months. Examination shows pallor, jaundice, and a mildly enlarged spleen. A peripheral blood smear is shown.



Which of the following is the most likely diagnosis?

    A- Anemia of chronic disease
    B- Glucose 6-phosphate dehydrogenase deficiency
    C- Hereditary spherocytosis
    D- Iron deficiency anemia
    E- Thalassemia

Q-9-1-25

A 40-year-old man with ulcerative colitis comes to the physician with his wife because of a 1-month history of exacerbation of his condition. The patient has tried numerous medical therapies that have not resulted in the successful treatment of his disease. He has a history of mild anxiety and worries occasionally about germs and infections. The physician recommends a colectomy and explains the risks and benefits. The patient seems distressed by the thought of

EXHIBIT 4

NBME OPTIMA SECURITY REPORT (header)

| FILE # | DESCRIPTION | PAGE # | TYPE OF MATERIAL | MATCH TO STEP EXAM | STEP | OBJECT ID | MEDLEY ID | MATCH TO ORIGINAL | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| 7 | Optima-EXT1/F | 140 (1-3-13) | I | Y | 1 | SCAV0718 | MBG9512 | E | same item (on exposed file) |
| 7 | Optima-EXT1/F | 152 (8-5-34) | I | Y | 1 | SCAV2188 | MBE4650 | E | same item (on exposed file) |
| 7 | Optima-EXT1/F | 156 (1-7-32) | I | Y | 1 | SCBC7436 | MBL3529 | E | same item (on exposed file and Step1-0901) |
| 7 | Optima-EXT1/F | 157 (1-7-22) | I | Y | 1 | SCAV7777 | MBE9241 | E | same item (on exposed file and Step1-0901) |
| 7 | Optima-EXT1/F | 170 (6-1-3) | I | Y | 1 | SCAB9951 | MAK5125 | E | same item (on exposed file and Step1-0901) |
| 7 | Optima-EXT1/F | 182 (1-6-4) | I | Y | 1 | SCBA4496 | MBJ1810 | E | same item, wrong answer (on exposed file) |
| 7 | Optima-EXT1/F | 187 (2-6-31) | I | Y | 1 | SALJ8812 | MAF8140 | E | same item (on exposed file and Step1-0901) |
| 7 | Optima-EXT1/F | 188 (2-7-36) | I | Y | 1 | SCAD7634 | MAN7330 | E | same item (on exposed file) |
| 7 | Optima-EXT1/F | 315 (1-16-17) | I | Y | 1 | SCAW2545 | MBF3734 | E | same item (on exposed file) |
| 7 | Optima-EXT1/F | 379 (5-7-13) | I | Y | 1 | SCAU2490 | MBD6233 | E | same item (on exposed file and Step1-0901) |
| 7 | Optima-EXT1/F | 395 (4-2-4) | I | Y | 1 | SCBH2598 | MBP6419 | E | same item (on exposed file and Step1-0901) |

key:

Type of Material: S (study material), I (item), O (other)

Match to Step Exam: Y = yes, N = no, P = possible

Match to Original: E = exact (95%-100%), C = very close (75%-94%), S = similar (less than 75%)

I-3-13)
A 5 year old girl is brought to the physician because of a 4-day history of fever and rash, with crops of new lesions appearing successively. Her temperature is 40 C (104 F). A photograph of the rash is shown. Which of the following best explains the appearance of the lesions in crops?



a) Breakdown of immune responses
b) Loss of maternal antibodies
c) Presence of slow- and of fast- growing viruses
d) Reactivation of latent virus
e) Repeated cycles of virus replication

MEDLEY MBG9512

Item: M8G5512 and of 428

A 5-year-old girl is brought to the physician because of a 4-day history of fever and rash, with crops of new lesions appearing successively. Her temperature is 40°C (104°F). A photograph of the rash is shown. Which of the following best explains the appearance of lesions in crops?

A. Breakdown of immune responses

B. Loss of maternal antibodies

C. Presence of slow- and of fast-growing viruses

D. Reactivation of latent virus

E. Repeated cycles of virus replication



8-5-34)Immuno
Which of the following multi chain cell surface molecules, critical to immunological recognition, would be expressed on peripheral blood lymphocytes registering in quadrants A and D of the two dimensional flow cytometric histogram ?

Anti CD4 Immunoflourescent
Intensity on the Y axis

| A | B |
|---|---|
| C | D |

Anti –CD8 Immunoflourescent Intensity

a)   CD3
b)   CD11b
c)   CD14
d)   CD19
e)   CD20

See chart

MEDLEY MBE4650



Which of the following multichain cell surface molecules, critical to immunological recognition, would be expressed on peripheral blood lymphocytes registering in quadrants A and D of the two-dimensional flow cytometric histogram shown?

A. CD3
B. CD11b
C. CD14
D. CD19
E. CD20

An un-immunized 6-year-old boy is brought to the physician because of fever, cough, runny nose, and watery eyes for 36 hours. His temperature is 38.9 C (102 F), pulse is 74 min, respirations are 20/min, and blood pressure is 110/70 mm Hg. Physical examination shows a diffuse, erythematous macular rash. A photograph of the oral mucosa is shown. This disease could have been prevented by administration of which of the following types of vaccine?



a) Attenuated
b) Conjugate
c) Inactivated
d) Polysaccharide
e) Recombinant

1-5-18)
A newborn has microcephaly, a petechial rash, evidence of retinitis, and hepatosplenomegaly. A virus is isolated from the newborn's urine. Which of the following is the most likely type of genome in this virus?

a) Single-stranded DNA
b) Double-stranded DNA

MEDLEY MBL3529

An unimmunized 6-year-old boy is brought to the physician because of fever, cough, runny nose, and watery eyes for 36 hours. His temperature is 38.9°C (102°F), pulse is 74/min, respirations are 20/min, and blood pressure is 110/70 mm Hg. Physical examination shows a diffuse, erythematous macular rash. A photograph of the oral mucosa is shown. This disease could have been prevented by administration of which of the following types of vaccine?

○ A. Attenuated

○ B. Conjugate

○ C. Inactivated

○ D. Polysaccharide

○ E. Recombinant



1-7-22)

A 38-year-old woman comes to the physician of shortness of breath fever, and productive cough for the past 10 days. She lives in Alabama and has not traveled outside the state in the past year. Her temperature is 38.3 C (101 F) and her breathing is labored. Moist crackles are heard bilaterally on chest auscultation. An x-ray of the chest shows bilateral upper lobe infiltrates. A sputum culture grows normal bacterial flora. The photomicrograph show lung tissue obtained on open lung biopsy. Treatment with broad spectrum antibacterial agents does not provide significant improvement. Which of the following is the most likely causal organism?



a)**Blastomyces dermatitidis**
b)Coccidioides immitis
c)Cryptococcus neoformans
d)Histoplasma capsulatum
e)Sporothrix schenckii

MEDLEY MBE9241



Hematoxylin & Eosin (400x)

Methenamine Silver (400x)

A 38-year-old woman comes to the physician because of shortness of breath, fever, and productive cough for the past 10 days. She lives in Alabama and has not traveled outside the state in the past year. Her temperature is 38.3°C (101°F) and her breathing is labored. Moist crackles are heard bilaterally on chest auscultation. An x-ray of the chest shows bilateral upper lobe infiltrates. A sputum culture grows normal bacterial flora. The photomicrographs show lung tissue obtained on open lung biopsy. Treatment with broad-spectrum antibacterial agents does not provide significant improvement. Which of the following is the most likely causal organism?

- A. *Blastomyces dermatitidis*
- B. *Coccidioides immitis*
- C. *Cryptococcus neoformans*
- D. *Histoplasma capsulatum*
- E. *Sporothrix schenckii*

6-1-3)

A homeless 48-year-old man comes to the emergency department because of lesions on the right lateral chest wall that are draining pus with tiny yellow particles. He has had a fever and a progressive severe nonproductive cough and right-sided chest pain for 3 months. Gram stain of the pus is shown. X-ray of the



chest shows a large mass in the right lower lobe of the lung and a moderate pleural effusion on the right. Which of the following is the most likely causal organism?

a)Actinomyces israelii
b)Entamoeba histolitica
c)Histoplasma capsulatum
d)Mycobacterium tuberculosis
e)Pneumocystis jiroveci (formerly P. carinii)

see picture

Day Remaining  08:29:01
Block Remaining  03:59:40

Item: MAK5125.xml of 525

A homeless 48-year-old man comes to the emergency department because of lesions on the right lateral chest wall that are draining pus with tiny yellow particles. He has had a fever and a progressively severe nonproductive cough and right-sided chest pain for 3 months. Gram stain of the pus is shown. X-ray of the chest shows a large mass in the right lower lobe of the lung and a moderate pleural effusion on the right. Which of the following is the most likely causal organism?

○ A. *Actinomyces israelii*

○ B. *Entamoeba histolytica*

○ C. *Histoplasma capsulatum*

○ D. *Mycobacterium tuberculosis*

○ E. *Pneumocystis jiroveci* (formerly *P. carinii*)



MEDLEY MB/1810

[-6-4)

During a genome project, an experimental animal is found to have a DNA sequence with similarities to a growth hormone receptor. Which of the following peptide segements shown is the transmembrane segment?

Ala Leu His Asp Asn Tyr Lys Pro Glu Phe Tyr Asn Asp Asp Ser Trp Val Glu Phe Glu

A

Leu Thr Glu Glu Ser Asp Glu Tyr Glu Leu Asp His Gln Lys Ser Leu Gly Ala Lys Asp

B

Asp Asp Ser Gly Arg Thr Ser Cys Gly Cys Glu Ala Cys Thr Ser Leu Cys Ala  Glu  Leu

C

Lys His Ala Ser Lys Gly Ser Thr Arg His Thr Gly Gln Ala Asn Arg Arg Lys His Leu

D

Asp Tyr Asn Asp Asp Ile Asp Lle Asp Asp Thr Asp Glu Thr Glu Glu Ser Asp Thr

E

Leu Val Leu Ile Phe Gly Met Ile Gly Val Val Ile Val Val Leu Leu Val Leu Leu Ile Phe

Gly Asp Glu Lys Leu Ala Leu Leu Asp Gln Pro Glu Ser Leu Thr Ala Ala Gly

F

Lys Ser Gly Leu Ala Gln Arg Leu Ser Cys Glu Thr Ser Ile Pro Lys Asp Tyr Thr Ser

Ile Phe Leu Tyr

Pick one: a,b,c,d,e,f



During a genome project, an experimental animal is found to have a DNA sequence with similarities to a growth hormone receptor. Which of the following peptide segments shown is the transmembrane segment?

**A**

Ala Val His Asp Asn Tyr Lys Pro Glu Phe Tyr Asn Asp Asp Ser Trp Val Glu Phe Glu

Leu Thr Glu Glu Ser Asp Glu Tyr Glu Leu Asp His Gln Lys Ser Leu Gly Ala Lys Asp

Asp Asp Ser Gly Arg Thr Ser Cys Gly Glu Ala Cys Thr Ser Leu Cys Ala Glu Leu

**C**

Lys His Ala Ser Lys Gly Ser Thr Arg His Thr Gly Gln Ala Asn Arg Arg Arg Lys His Leu

Asp Tyr Asn Asp Asp Glu Ile Asp Asp Asn Thr Asp Glu Thr Glu Glu Glu Glu Ser Asp Thr

**E**

Leu Val Leu Ile Phe Gly Met Ile Gly Val Val Ile Val Val Leu Leu Leu Val Leu Ile Phe

**F**

Gly Asp Glu Lys Leu Ala Leu Leu Asp Gln Pro Glu Ser Leu Thr Ala Ala Gly

Lys Ser Gly Leu Ala Glu Gln Arg Leu Ser Cys Glu Thr Ser Ile Pro Lys Asp Tyr Thr Ser

Ile Phe Leu Tyr

○ A.          ○ B.          ○ C.          ○ D.          ○ E.          ○ F.

The child whose eyes are shown has had multiple long bone fractures throughout his life. He has hearing loss but his vision is normal. Which of the following is the underlying basis of this disorder?



a)Deficiency of ceruloplasmin
b)Deficiency homogenistic acid oxidase
c)Deficiency of hypoxanthine guanine phosphoribosyltransferase
d)A single amino acid substitution in procollagen
e)Structurally abnormal fibrillin
f)Thymidine dimers in digests of DNA

MEDLEY MAF8140

Day Remaining 08:29:29
Block Remaining 03:59:52

Item MAF8140 xml of
525

The child whose eyes are shown has had multiple long bone fractures throughout his life. He has hearing loss but his vision is normal. Which of the following is the underlying basis of this disorder?

◯ A. Deficiency of ceruloplasmin

◯ B. Deficiency of homogentisic acid oxidase

◯ C. Deficiency of hypoxanthine guanine phosphoribosyltransferase

◯ D. A single amino acid substitution in procollagen

◯ E. Structurally abnormal fibrillin

◯ F. Thymidine dimers in digests of DNA



2-7-36) MOLECBIO
An 8-year-old boy has had these painless lesions on his knees and elbows for 1 year. He most likely has defect involving which of the following?



a)Anchoring filaments
b)Gluten metabolism
c)LDL receptors
d)Porphyrin metabolism
e)Pyrimidine dimer repair enzymes

MEDLEY MAN7330

An 8-year-old boy has had these painless lesions on his knees and elbows for 1 year. He most likely has a defect involving which of the following?

A. Anchoring filaments

B. Gluten metabolism

C. LDL receptors

D. Porphyrin metabolism

E. Pyrimidine dimer repair enzymes



Item: MAN7330.xml of 450

Day Remaining: 08:28:58
Block Remaining: 03:59:22

MAL8765.xt
MAL9085.xt
MAL9063.xt
MAL9133.xt
MAL9150.xt
MAL9513.xt
MAL9537.xt
MAM0274.xt
MAM0259.xt
MAM0399.xt
MAM0443.xt
MAM0483.xt
MAM0508.xt
MAM1084.xt
MAM1121.xt
MAM1336.xt
MAM1575.xt
MAM2122.xt
MAM2171.xt
MAM2722.xt
MAM3110.xt
MAM3203.xt
MAM3221.xt
MAM3333.xt
MAM3376.xt
MAM6201.xt
MAM6341.xt
MAM8521.xt
MAM8540.xt
MAM8580.xt
MAM8600.xt
MAM8715.xt
MAM8727.xt
MAM8840.xt
MAM8941.xt
MAM9201.xt
MAM9294.xt
MAM9321.xt
MAN4459.xt
MAN5773.xt
MAN5795.xt
MAN6181.xt
MAN6261.xt
MAN6545.xt
MAN6673.xt
MAN7330.xt

1-6-17)

A photograph of the brain of a 5-day-old newborn obtained at autopsy is shown. Which of the following is most closely associated with this abnormality?

a)Chromosomal defects

b)Congenital cardiac malformations

c)Metabolic storage disorder

d)Perinatal anoxia

e)Unconjugated hyperbilirubinemia



A photograph of the brain of a 5-day-old newborn obtained at autopsy is shown. Which of the following is most closely associated with this abnormality?

- A. Chromosomal defects
- B. Congenital cardiac malformations
- C. Metabolic storage disorder
- D. Perinatal anoxia
- E. Unconjugated hyperbilirubinemia



5-7-13)
The specimen shown from a 65-year-old man. Which of the following is the most likely diagnosis?

    a)Acute leukemia
    b)Colonic carcinoma
    c)Hepatic cell carcinoma
    d)Leiomyosarcoma
    e)Liposarcoma

see picture



MEDLEY MBD6233



Day Remaining  08:29:25
Block Remaining  03:59:47

Item: MBD6233.xml of 525

The specimen shown is from a 65-year-old man. Which of the following is the most likely diagnosis?

○ A. Acute leukemia
○ B. Colonic carcinoma
○ C. Hepatic cell carcinoma
○ D. Leiomyosarcoma
○ E. Liposarcoma



1 cm

4-2-4)   Which of the following labelled sites in the diagram of an adrenergic and cholinergic nerve innervating an end- organ is the principal site of action of Carbachol?

A-
B-
C-
D-
E-
F-
G-
H-





Which of the following labeled sites shown in the diagram of an adrenergic and cholinergic nerve innervating an end-organ is the principal site of action of carbachol?

A.

B.

C.

D.

E.

F.

G.

H.

I.

EXHIBIT 5





National Board of Medical Examiners - Netscape

Exam Section 3: Item 1 of 50
■ Mark

National Board of Medical Examiners
Comprehensive Basic Science Self-Assessment

Time Remaining:
3 hr 59 min 39 sec

1. An obese 82-year-old woman with a 20-year history of type 2 diabetes mellitus has been taking glyburide orally for the past 5 years. Metformin is added to her regimen. Because she is taking metformin, she is at increased risk for which of the following?

○ A) Diabetic ketoacidosis
○ B) Lactic acidosis
○ C) Metabolic alkalosis
○ D) Renal tubular acidosis
○ E) Respiratory alkalosis

Next    Lab Values    Review    Help    Pause

National Board of Medical Examiners - Netscape

Exam Section 3: Item 2 of 50
■ Mark

National Board of Medical Examiners
Comprehensive Basic Science Self-Assessment

Time Remaining:
3 hr 59 min 32 sec

2. A 4-year-old boy has had constipation and painful defecation since birth. Impacted fecal matter is palpable in the lower abdomen. Examination of tissue obtained on biopsy of the rectum shows absence of cells of the myenteric plexus. The most likely cause is a defect in which of the following developmental events?

○ A) Alar plate maturation
○ B) Anterior neuropore closure
○ C) Neural crest migration
○ D) Paravertebral ganglion formation
○ E) Posterior neuropore closure
○ F) Recanalization of the bowel

Previous    Next    Lab Values    Review    Help    Pause



National Board of Medical Examiners - Netscape

Exam Section 3: Item 3 of 50     National Board of Medical Examiners     Time Remaining:
■ Mark     Comprehensive Basic Science Self-Assessment     3 hr 59 min 29 sec

3. A 72-year-old man has difficulty initiating urination. Digital rectal examination shows an enlarged, firm prostate. An assay for serum prostate-specific antigen is 3.5 µg/L (reference range = 0–5). Examination of tissue obtained on biopsy of the prostate is most likely to show

○ A) adenocarcinoma
○ B) chronic prostatitis
○ C) epithelial dysplasia
○ D) glandular hyperplasia
○ E) leiomyoma

Previous    Next        Lab Values    Review    Help    Pause

start     3 Netscape    Document3 - Microsof...    3:36 PM

National Board of Medical Examiners - Netscape

Exam Section 3: Item 4 of 50     National Board of Medical Examiners     Time Remaining:
■ Mark     Comprehensive Basic Science Self-Assessment     3 hr 59 min 17 sec

4. Four months after a cholecystectomy for removal of gallstones, a 43-year-old woman has recurrent episodes of biliary colic. After endoscopic sphincterotomy, the episodes of colic do not recur. Which of the following defects in the sphincter of Oddi best explains this patient's course?

○ A) Inability of smooth muscle to contract
○ B) Inability of the enteric nervous system to activate excitatory motoneurons
○ C) Loss of enteric inhibitory motor innervation
○ D) Reflux of duodenal contents into the common bile duct
○ E) Release of vasoactive intestinal polypeptide

Previous    Next        Lab Values    Review    Help    Pause

start     3 Netscape    Document3 - Microsof...    3:36 PM



National Board of Medical Examiners - Netscape

Exam Section 3: Item 5 of 50
■ Mark

National Board of Medical Examiners
Comprehensive Basic Science Self-Assessment

Time Remaining:
3 hr 59 min 11 sec

5. Several clinical trials have suggested that retinoic acid can induce remission in patients with acute promyelocytic leukemia. Such remission is related to the ability of retinoic acid to promote which of the following?

○ A) Differentiation of leukemic cells
○ B) Differentiation of monocytes into macrophages
○ C) Generation of cytotoxic T lymphocytes
○ D) Production of interferon
○ E) Repair of DNA damage

Previous   Next          Lab Values   Review   Help   Pause

National Board of Medical Examiners - Netscape

Exam Section 3: Item 6 of 50
■ Mark

National Board of Medical Examiners
Comprehensive Basic Science Self-Assessment

Time Remaining:
3 hr 59 min 8 sec

6. A 76-year-old woman has pain on the right side of the trunk. Examination shows a vesicular rash involving the T-10 to T-12 dermatomes. Which of the following is a characteristic of the most likely organism?

○ A) Absence of an envelope
○ B) Double-stranded DNA
○ C) Negative-stranded RNA
○ D) Positive-stranded RNA
○ E) Prion-like structure
○ F) Single-stranded DNA

Previous   Next          Lab Values   Review   Help   Pause



National Board of Medical Examiners - Netscape

Exam Section 3: Item 7 of 50
■ Mark

National Board of Medical Examiners
Comprehensive Basic Science Self-Assessment

Time Remaining:
3 hr 59 min 3 sec

7.  Sudden withdrawal from which of the following substances is most likely to produce a life-threatening syndrome in a person dependent on that substance?

○ A) Amphetamine
○ B) Cocaine
○ C) Heroin
○ D) Methylphenidate
○ E) Secobarbital

Previous   Next                              Lab Values   Review   Help   Pause

start                                    3 Netscape        Document3 - Microsof...          3:36 PM

National Board of Medical Examiners - Netscape

Exam Section 3: Item 8 of 50
■ Mark

National Board of Medical Examiners
Comprehensive Basic Science Self-Assessment

Time Remaining:
3 hr 58 min 59 sec

8.  A 2-year-old child has a hemorrhage in the lower gastrointestinal tract. A Meckel's diverticulum is surgically resected.  What kind of ectopic tissue is most likely to be present in the diverticulum?

○ A) Biliary
○ B) Colonic
○ C) Duodenal
○ D) Gastric
○ E) Splenic

Previous   Next                              Lab Values   Review   Help   Pause

start                                    3 Netscape        Document3 - Microsof...          3:36 PM



National Board of Medical Examiners - Netscape

Exam Section 3: Item 9 of 50  National Board of Medical Examiners  Time Remaining:
■ Mark  Comprehensive Basic Science Self-Assessment

9. A 74-year-old man has a cough.  On auscultation of the right posterior chest, the patient's spoken "ee" sounds more like "ay."  Which of the following conditions on the right is most likely?

○ A) Bronchopleural fistula
○ B) Lower lobe consolidation
○ C) Middle lobe atelectasis
○ D) Pleural effusion
○ E) Pleural plaque
○ F) Pneumothorax
○ G) Sequestration

Previous  Next  Lab Values  Review  Help  Pause

National Board of Medical Examiners - Netscape

Exam Section 3: Item 10 of 50  National Board of Medical Examiners  Time Remaining:
■ Mark  Comprehensive Basic Science Self-Assessment

10. A 50-year-old woman with a history of hypertension suddenly develops a severe headache and collapses while shopping. She is intubated and mechanical ventilation is started because of irregular respirations. A CT scan of the head shows a massive intracerebral hemorrhage with blood extending into the ventricles and subarachnoid space. The following morning she is unresponsive to all stimuli. Her pupils are fixed and dilated, oculocephalic reflexes are absent, and she has no spontaneous respirations. An EEG confirms electrocerebral inactivity. Which of the following best describes her level of neurologic functioning?

○ A) Brain death
○ B) Cataplexy
○ C) Limbic encephalopathy
○ D) Persistent vegetative state

Previous  Next  Lab Values  Review  Help  Pause

EXHIBIT 6

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

R/ **TXu 1 – 256 – 037**

EFFECTIVE DATE OF REGISTRATION

9 / 13 / 05
Month / Day / Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**

TITLE OF THIS WORK ▼
United States Medical Licensing Examination
Step 1 (2005)

PREVIOUS OR ALTERNATIVE TITLES ▼
N/A

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared   Title of Collective Work ▼

N/A

If published in a periodical or serial give   Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

**2**

a   NAME OF AUTHOR ▼
National Board of Medical Examiners

DATES OF BIRTH AND DEATH
Year Born ▼   N/A        Year Died ▼   N/A

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ Philadelphia, PA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Co-Author of entire text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b   NAME OF AUTHOR ▼
Federation of State Medical Boards of the United States, Inc

DATES OF BIRTH AND DEATH
Year Born ▼   N/A        Year Died ▼   N/A

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ Euless, TX

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Co-Author of entire text

c   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

a   YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2005 ◀ Year

b   DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶        Day ▶        Year ▶        ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
National Board of Medical Examiners, 3750 Market St , Phila , PA 19104 (NBME) & Federation of State Medical Boards of the United States Inc , 400 Fuller Wiser Rd , Euless, TX 76039 (FSMB)

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
SEP 13 2005

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
SEP 13 2005

FUNDS RECEIVED

See instructions before completing this space

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions        • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY mw | FORM TX |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes" why is another registration being sought? (Check appropriate box ) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give  Previous Registration Number ▶ _____  Year of Registration ▶

**6** **DERIVATIVE WORK OR COMPILATION**
**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼
Previously published test items including pictorial material from test item pool  Pictorial material owned by others used with permission

**b** Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
Newly authored test items, compilation, editorial selectivity, and revision of preexisting material
Compilation of pictorial material

See instructions before completing this space

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account.
**a** Name ▼  National Board of Medical Examiners  Account Number ▼  DA037176

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼
Kenneth E Cotton
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA  19104
Area code and daytime telephone number ▶ (215) 590-9648  Fax number ▶ (215) 590-9433
Email ▶ kcotton@nbme org

**8** **CERTIFICATION*** I the undersigned, hereby certify that I am the
Check only one ▶  ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  NBME and FSMB
Name of author or other copyright claimant  or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
Kenneth E Cotton, Secretary of the Board  Date ▶ 8/9/05

Handwritten signature (X) ▼
X _Kenneth E Cotton_

**9** Certificate will be mailed in window envelope to this address
Name ▼  Kenneth E Cotton
National Board of Medical Examiners
Number/Street/Apt ▼  3750 Market Street
City/State/ZIP ▼  Philadelphia, PA  19104

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application, shall be fined not more than $2,500
June 1999—200,000  WEB REV June 1999
★U S GOVERNMENT PRINTING OFFICE 1999-464-579/49

Delivered by Computer



*A Joint Program of*
*the Federation of State Medical Boards of the United States, Inc.*
*and the National Board of Medical Examiners®*

## Step 1 Examination Pool

For Administration Beginning: June 1, 2005

10, 144 Items (including associated pictorial items)

Copyright ® 1990 -2005 by the Federation of State Medical Boards of the United States, Inc., and the National Board
of Medical Examiners® as to all content and test materials.  All rights reserved.

This examination contains test materials that are owned and copyrighted by the Federation of State Medical Boards
of the United States, Inc. and the National Board of Medical Examiners.  Any reproduction of these materials or any
part of them, through any means, including, but not limited to, copying, or printing of electronic files, reconstruction
through memorization, and/or dictation, and/or dissemination of these materials or any part of them is strictly
prohibited.

The United States Medical Licensing Examination™ (USMLE™) is a joint program of the Federation of State
Medical Boards of the United States, Inc., and the National Board of Medical Examiners (NBME®).

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## TX 6-845-880

**Effective date of registration:**

August 29, 2007

## Title

**Title of Work:** United States Medical Licensing Examination Step 1 Examination Pool (2007)

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** June 1, 2007    **Nation of 1st Publication:** United States

## Author

■    **Author:** National Board of Medical Examiners

**Author Created:** Co-Author of entire text

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** Pennsylvania

**Anonymous:** No    **Pseudonymous:** No

■    **Author:** Federation of State Medical Boards of the United States, Inc.

**Author Created:** Co-Author of entire text

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** Texas

**Anonymous:** No    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** National Board of Medical Examiners (NBME)

3750 Market St., Phila., PA, 19104

**Copyright Claimant:** Federation of State Medical Boards of the United States Inc. (FSMB)

400 Fuller Wiser Rd., Euless, TX, 76039

USMLE
COPYRIGHT

## Limitation of copyright claim ━━━━━━━━━━━━━━━━━━━━━

**Material excluded from this claim:**   Previously published test items including pictorial material from test item pool. Pictorial material owned by others used with permission.

**Previously registered:**   No

**New material included in claim:**   Newly authored test items, compilation, editorial selectivity, and revision of preexisting material. Compilation of pictorial material.


## Certification ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Name:**   Kenneth E. Cotton

**Date:**   August 27, 2007

Delivered by Computer





*A Joint Program of*
*the Federation of State Medical Boards of the United States, Inc.*
*and the National Board of Medical Examiners*

# Step 1 Examination Pool

For Administration Beginning: June 1, 2007

16,962 Items (including associated pictorial items)

)

Copyright © 1990-2007 by the Federation of State Medical Boards of the United States, Inc., and the National Board of Medical Examiners® as to all content and test materials. All rights reserved.

This examination contains test materials that are owned and copyrighted by the Federation of State Medical Boards of the United States, Inc. and the National Board of Medical Examiners. Any reproduction of these materials or any part of them, through any means, including, but not limited to, copying, or printing of electronic files, reconstruction through memorization, and/or dictation, and/or dissemination of these materials or any part of them is strictly prohibited.

The United States Medical Licensing Examination™ (USMLE™) is a joint program of the Federation of State Medical Boards of the United States, Inc., and the National Board of Medical Examiners (NBME®).

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TXu 1 – 192 – 927**

EFFECTIVE DATE OF REGISTRATION

**SEP 0 9 2004**
Month        Day        Year

---

ﾍRATE CONTINUATION SHEET

---

**1**

**TITLE OF THIS WORK ▼**
United States Medical Licensing Examination
Step 2 Examination Pool   (For Administration Beginning  August 6, 2004)

**PREVIOUS OR ALTERNATIVE TITLES ▼**
N/A

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared   Title of Collective Work ▼

N/A

If published in a periodical or serial give   Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**2**

**a** **NAME OF AUTHOR ▼**
National Board of Medical Examiners

**DATES OF BIRTH AND DEATH**
Year Born ▼   N/A     Year Died ▼   N/A

Was this contribution to the work a 'work made for hire'?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ Philadelphia, PA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Co-Author of entire text

**NOTE**
Under the law the author of a "work made for hire" is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

**b** **NAME OF AUTHOR ▼**
Federation of State Medical Boards of the United States, Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼   N/A     Year Died ▼   N/A

Was this contribution to the work a 'work made for hire'?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ Euless, TX

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Co-Author of entire text

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a 'work made for hire'?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given    2004  ◀Year in all cases

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published    Month ▶     Day ▶     Year ▶     ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
National Board of Medical Examiners, 3750 Market St, Phila, PA 19104 (NBME) & Federation of State Medical Boards of the United States Inc, 400 Fuller Wiser Rd, Euless, TX 76039 (FSMB)

See instructions before completing this space

APPLICATION RECEIVED
**SEP 0 9 2004**
ONE DEPOSIT RECEIVED
**SEP 0 9 2004**
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE

Page 1 of _____ pages

| EXAMINED BY | D?W | FORM TX |
|---|---|---|
| CHECKED BY | | |

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is Yes, why is another registration being sought? (Check appropriate box ) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form.
b ☐ This is the first application submitted by this author as copyright claimant.
c ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is Yes  give Previous Registration Number ▶          Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Previously published test items including pictorial material from test item pool  Pictorial material owned by others used with permission

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
Newly authored test items, compilation, editorial selectivity, and revision of preexisting material
Compilation of pictorial material

**a  6**
**b**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                    Account Number ▼

National Board of Medical Examiners          DA037176

**a  7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼
Kenneth E Cotton
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA  19104

**b**

Area code and daytime telephone number ▶ (215) 590-9648          Fax number ▶ (215) 590-9433
Email ▶ kcotton@nbme org

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  NBME and FSMB

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Kenneth E Cotton, Secretary of the Board          Date ▶ 9/8/04

Handwritten signature (X) ▼

X _Kenneth E Cotton_____

| Certificate will be mailed in window envelope to this address | Name ▼ Kenneth E Cotton National Board of Medical Examiners |
|---|---|
| | Number/Street/Apt ▼ 3750 Market Street |
| | City/State/ZIP ▼ Philadelphia, PA  19104 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559 6000

As of
July 1
1999
the
filing
fee for
Form TX
is $30

**9**

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection
with the application  shall be fined not more than $2 500

June 1999—200 000          ☆U S GOVERNMENT PRINTING OFFICE  1999 454 879/49

Delivered by Computer



*A Joint Program of*
*the Federation of State Medical Boards of the United States, Inc.*
*and the National Board of Medical Examiners®*

## Step 2 Examination Pool

For Administration Beginning: August 6, 2004

11,381 Items (including associated pictorial items)

Copyright © 1990 - 2004 by the Federation of State Medical Boards of the United States, Inc., and the National Board of Medical Examiners® as to all content and test materials.  All rights reserved.

This examination contains test materials that are owned and copyrighted by the Federation of State Medical Boards of the United States, Inc. and the National Board of Medical Examiners.  Any reproduction of these materials or any part of them, through any means, including, but not limited to, copying, or printing of electronic files, reconstruction through memorization, and/or dictation, and/or dissemination of these materials or any part of them is strictly prohibited.

The United States Medical Licensing Examination™ (USMLE™) is a joint program of the Federation of State Medical Boards of the United States, Inc., and the National Board of Medical Examiners  (NBME®).

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TXu 1 – 256 – 036**

EFFECTIVE DATE OF REGISTRATION

9 / 13 / 05
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

**TITLE OF THIS WORK ▼**
United States Medical Licensing Examination
Step 2  ( 2005)

**PREVIOUS OR ALTERNATIVE TITLES ▼**
N/A

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial or collection, give information about the collective work in which the contribution appeared      Title of Collective Work ▼

N/A

If published in a periodical or serial give   Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

---

**2**

**a**

**NAME OF AUTHOR ▼**
National Board of Medical Examiners

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
N/A   N/A

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ Philadelphia, PA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Co-Author of entire text

**NOTE**
Under the law, the "author" of a work made for hire" is generally the employer not the employee (see instructions) For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

**b**

**NAME OF AUTHOR ▼**
Federation of State Medical Boards of the United States, Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
N/A   N/A

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ Euless, TX

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Co-Author of entire text

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases
2005

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published
Month ▶      Day ▶      Year ▶      ◀ Nation

---

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
National Board of Medical Examiners, 3750 Market St , Phila , PA 19104 (NBME) & Federation of State Medical Boards of the United States Inc , 400 Fuller Wiser Rd , Euless, TX 76039 (FSMB)

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

**APPLICATION RECEIVED**
SEP 13 2005
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
SEP 13 2005
**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of __ pages

| EXAMINED BY | *Mw* | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give  **Previous Registration Number** ▶            **Year of Registration** ▶

**6** **DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼
a  Previously published test items including pictorial material from test item pool  Pictorial material owned by others used with permission

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
b  Newly authored test items, compilation, editorial selectivity, and revision of preexisting material
Compilation of pictorial material

*See instructions before completing this space*

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
a  **Name** ▼            **Account Number** ▼
National Board of Medical Examiners            DA037176

b  **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼
Kenneth E Cotton
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA  19104

Area code and daytime telephone number ▶ (215) 590-9648            Fax number ▶ (215) 590-9433
Email ▶  kcotton@nbme org

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  NBME and FSMB
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.            *Name of author or other copyright claimant, or owner of exclusive right(s)* ▲

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date
Kenneth E Cotton, Secretary of the Board            Date ▶ 8/9/05

**Handwritten signature (X)** ▼
X *Kenneth E Cotton*

**9** Certificate will be mailed in window envelope to this address

**Name** ▼
Kenneth E Cotton
National Board of Medical Examiners
**Number/Street/Apt** ▼
3750 Market Street
**City/State/ZIP** ▼
Philadelphia, PA  19104

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington, D C  20559-6000

As of July 1, 1999, the filing fee for Form TX is $30

*17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application  shall be fined not more than $2 500
June 1999—200,000
WEB REV June 1999            ☆U S  GOVERNMENT PRINTING OFFICE  1999-454-879/49

Delivered by Computer



*A Joint Program of*
*the Federation of State Medical Boards of the United States, Inc.*
*and the National Board of Medical Examiners®*

## Step 2 Examination Pool

For Administration Beginning: August 15, 2005

9690 Items (including associated pictorial items)

Copyright ® 1990 -2005 by the Federation of State Medical Boards of the United States, Inc., and the National Board of Medical Examiners® as to all content and test materials.  All rights reserved.

This examination contains test materials that are owned and copyrighted by the Federation of State Medical Boards of the United States, Inc. and the National Board of Medical Examiners.  Any reproduction of these materials or any part of them, through any means, including, but not limited to, copying, or printing of electronic files, reconstruction through memorization, and/or dictation, and/or dissemination of these materials or any part of them is strictly prohibited.

The United States Medical Licensing Examination™  (USMLE™) is a joint program of the Federation of State Medical Boards of the United States, Inc., and the National Board of Medical Examiners  (NBME®).

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-468-136



EFFECTIVE DATE OF REGISTRATION

NOV 3 0 2006

Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

### 1

**TITLE OF THIS WORK ▼**
United States Medical Licensing Examination
Step 2                                                                 (2006)

**PREVIOUS OR ALTERNATIVE TITLES ▼**
N/A

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**
N/A

If published in a periodical or serial give:  Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

### 2

**a**

**NAME OF AUTHOR ▼**
National Board of Medical Examiners

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼
N/A              N/A

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
     Domiciled in▶ Philadelphia, PA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Co-Author of entire text.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**
Federation of State Medical Boards of the United States, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼
N/A              N/A

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
     Domiciled in▶ Euless, TX

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Co-Author of entire text.

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

### 3

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given
2006   in all cases.

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published.
Month▶ August     Day▶ 15     Year▶ 2006     ◀ Nation

### 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
National Board of Medical Examiners, 3750 Market St., Phila., PA 19104 (NBME) & Federation of State Medical Boards of the United States Inc., 400 Fuller Wiser Rd., Euless, TX 76039 (FSMB)

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
NOV 3 0 2006

ONE DEPOSIT RECEIVED
NOV 3 0 2006

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | ✗ | FORM TX |
|---|---|---|
| CHECKED BY | | |

☐ CORRESPONDENCE
   ☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶              Year of Registration ▶

**6** **DERIVATIVE WORK OR COMPILATION**
**a** Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously published test items including pictorial material from test item pool.  Pictorial material owned by others used with permission.

**b** Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Newly authored test items, compilation, editorial selectivity, and revision of preexisting material.
Compilation of pictorial material.

See instructions
before completing
this space.

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**a** Name ▼                                                    Account Number ▼
National Board of Medical Examiners            DA037176

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Kenneth E. Cotton
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA  19104

Area code and daytime telephone number ▶ (215) 590-9648          Fax number ▶ (215) 590-9433
Email ▶ kcotton@nbme.org

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                                    ☐ author
                                                    ☐ other copyright claimant
Check only one ▶                          ☐ owner of exclusive right(s)
                                          ☑ authorized agent of  NBME and FSMB
                                             Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Kenneth E. Cotton, Secretary of the Board                    Date ▶ 11/28/06

Handwritten signature (X) ▼
☞  X _Kenneth E. Cotton_ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**9** Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Kenneth E. Cotton
National Board of Medical Examiners
Number/Street/Apt ▼
3750 Market Street
City/State/ZIP ▼
Philadelphia, PA  19104

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order
   payable to Register of Copyrights
3. Deposit material

As of
July 1,
1999,
the
filing
fee for
Form TX
is $30.

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.
June 1999—200,000
WEB REV: June 1999

⊕ PRINTED ON RECYCLED PAPER

☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

Delivered by Computer



A Joint Program of
the Federation of State Medical Boards of the United States, Inc.
and the National Board of Medical Examiners®

## Step 2 Examination Pool

For Administration Beginning: August 15, 2006

11,713 Items (including associated pictorial items)

Copyright © 1990-2006 by the Federation of State Medical Boards of the United States, Inc., and the National Board of Medical Examiners® as to all content and test materials. All rights reserved.

This examination contains test materials that are owned and copyrighted by the Federation of State Medical Boards of the United States, Inc. and the National Board of Medical Examiners. Any reproduction of these materials or any part of them, through any means, including, but not limited to, copying, or printing of electronic files, reconstruction through memorization, and/or dictation, and/or dissemination of these materials or any part of them is strictly prohibited.

The United States Medical Licensing Examination™ (USMLE™) is a joint program of the Federation of State Medical Boards of the United States, Inc., and the National Board of Medical Examiners (NBME®).

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**TX 6-845-857**

**Effective date of registration:**

August 29, 2007

## Title

**Title of Work:** United States Medical Licensing Examination Step 2 Examination Pool (2007)

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** August 3, 2007   **Nation of 1st Publication:** United States

## Author

■ **Author:** National Board of Medical Examiners

**Author Created:** Co-Author of entire text.

**Work made for hire:** Yes

**Citizen of:** United States   **Domiciled in:** Pennsylvania

**Anonymous:** No   **Pseudonymous:** No

■ **Author:** Federation of State Medical Boards of the United States, Inc.

**Author Created:** Co-Author of entire text.

**Work made for hire:** Yes

**Citizen of:** United States   **Domiciled in:** Texas

**Anonymous:** No   **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** National Board of Medical Examiners (NBME)

3750 Market St., Philadelphia, PA, 19104

**Copyright Claimant:** Federation of State Medical Boards of the United States Inc. (FSMB)

400 Fuller Wiser Rd., Euless, TX, 76039

## Limitation of copyright claim

**Material excluded from this claim:** Previously published test items including pictorial material from test item pool. Pictorial material owned by others used with permission.

**Previously registered:** No

**New material included in claim:** Newly authored test items, compilation, editorial selectivity, and revision of preexisting material. Compilation of pictorial material.

## Certification

**Name:** Kenneth E. Cotton

**Date:** August 27, 2007

**IPN#:**

**Registration #:**   TX0006845857

**Service Request #:**   1-8427102

National Board of Medical Examiners
Kenneth E. Cotton
3750 Market Street
Philadelphia, PA 19104

Delivered by Computer



*A Joint Program of*
*the Federation of State Medical Boards of the United States, Inc.*
*and the National Board of Medical Examiners®*

## Step 2 Examination Pool

For Administration Beginning: August 3, 2007

13,185 Items (including associated pictorial items)

Copyright © 1990-2007 by the Federation of State Medical Boards of the United States, Inc., and the National Board of Medical Examiners® as to all content and test materials.  All rights reserved.

This examination contains test materials that are owned and copyrighted by the Federation of State Medical Boards of the United States, Inc. and the National Board of Medical Examiners.  Any reproduction of these materials or any part of them, through any means, including, but not limited to, copying, or printing of electronic files, reconstruction through memorization, and/or dictation, and/or dissemination of these materials or any part of them is strictly prohibited.

The United States Medical Licensing Examination™  (USMLE™) is a joint program of the Federation of State Medical Boards of the United States, Inc., and the National Board of Medical Examiners  (NBME®).

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

RE

**TX 6-419-276**

EFFECTIVE DATE OF REGISTRATION

AUG 1 0 2006
Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
**TITLE OF THIS WORK** ▼
United States Medical Licensing Examination
Step 1                                                                                          (2006)

**PREVIOUS OR ALTERNATIVE TITLES** ▼
N/A

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work** ▼
N/A

If published in a periodical or serial give:   Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

**2**

**a**
**NAME OF AUTHOR** ▼
National Board of Medical Examiners

**DATES OF BIRTH AND DEATH**
Year Born ▼  N/A      Year Died ▼  N/A

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ Philadelphia, PA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Co-Author of entire text.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**
**NAME OF AUTHOR** ▼
Federation of State Medical Boards of the United States, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼  N/A      Year Died ▼  N/A

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ Euless, TX

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Co-Author of entire text.

**c**
**NAME OF AUTHOR** ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006  ◄Year

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month ▶ June   Day ▶ 1   Year ▶ 2006
ONLY if this work has been published.
USA  ◄ Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
National Board of Medical Examiners, 3750 Market St., Phila., PA 19104 (NBME) & Federation of State Medical Boards of the United States Inc., 400 Fuller Wiser Rd.., Euless, TX 76039 (FSMB)

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
AUG 1 0 2006

**ONE DEPOSIT RECEIVED**
AUG 1 0 2006

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

| EXAMINED BY | _(signature)_ | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ **CORRESPONDENCE**<br>☐ Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶            Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published test items including pictorial material from test item pool.  Pictorial material owned by others used with permission.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Newly authored test items, compilation, editorial selectivity, and revision of preexisting material.
Compilation of pictorial material.

**a**
**b**

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

National Board of Medical Examiners              DA037176

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Kenneth E. Cotton
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA  19104

Area code and daytime telephone number ▶ (215) 590-9648              Fax number ▶ (215) 590-9433

Email ▶ kcotton@nbme.org

**b**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  NBME and FSMB
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.
                                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Kenneth E. Cotton, Secretary of the Board                              Date ▶ 8/9/06

Handwritten signature (X) ▼

X _(signature)_

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>Kenneth E. Cotton<br>National Board of Medical Examiners |
|---|---|
| | Number/Street/Apt ▼<br>3750 Market Street |
| | City/State/ZIP ▼<br>Philadelphia, PA  19104 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order
   payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of
July 1,
1999,
the
filing
fee for
Form TX
is $30.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—200,000        WEB REV: June 1999        ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

Delivered by Computer



*A Joint Program of*
*the Federation of State Medical Boards of the United States, Inc.*
*and the National Board of Medical Examiners®*

## Step 1 Examination Pool

For Administration Beginning: June 1, 2006

14,677 Items (including associated pictorial items)

Copyright © 1990-2006 by the Federation of State Medical Boards of the United States, Inc., and the National Board of Medical Examiners® as to all content and test materials. All rights reserved.

This examination contains test materials that are owned and copyrighted by the Federation of State Medical Boards of the United States, Inc. and the National Board of Medical Examiners.  Any reproduction of these materials or any part of them, through any means, including, but not limited to, copying, or printing of electronic files, reconstruction through memorization, and/or dictation, and/or dissemination of these materials or any part of them is strictly prohibited.

The United States Medical Licensing Examination™ (USMLE™) is a joint program of the Federation of State Medical Boards of the United States, Inc., and the National Board of Medical Examiners (NBME®).

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION

**TXu 1 – 256 – 031**

EFFECTIVE DATE OF REGISTRATION

9    13    05
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

**TITLE OF THIS WORK ▼**
National Board of Medical Examiners
Comprehensive Clinical Medicine Self-Assessment (2005)

**PREVIOUS OR ALTERNATIVE TITLES ▼**
N/A

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared    Title of Collective Work ▼
N/A

If published in a periodical or serial give   Volume ▼        Number ▼              Issue Date ▼              On Pages ▼

**2**

**a**

**NAME OF AUTHOR ▼**
National Board of Medical Examiners

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼
N/A              N/A

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ Philadelphia, PA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions) For any part of this work that was "made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire Text

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀ Year in all cases
2005

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published
Month ▶      Day ▶      Year ▶      ◀ Nation

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
N/A

APPLICATION RECEIVED
SEP 13 2005
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
SEP 13 2005
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY _Mw_   **FORM TX**

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give Previous Registration Number ▶          Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Previously published test items from test item pool

**a**

**6**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
New compilation of preexisting material

**b**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                                    Account Number ▼

National Board of Medical Examiners          DA037176

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼
Kenneth E Cotton
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA  19104

**b**

Area code and daytime telephone number ▶ (215) 590-9648          Fax number ▶ (215) 590-9433

Email ▶ kcotton@nbme org

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   National Board of Medical Examiners
of the work identified in this application and that the statements made              Name of author or other copyright claimant, or owner of exclusive right(s) ▲
by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
Kenneth E Cotton, Secretary of the Board          Date ▶ 8/9/05

☞ Handwritten signature (X) ▼
X _Kenneth E Cotton_

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Kenneth E Cotton
National Board of Medical Examiners
Number/Street/Apt ▼
3750 Market Street
City/State/ZIP ▼
Philadelphia, PA 19104

**9**

• Complete all necessary spaces
• Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order
payable to Register of Copyrights
3 Deposit material

As of
July 1,
1999,
the
filing
fee for
Form TX
is $30

Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington, D C 20559-6000

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application, shall be fined not more than $2,500

June 1999—200,000
WEB REV June 1999          PRINTED ON RECYCLED PAPER          ☆U S GOVERNMENT PRINTING OFFICE 1999-454-879/46

Delivered by Computer



# Comprehensive Clinical Medicine Self-Assessment Examination Pool

For Administration Beginning: September 1, 2005

180 Items (including associated pictorial items)

Copyright © 2005 by the National Board of Medical Examiners®. All rights reserved.

The materials presented on the Comprehensive Clinical Medicine Self-Assessment are owned and copyrighted by the
National Board of Medical Examiners. Any unauthorized reproduction of assessment materials, by any means,
including but not limited to, storage in a retrieval system, transmission, printing, memorization, or distribution is
strictly prohibited.

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TXu 1 – 256 – 030**

**EFFECTIVE DATE OF REGISTRATION**

9    13    05
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

**TITLE OF THIS WORK ▼**
National Board of Medical Examiners
Comprehensive Clinical Science Self-Assessment  CSCSA/00003 (2005)

**PREVIOUS OR ALTERNATIVE TITLES ▼**
N/A

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared    Title of Collective Work ▼
N/A

If published in a periodical or serial give   Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a**   **NAME OF AUTHOR ▼**
National Board of Medical Examiners

**DATES OF BIRTH AND DEATH**
Year Born ▼   N/A    Year Died ▼   N/A

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR {
Citizen of ▶ USA
Domiciled in ▶ Philadelphia, PA
}

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank

**b**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR {
Citizen of ▶
Domiciled in ▶
}

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR {
Citizen of ▶
Domiciled in ▶
}

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases
2005 ◀ Year

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published
Month ▶    Day ▶    Year ▶     ◀ Nation

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
N/A

**APPLICATION RECEIVED**
SEP 13 2005

**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
SEP 13 2005

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

**DO NOT WRITE HERE**
Page 1 of 2 pages

| EXAMINED BY | Mw | FORM TX |
|---|---|---|
| CHECKED BY | | |

| | CORRESPONDENCE<br>☐ Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |
|---|---|---|

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work  already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes" why is another registration being sought? (Check appropriate box) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give Previous Registration Number ▶              Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

Previously published test items from test item pool

**a**

**6**

See instructions
before completing
this space

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

New compilation of preexisting material

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                                    Account Number ▼

National Board of Medical Examiners                           DA037176

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

Kenneth E Cotton
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA  19104

**b**

Area code and daytime telephone number ▶ (215) 590-9648                    Fax number ▶ (215) 590-9433

Email ▶ kcotton@nbme org

**CERTIFICATION\*** I the undersigned hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  National Board of Medical Examiners

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Kenneth E  Cotton, Secretary of the Board                              Date ▶ 8/9/05

☞  Handwritten signature (X) ▼

X _Kenneth E Cotton_____

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address. | Name ▼<br>Kenneth E Cotton<br>National Board of Medical Examiners<br>Number/Street/Apt ▼<br>3750 Market Street<br>City/State/ZIP ▼<br>Philadelphia, PA  19104 | **9** |
|---|---|---|

\*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection
with the application shall be fined not more than $2,500
June 1999—200 000
WEB REV June 1999                                      ☆U S GOVERNMENT PRINTING OFFICE 1999-454-879/49

Delivered by Computer



# Comprehensive Clinical Science Self-Assessment Examination Pool (CSCSA/00003)

For Administration Beginning: September 1, 2005

184 Items (including associated pictorial items)

Copyright © 2005 by the National Board of Medical Examiners®. All rights reserved.

The materials presented on the Comprehensive Clinical Science Self-Assessment are owned and copyrighted by the National Board of Medical Examiners. Any unauthorized reproduction of assessment materials, by any means, including but not limited to, storage in a retrieval system, transmission, printing, memorization, or distribution is strictly prohibited.

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TXu 1–256–025**

TX | TXU
EFFECTIVE DATE OF REGISTRATION

9 | 13 | 05
Month | Day | Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

**TITLE OF THIS WORK ▼**
National Board of Medical Examiners
Comprehensive Basic Science Self-Assessment  BSCSA/0003 & BSCSA/00004 (2005)

**PREVIOUS OR ALTERNATIVE TITLES ▼**
N/A

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared      Title of Collective Work ▼
N/A

| If published in a periodical or serial give   Volume ▼ | Number ▼ | Issue Date ▼ | On Pages ▼ |
|---|---|---|---|

**2**

**a**

**NAME OF AUTHOR ▼**
National Board of Medical Examiners

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
N/A            N/A

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ Philadelphia, PA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases
2005  ◀ Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published.
Month ▶            Day ▶            Year ▶            ◀ Nation

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA  19104

**APPLICATION RECEIVED**
SEP 13 2005
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
SEP 13 2005
**FUNDS RECEIVED**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
N/A

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5–9) on the reverse side of this page
• See detailed instructions  • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | *Mw* | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box ) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give  Previous Registration Number ▶            Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

Previously published test items from test item pool

**a**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
New compilation of preexisting material

**b**

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name ▼                                                        Account Number ▼

National Board of Medical Examiners                          DA037176

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent    Name/Address/Apt/City/State/ZIP ▼
Kenneth E Cotton
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA  19104

Area code and daytime telephone number ▶ (215) 590-9648        Fax number ▶ (215) 590-9433

Email ▶ kcotton@nbme org

**b**

**7**

**CERTIFICATION\*** I the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  National Board of Medical Examiners
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Kenneth E  Cotton, Secretary of the Board                          Date ▶ 8/9/05

Handwritten signature (X) ▼
X *Kenneth Cotton*

| Certificate will be mailed in window envelope to this address | Name ▼ Kenneth E  Cotton National Board of Medical Examiners |
|---|---|
| | Number/Street/Apt ▼ 3750 Market Street |
| | City/State/ZIP ▼ Philadelphia, PA  19104 |

**9**

- Complete all necessary spaces
- Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington, D C  20559-6000

As of July 1, 1999, the filing fee for Form TX is $30

*17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

June 1999—200,000
WEB REV  June 1999

★U S  GOVERNMENT PRINTING OFFICE  1999-454-879/49

Delivered by Computer



# Comprehensive Basic Science Self-Assessment
# Examination Pool
### BSCSA/00004

For Administration Beginning: September 1, 2005

200 Items (including associated pictorial items)

Copyright © 2005 by the National Board of Medical Examiners®. All rights reserved.

The materials presented on the Comprehensive Basic Science Self-Assessment are owned and copyrighted by the National Board of Medical Examiners.  Any unauthorized reproduction of assessment materials, by any means, including but not limited to, storage in a retrieval system, transmission, printing, memorization, or distribution is strictly prohibited.





This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TXu 953 – 854**

*TXu0009953854*

EFFECTIVE DATE OF REGISTRATION

Month **11** Day **16** Year **00**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
United States Medical Licensing Examination
Step 3 Examination

PREVIOUS OR ALTERNATIVE TITLES ▼
N/A

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼
N/A

If published in a periodical or serial give: Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

---

**2**

**a**

NAME OF AUTHOR ▼
National Board of Medical Examiners

DATES OF BIRTH AND DEATH
Year Born ▼ N/A    Year Died ▼ N/A

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶ Philadelphia, PA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Co-Author of entire text.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

NAME OF AUTHOR ▼
Federation of State Medical Boards of the United States, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼ N/A    Year Died ▼ N/A

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶ Euless, TX

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Co-Author of entire text.

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given Year in all cases.
2000

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶      Day ▶      Year ▶      ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
National Board of Medical Examiners, 3750 Market St., Phila., PA 19104 (NBME) & Federation of State Medical Boards of the United States Inc., 400 Fuller Wiser Rd., Euless, TX 76039 (FSMB)

APPLICATION RECEIVED
NOV 16 2000
ONE DEPOSIT RECEIVED
NOV 16 2000
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of **4** pages

| EXAMINED BY | | FORM TX |
| CHECKED BY | | |

| CORRESPONDENCE<br>☐ Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give Previous Registration Number ▶          Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published test items including pictorial material from test item pool. Pictorial material owned by others used with permission.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
Newly authored test items, compilation, editorial selectivity, and revision of preexisting material.
Compilation of pictorial material.

**a**

**6**

See instructions
before completing
this space.

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                    Account Number ▼
National Board of Medical Examiners                           DA037176

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Alice J. Wooden Kelly
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA  19104

Area code and daytime telephone number ▶ (215) 590-9535          Fax number ▶ (215) 590-9755
Email ▶ awoodenkelly@mail.nbme.org

**b**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  NBME and FSMB
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Alice J. Wooden Kelly, Director, Department of Administration          Date ▶ 1/14/00

Handwritten signature (X) ▼
X _Alice J Wooden Kelly_

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>Alice J. Wooden Kelly<br>National Board of Medical Examiners<br>Number/Street/Apt ▼<br>3750 Market Street<br>City/State/ZIP ▼<br>Philadelphia, PA  19104 | YOU MUST<br>• Complete all necessary spaces<br>• Sign your application in space 8<br>SEND ALL 3 ELEMENTS<br>IN THE SAME PACKAGE<br>1. Application form<br>2. Nonrefundable filing fee in check or money order<br>payable to Register of Copyrights<br>3. Deposit material<br>MAIL TO<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6000 | As of<br>July 1,<br>1999,<br>the<br>filing<br>fee for<br>Form TX<br>is $30. |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000                    Ⓟ PRINTED ON RECYCLED PAPER                    ☼U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49
WEB REV: June 1999

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- **Space A** of this sheet is intended to identify the basic application. **Space B** is a continuation of Space 2 on the basic application. **Space B** is not applicable to Short forms.
  **Space C** (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**⊘ FORM** TXu **/CON**
UNITED STATES COPYRIGHT OFFICE

**TXu 953 – 854**
*TXu000953854*

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |

EFFECTIVE DATE OF REGISTRATION

11 / 16 / 00
(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED
NOV 1 6 2000

Page 3 of 1 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

## A
### Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:

- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)
  United States Medical Licensing Examination Step 3

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) : (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)
  National Board of Medical Examiners, 3750 Market St., Phila., PA 19104

## B
### Continuation of Space 2

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼      Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼      Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼      Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

CONTINUATION OF  (Check which):  ☒ Space 1     ☐ Space 4     ☐ Space 6

2 Books

Multiple Choice Question Component

Primum CCS Component

**C**

Continuation
of other
Spaces

---

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Alice J. Wooden Kelly
National Board of Medical Examiners

Number/Street/Apt ▼
3750 Market Street

City/State/ZIP ▼
Philadelphia, PA  19104

YOU MUST
· Complete all necessary spaces
· Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or
money order payable to *Register
of Copyrights*
3. Deposit Material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**D**

Fees are effective
through June 30,
2002. After that date,
check the Copyright
office Website at
www.loc.gov/copy-
right or call (202)
707-3000 for current
fee information.

November 1999–30,000          ♲ PRINTED ON RECYCLED PAPER                                                      ☼U.S GOVERNMENT PRINTING OFFICE: 2000-461-113/78
WEB REV: June 1999

CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE
★ THE LIBRARY OF CONGRESS ★

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TXu 1–111–542


TXU001111542

EFFECTIVE DATE OF REGISTRATION

3          12          03
Month       Day        Year

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**1**

TITLE OF THIS WORK ▼
United States Medical Licensing Examination
Step 3 Examination Pool and Primum CCS Component

PREVIOUS OR ALTERNATIVE TITLES ▼
N/A

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical serial, or collection give information about the collective work in which the contribution appeared    Title of Collective Work ▼
N/A

If published in a periodical or serial give    Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

---

**2**

**a**

NAME OF AUTHOR ▼
National Board of Medical Examiners    (NBME)

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼
N/A                   N/A

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶ Philadelphia, PA

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Co-Author of entire text

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b**

NAME OF AUTHOR ▼
Federation of State Medical Boards of the United States Inc    (FSMB)

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼
N/A                   N/A

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶ Euless, TX

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Co-Author of entire text

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED    This information must be given in all cases.    2002 ◀Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK    Complete this information ONLY if this work has been published    Month▶ _____ Day▶ _____ Year▶ _____ ◀ Nation

---

**4**

See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
National Board of Medical Examiners 3750 Market St  Phila  PA 19104 (NBME)  & Federation of State Medical Boards of the United States Inc 400 Fuller Wiser Rd  Euless  TX 76039 (FSMB)

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
MAR 12 2003
ONE DEPOSIT RECEIVED
MAR 12 2003
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶    Complete all applicable spaces (numbers 5 9) on the reverse side of this page
See detailed instructions        Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |

| | CORRESPONDENCE | FOR |
|---|---|---|
| | Yes | COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work  already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes " why is another registration being sought? (Check appropriate box) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes  give Previous Registration Number ▶                    Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

Previously published test items  including pictorial material from test item pool   Pictorial material owned by others used with permission

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼
Newly authored test items  compilation  editorial selectivity  and revision of preexisting material
Compilation of pictorial material

**6**  a   b

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account.
Name ▼                                             Account Number ▼

National Board of Medical Examiners              DA037176

**7**  a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent    Name/Address/Apt/City/State/ZIP ▼
Janet D  Carson
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA  19104

Area code and daytime telephone number ▶ (215) 590 9548                    Fax number ▶ (215) 590-9755
Email ▶ jcarson@nbme org

**b**

**CERTIFICATION\*** I the undersigned  hereby certify that I am the
                                    Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  NBME and FSMB

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Janet D  Carson  Secretary of the Board                    Date ▶ 2/11/03

Handwritten signature (X) ▼

X _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

| Certificate will be mailed in window envelope to this address | Name ▼ Janet D  Carson | Complete all necessary spaces Sign your application in space 8 |
|---|---|---|
| | National Board of Medical Examiners | 1 Application form |
| | Number/Street/Apt ▼ 3750 Market Street | 2 Nonrefundable filing fee in check or money order payable to Register of Copyrights 3 Deposit material |
| | City/State/ZIP ▼ Philadelphia PA  19104 | Library of Congress Copyright Office 101 Independence Avenue  S E Washington  D C  20559-6000 |

As of July 1 1999 the filing fee for Form TX is $30

**9**

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

June 1999—200 000
WEB REV  June 1999

☆U S  GOVERNMENT PRINTING OFFICE 1999-454-879/49

# CERTIFICATE OF REGISTRATION

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 5-021-440**

*TX0005021440*

TX          TXU

EFFECTIVE DATE OF REGISTRATION

7          28          99
Month      Day        Year

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**TITLE OF THIS WORK ▼**

United States Medical Licensing Examination     Step 3

**PREVIOUS OR ALTERNATIVE TITLES ▼**

N/A

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

N/A

If published in a periodical or serial give: **Volume ▼**     **Number ▼**     **Issue Date ▼**     **On Pages ▼**

---

**NAME OF AUTHOR ▼**

a    National Board of Medical Examiners

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼
N/A

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶ Philadelphia, PA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Co-Author of entire text.

**NAME OF AUTHOR ▼**

b    Federation of State Medical Boards, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼
N/A            N/A

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶ Euless, TX

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Co-Author of entire text.

**NAME OF AUTHOR ▼**

c

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
199 9  ◄ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ May   Day ▶ 11   Year ▶ 1999
U.S.A.   ◄ Nation

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

National Board of Medical Examiners, 3750 Market St.
Philadelphia, PA  19104  (NBME)
Federation of State Medical Boards, Inc.
400 Fuller Wiser Road, Euless, TX  76039  (FSMB)

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
JUL 28 1999
ONE DEPOSIT RECEIVED
JUL 28 1999
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

See instructions before completing this space.

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of   pages

EXAMINED BY _____   **FORM TX**

CHECKED BY _____

☐ **CORRESPONDENCE**
☐ Yes

☐ **DEPOSIT ACCOUNT**
   **FUNDS USED**

**FOR
COPYRIGHT
OFFICE
USE
ONLY**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼            **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously published test items including pictorial material from test item pool.
Pictorial material owned by others used with permission.

b. **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Newly authored test items, pictorial material, compilation, editorial selectivity, and
revision of preexisting material.  Pictorial material owned by others used with permission.

See instructions
before completing
this space.

**6**

**MANUFACTURERS AND LOCATIONS**   If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.

**Names of Manufacturers** ▼                        **Places of Manufacture** ▼

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**          A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords            b ☐ Copies Only            c ☐ Phonorecords Only            See instructions.

**8**

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                        **Account Number** ▼
National Board of Medical Examiners              DA037176

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
Alice J. Wooden Kelly, National Board of Medical Examiners
3750 Market Street
Philadelphia, PA  19104

Be sure to
give your
daytime phone
◀ number.

Area Code & Telephone Number ▶   (215) 590-9535

**9**

**CERTIFICATION*   I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of NBME and FSMB
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Alice J. Wooden Kelly, Director, Dept of Administration          date ▶ 7/27/1999

Handwritten signature (X) ▼

**10**

**MAIL
CERTIFI-
CATE TO**

**Name** ▼
Alice J. Wooden Kelly
National Board of Medical Examiners
**Number/Street/Apartment Number** ▼
3750 Market Street
**City/State/ZIP** ▼
Philadelphia  PA  19104

**Certificate
will be
mailed in
window
envelope**

Have you:
• Completed all necessary spaces?
• Signed your application in space 10?
• Enclosed check or money order for $10 payable to *Register of Copyrights?*
• Enclosed your deposit material with the application and fee?
MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

**11**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U.S. GOVERNMENT PRINTING OFFICE: 1992: 281-278/607

- If at all possible, try to fit the information called for into the spaces provided on Form TX.
- If you do not have space enough for all of the information you need to give on Form TX, use this continuation sheet and submit it with Form TX.
- If you submit this continuation sheet, clip (do not tape or staple) it to Form TX and fold the two together before submitting them.
- PART A of this sheet is intended to identify the basic application. PART B is a continuation of Space 2. PART C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, 6, or 7. The other spaces on Form TX call for specific items of information, and should not need continuation.

**F**

TX 5-021-440

*TX0005021440*

EFFECTIVE DATE OF REGISTRATION

7           28          99

(Month)      (Day)      (Year)

CONTINUATION SHEET RECEIVED

JUL 28 1999

Page ___3___ of ___4___ pages

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**Ⓐ**
Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on Form TX, submitted the following work:

- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of Form TX.)

  **United States Medical Licensing Examination Step 3**

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of Form TX.)

  **National Board of Medical Examiners, 3750 Market St., Phila., PA 19104.**

---

**Ⓑ**
Continuation of Space 2

| | |
|---|---|
| **NAME OF AUTHOR:** | **DATES OF BIRTH AND DEA** |
| Was this author's contribution to the work a "work made for hire"?     Yes     No | Born ____ Died ____ (Year) (Year) |
| **AUTHOR'S NATIONALITY OR DOMICILE:** | **WAS THIS AUTHOR'S CONTRIBUTION THE WORK:** |
| Citizen of _____ } or { Domiciled in _____ (Name of Country)                          (Name of Country) | Anonymous?   Yes   No Pseudonymous?   Yes   No |
| **AUTHOR OF:** (Briefly describe nature of this author's contribution) | If the answer to either of these questions "Yes," see detailed instructions attached. |

| | |
|---|---|
| **NAME OF AUTHOR:** | **DATES OF BIRTH AND DEA** |
| Was this author's contribution to the work a "work made for hire"?     Yes     No | Born ____ Died ____ (Year) (Year) |
| **AUTHOR'S NATIONALITY OR DOMICILE:** | **WAS THIS AUTHOR'S CONTRIBUTION T THE WORK:** |
| Citizen of _____ } or { Domiciled in _____ (Name of Country)                          (Name of Country) | Anonymous?   Yes   No Pseudonymous?   Yes   No |
| **AUTHOR OF:** (Briefly describe nature of this author's contribution) | If the answer to either of these questions "Yes," see detailed instructions attached |

| | |
|---|---|
| **NAME OF AUTHOR:** | **DATES OF BIRTH AND DEA** |
| Was this author's contribution to the work a "work made for hire"?     Yes     No | Born ____ Died ____ (Year) (Year) |
| **AUTHOR'S NATIONALITY OR DOMICILE:** | **WAS THIS AUTHOR'S CONTRIBUTION T THE WORK:** |
| Citizen of _____ } or { Domiciled in _____ (Name of Country)                          (Name of Country) | Anonymous?   Yes   No Pseudonymous?   Yes   No |
| **AUTHOR OF:** (Briefly describe nature of this author's contribution) | If the answer to either of these questions "Yes," see detailed instructions attached |

| | |
|---|---|
| **NAME OF AUTHOR:** | **DATES OF BIRTH AND DEAT** |
| Was this author's contribution to the work a "work made for hire"?     Yes     No | Born ____ Died ____ (Year) (Year) |
| **AUTHOR'S NATIONALITY OR DOMICILE:** | **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** |
| Citizen of _____ } or { Domiciled in _____ (Name of Country)                          (Name of Country) | Anonymous?   Yes   No Pseudonymous?   Yes   No |
| **AUTHOR OF:** (Briefly describe nature of this author's contribution) | If the answer to either of these questions "Yes," see detailed instructions attached |

| | |
|---|---|
| **NAME OF AUTHOR:** | **DATES OF BIRTH AND DEAT** |
| Was this author's contribution to the work a "work made for hire"?     Yes     No | Born ____ Died ____ (Year) (Year) |
| **AUTHOR'S NATIONALITY OR DOMICILE:** | **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** |
| Citizen of _____ } or { Domiciled in _____ (Name of Country)                          (Name of Country) | Anonymous?   Yes   No Pseudonymous?   Yes   No |
| **AUTHOR OF:** (Briefly describe nature of this author's contribution) | If the answer to either of these questions "Yes," see detailed instructions attached |

*Use the reverse side of this sheet if you need more space for:*
- *Further continuation of Space 2*
- *Continuation of Spaces 1, 4, 6, or 7 of Form TX*

Was this author's contribution to the work a "work made for hire"?   Yes.        No.

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of .......................   } or { Domiciled in ......................
(Name of Country)                                (Name of Country)

AUTHOR OF: (Briefly describe nature of this author's contribution)

DATES OF BIRTH AND DEATH:
Born .......   Died .......
(Year)          (Year)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?     Yes .    No .
Pseudonymous?  Yes .    No .
If the answer to either of these questions is "Yes," see detailed instructions attached.

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes        No.

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of ...........   } or { Domiciled in ..............
(Name of Country)                       (Name of Country)

AUTHOR OF: (Briefly describe nature of this author's contribution)

DATES OF BIRTH AND DEATH:
Born .......   Died .......
(Year)          (Year)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?     Yes . .   No .
Pseudonymous?  Yes . .   No .
If the answer to either of these questions is "Yes," see detailed instructions attached.

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes        No.

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of ...........   } or { Domiciled in ...........
(Name of Country)                       (Name of Country)

AUTHOR OF: (Briefly describe nature of this author's contribution)

DATES OF BIRTH AND DEATH:
Born .......   Died .......
(Year)          (Year)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?     Yes      No
Pseudonymous?  Yes . .  No
If the answer to either of these questions is "Yes," see detailed instructions attached.

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes        No.

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of ...........   } or { Domiciled in ...........
(Name of Country)                       (Name of Country)

AUTHOR OF: (Briefly describe nature of this author's contribution)

DATES OF BIRTH AND DEATH:
Born .......   Died .......
(Year)          (Year)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?     Yes      No .
Pseudonymous?  Yes . .  No .
If the answer to either of these questions is "Yes," see detailed instructions attached.

**B** Continuation of Space 2

---

CONTINUATION OF (Check which):   ☒Space 1   ☐ Space 4   ☐ Space 6   ☐ Space 7

88 Books:

A1, A2, A3, A4

B1, B2, B3, B4, B5, B6, B7, B8, B9, B10, B11, B12, B13, B14, B15, B16

B17, B18, B19, B20, B21, B22, B23, B24, B25, B26, B27, B28, B29, B30,

B31, B32, B33, B34, B35, B36, B37, B38, B39, B40

C1, C2, C3, C4, C5, C6, C7, C8, C9, C10, C11, C12, C13, C14, C15, C16,

C17, C18, C19, C20, C21, C22, C23, C24, C25, C26, C27, C28, C29, C30,

C31, C32, C33, C34, C35, C36, C37, C38, C39, C40

D1, D2, D3, D4

**C** Continuation of other Spaces

**CERTIFICATE OF REGISTRATION**



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE



**TXu 928-261**

EFFECTIVE DATE OF REGISTRATION

12 · 17 · 99
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

---

**1**

**TITLE OF THIS WORK ▼**
United States Medical Licensing Examination
Step 3 Examination

**PREVIOUS OR ALTERNATIVE TITLES ▼**
N/A

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**
N/A

If published in a periodical or serial give:  Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2**

**a**

**NAME OF AUTHOR ▼**
National Board of Medical Examiners

**DATES OF BIRTH AND DEATH**
Year Born ▼  N/A   Year Died ▼  N/A

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ⎰ Citizen of ▶ USA
   ⎱ Domiciled in ▶ Philadelphia, PA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Co-Author of entire text.

**b**

**NAME OF AUTHOR ▼**
Federation of State Medical Boards of the United States, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼  N/A   Year Died ▼  N/A

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ⎰ Citizen of ▶ USA
   ⎱ Domiciled in ▶ Euless, TX

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Co-Author of entire text.

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ⎰ Citizen of ▶
   ⎱ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
1999
◀ Year  This information must be given in all cases.

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ _____  Day ▶ _____  Year ▶ _____  ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
National Board of Medical Examiners, 3750 Market St., Phila., PA 19104
(NBME) & Federation of State Medical Boards of the United States Inc.,
400 Fuller Wiser Rd., Euless, TX 76039 (FSMB)

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
12/17/99
**ONE DEPOSIT RECEIVED**
DEC 17, 1999
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

FORM TX

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶          Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously published test items including pictorial material from test item pool.  Pictorial material owned by others used with permission.

**a**

**6**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Newly authored test items, compilation, editorial selectivity, and revision of preexisting material.
Compilation of pictorial material.

**b**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                    Account Number ▼
National Board of Medical Examiners                       DA037176

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Alice J. Wooden Kelly
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA  19104

**b**

Area code and daytime telephone number ▶ (215) 590-9535          Fax number ▶ (215) 590-9755
Email ▶ awoodenkelly@mail.nbme.org

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
                                              ☐ author
Check only one ▶                              ☐ other copyright claimant
                                              ☐ owner of exclusive right(s)
of the work identified in this application and that the statements made    ☒ authorized agent of _NBME and FSMB_
by me in this application are correct to the best of my knowledge.          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Alice J. Wooden Kelly, Director, Department of Administration          Date ▶ 10/16/95

Handwritten signature (X) ▼
X _Alice J. Wooden Kelly_

| Certificate will be mailed in window envelope to this address: | Name ▼ Alice J. Wooden Kelly |
|---|---|
| | National Board of Medical Examiners |
| | Number/Street/Apt ▼ 3750 Market Street |
| | City/State/ZIP ▼ Philadelphia, PA  19104 |

**9**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of
July 1,
1999,
the
filing
fee for
Form TX
is $30.

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000
WEB REV: June 1999          ♻ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**FORM ____ /CON**

UNITED STATES COPYRIGHT OFFICE

TXu 928 – 261

*TXu000928261*

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |

EFFECTIVE DATE OF REGISTRATION

_____  _____  _____
(Month)              (Day)               (Year)

CONTINUATION SHEET RECEIVED

Page __3__ of __4__ pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

---

**A**
**Identification of Application**

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)
  United States Medical Licensing Examination Step 3
- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)
  National Board of Medical Examiners, 3750 Market St., Phila., PA 19104

---

**B**
**Continuation of Space 2**

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

**CONTINUATION OF** (Check which):   ☐ Space 1   ☐ Space 4   ☐ Space 6

2 Books

Multiple Choice Question Component

Primum CCS Component

**C**

Continuation
of other
Spaces

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Alice J. Wooden Kelly
National Board of Medical Examiners
Number/Street/Apt ▼
3750 Market Street
City/State/ZIP ▼
Philadelphia, PA  19104

**D**

November 1999–30,000
WEB REV: June 1999          PRINTED ON RECYCLED PAPER                    ☆U.S.GOVERNMENT PRINTING OFFICE: 2000-461-113/78

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
United States of America

## FORM TX
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 4-838-008**

EFFECTIVE DATE OF REGISTRATION

| 7 | 30 | 98 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**
United States Medical Licensing Examination  Step 3

**PREVIOUS OR ALTERNATIVE TITLES ▼**
N/A

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**
N/A

If published in a periodical or serial give: **Volume ▼**     **Number ▼**     **Issue Date ▼**     **On Pages ▼**

---

**NAME OF AUTHOR ▼**
National Board of Medical Examiners

**DATES OF BIRTH AND DEATH**
Year Born ▼ N/A    Year Died ▼ N/A

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶ Philadelphia, PA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Co-Author of entire text.

**NAME OF AUTHOR ▼**
The Federation of State Medical Boards, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼ N/A    Year Died ▼ N/A

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶ Euless, TX

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Co-Author of entire text.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1998 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ May  Day ▶ 12  Year ▶ 1998    Nation ▶ U.S.A.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
National Board of Medical Examiners, 3750 Market St.
Philadelphia, PA  19104  (NBME)
The Federation of State Medical Boards, Inc.
400 Fuller Wiser Road, Euless, TX · 76039 (FSMB)

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUL 30 1998
ONE DEPOSIT RECEIVED
JUL 30 1998
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.        • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 4 pages

| | |
|---|---|
| EXAMINED BY  ΟΓW | FORM TX |
| CHECKED BY | |
| ☐ CORRESPONDENCE  Yes | FOR COPYRIGHT OFFICE USE ONLY |
| ☐ DEPOSIT ACCOUNT  FUNDS USED | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published test items from test item pool.

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Newly authored test items and compilation, editorial selectivity, and revision of preexisting material.

**6**

See instructions before completing this space.

**MANUFACTURERS AND LOCATIONS**  If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.

Names of Manufacturers ▼                    Places of Manufacture ▼

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**   A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼  National Board of Medical Examiners      Account Number ▼  DA037176

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Alice J. Wooden Kelly, National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104

Area Code & Telephone Number ▶  (215) 590-9535

**9**

Be sure to give your daytime phone number

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the     Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  NBME and FSMB

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Alice J. Wooden Kelly, Director, Dept of Administration       date ▶ 7/29/98

Handwritten signature (X) ▼

**10**

**MAIL CERTIFICATE TO**

Name ▼  Alice J. Wooden Kelly
National Board of Medical Examiners

Number/Street/Apartment Number ▼  3750 Market Street

City/State/ZIP ▼  Philadelphia PA 19104

Have you:
• Completed all necessary spaces?
• Signed your application in space 10?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

**11**

Certificate will be mailed in window envelope

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

U.S. GOVERNMENT PRINTING OFFICE: 1992: 281-279/507         Sept. 1992—600,000

UNITED STATES COPYRIGHT OFFIC

- If at all possible, try to fit the information called for into the spaces provided on Form TX.
- If you do not have space enough for all of the information you need to give on Form TX, use this continuation sheet and submit it with Form TX.
- If you submit this continuation sheet, clip (do not tape or staple) it to Form TX and fold the two together before submitting them.
- PART A of this sheet is intended to identify the basic application. PART B is a continuation of Space 2. PART C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, 6, or 7. The other spaces on Form TX call for specific items of information, and should not need continuation.

TX 4-838-008

**EFFECTIVE DATE OF REGISTRATION**

7 ........ 30 ........ 98
(Month) (Day) (Year)

**CONTINUATION SHEET RECEIVED**

JUL 30 1998

Page 3 of 4 pages

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

| (A) Identification of Application | **IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on Form TX, submitted the following work |
|---|---|

- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of Form TX.)

    United States Medical Licensing Examination Step 3

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) (Give the name and address of at least one copyright claimant as given in Space 4 of Form TX.)

    National Board of Medical Examiners, 3750 Market St., Phila., PA. 19104

---

| (B) Continuation of Space 2 | |
|---|---|

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes No
**DATES OF BIRTH AND DEAT**
Born (Year) Died (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of (Name of Country) or Domiciled in (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes No
Pseudonymous? Yes No
If the answer to either of these questions "Yes," see detailed instructions attached

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes No
**DATES OF BIRTH AND DEAT**
Born (Year) Died (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of (Name of Country) or Domiciled in (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes No
Pseudonymous? Yes No
If the answer to either of these questions "Yes," see detailed instructions attached

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes No
**DATES OF BIRTH AND DEATH**
Born (Year) Died (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of (Name of Country) or Domiciled in (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes No
Pseudonymous? Yes No
If the answer to either of these questions "Yes," see detailed instructions attached

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes No
**DATES OF BIRTH AND DEATH**
Born (Year) Died (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of (Name of Country) or Domiciled in (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes No
Pseudonymous? Yes No
If the answer to either of these questions "Yes," see detailed instructions attached

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes No
**DATES OF BIRTH AND DEATH**
Born (Year) Died (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of (Name of Country) or Domiciled in (Names of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes No
Pseudonymous? Yes No
If the answer to either of these questions "Yes," see detailed instructions attached

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

Use the reverse side of this sheet if you need more space for:
- Further continuation of Space 2
- Continuation of Spaces 1, 4, 6, or 7 of Form TX

**NAME OF AUTHOR:**

**DATES OF BIRTH AND DEATH:**
Born ...... Died ......
(Year) (Year)

Was this author's contribution to the work a "work made for hire"? Yes ... No....

**B**
**Continuation of Space 2**

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ................... } or { Domiciled in ...................
(Name of Country) (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No ....
Pseudonymous? Yes...... No ......

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

---

**NAME OF AUTHOR:**

**DATES OF BIRTH AND DEATH:**
Born ...... Died ......
(Year) (Year)

Was this author's contribution to the work a "work made for hire"? Yes. No.....

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ................... } or { Domiciled in ...................
(Name of Country) (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No ....
Pseudonymous? Yes...... No ......

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

---

**NAME OF AUTHOR:**

**DATES OF BIRTH AND DEATH:**
Born ...... Died ......
(Year) (Year)

Was this author's contribution to the work a "work made for hire"? Yes.. No.....

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ................... } or { Domiciled in ...................
(Name of Country) (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No ....
Pseudonymous? Yes...... No ......

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

---

**NAME OF AUTHOR:**

**DATES OF BIRTH AND DEATH:**
Born ...... Died ......
(Year) (Year)

Was this author's contribution to the work a "work made for hire"? Yes .. No

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ................... } or { Domiciled in ...................
(Name of Country) (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No ....
Pseudonymous? Yes...... No ......

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

---

CONTINUATION OF (Check which)   ☒ Space 1   ☐ Space 4   ☐ Space 6   ☐ Space 7

**C**
**Continuation of other Spaces**

56 Books:

A1, A2, A3, A4

B1, B2, B3, B4, B5, B6, B7, B8, B9, B10, B11, B12, B13, B14, B15
B16, B17, B18, B19, B20, B21, B22, B23, B24

C1, C2, C3, C4, C5, C6, C7, C8, C9, C10, C11, C12, C13, C14, C15
C16, C17, C18, C19, C20, C21, C22, C23, C24

D1, D2, D3, D4

# CERTIFICATE OF REGISTRATION

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

UNITED STATES COPYRIGHT OFFICE ★ ★ THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**REGISTRATION NUMBER**

TX 4-958-938

**EFFECTIVE DATE OF REGISTRATION**

2     24     99
Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

United States Medical Licensing Examination
Step 3

**PREVIOUS OR ALTERNATIVE TITLES ▼**

N/A

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

N/A

If published in a periodical or serial give: **Volume ▼**      **Number ▼**      **Issue Date ▼**      **On Pages ▼**

---

**2**

**NAME OF AUTHOR ▼**

a    National Board of Medical Examiners

**DATES OF BIRTH AND DEATH**
**Year Born ▼     Year Died ▼**
N/A     N/A

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶ Philadelphia, PA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Co-Author of entire text.

**NAME OF AUTHOR ▼**

b    The Federation of State Medical Boards, Inc.

**DATES OF BIRTH AND DEATH**
**Year Born ▼     Year Died ▼**
N/A     N/A

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶ Euless, TX

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Co-Author of entire text.

**NAME OF AUTHOR ▼**

c

**DATES OF BIRTH AND DEATH**
**Year Born ▼     Year Died ▼**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1998 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ December   Day ▶ 1   Year ▶ 1998
U.S.A. ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

National Board of Medical Examiners, 3750 Market St.
Philadelphia, PA 19104 (NBME)
The Federation of State Medical Boards, Inc.
400 Fuller Wiser Road, Euless, TX 76039 (FSMB)

**APPLICATION RECEIVED**
FEB. 24 1999
**ONE DEPOSIT RECEIVED**
FEB. 24 1999
**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 10.

**DO NOT WRITE HERE**
Page 1 of 4 pages

| | |
|---|---|
| EXAMINED BY | **FORM TX** |
| CHECKED BY | |

☐ **CORRESPONDENCE** Yes

☐ **DEPOSIT ACCOUNT** FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? **5**
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation. **6**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously published test items from test item pool.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Newly authored test items and compilation, editorial selectivity, and revision of preexisting material.

See instructions before completing this space.

**MANUFACTURERS AND LOCATIONS** If this is a published work consisting preponderantly of nondramatic literary material in English, the law may **7**
require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.
Names of Manufacturers ▼          Places of Manufacture ▼

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a **8**
check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☐ Copies and Phonorecords     b ☐ Copies Only     c ☐ Phonorecords Only

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. **9**
Name ▼          Account Number ▼
National Board of Medical Examiners     DA037176

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Alice J. Wooden Kelly, National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104

Be sure to give your daytime phone number

Area Code & Telephone Number ▶ (215) 590-9535

**CERTIFICATION*** I, the undersigned, hereby certify that I am the **10**
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of NBME and FSMB
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
Alice J. Wooden Kelly, Director, Dept of Administration     date ▶ 2/23/99

Handwritten signature (X) ▼
Alice J Wooden Kelly

**11**
Name ▼
Alice J. Wooden Kelly
National Board of Medical Examiners
Number/Street/Apartment Number ▼
3750 Market Street
City/State/ZIP ▼
Philadelphia PA 19104

MAIL
CERTIFI-
CATE TO

Certificate will be mailed in window envelope

Have you:
• Completed all necessary spaces?
• Signed your application in space 10?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

GOVERNMENT PRINTING OFFICE: 1992: 381,278/507          Sept. 1992—600,000

UNITED STATES COPYRIGHT OFFICE

- If at all possible, try to fit the information called for into the spaces provided on Form TX.
- If you do not have space enough for all of the information you need to give on Form TX, use this continuation sheet and submit it with Form TX.

If you submit this continuation sheet, clip (do not tape or staple) it to Form TX and fold the two together before submitting them.

**PART A** of this sheet is intended to identify the basic application. **PART B** is a continuation of Space 2. **PART C** (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, 6, or 7. The other spaces on Form TX call for specific items of information, and should not need continuation.

```
TX 4-950-938
*TX00049S0938*
```

**EFFECTIVE DATE OF REGISTRATION**

. . . . 2 . . . . 24 . . . . 99
(Month)        (Day)        (Year)

CONTINUATION SHEET RECEIVED

FEB. 24 1999

Page  3  of  4  pages

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**(A)** Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on Form TX, submitted for the following work:

- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of Form TX.)

United States Medical Licensing Examination Step 3

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of Form TX.)

National Board of Medical Examiners, 3750 Market St., Phila., PA 19104

---

**(B)** Continuation of Space 2

| | |
|---|---|
| NAME OF AUTHOR: | DATES OF BIRTH AND DEATH |
| | Born (Year)   Died (Year) |
| Was this author's contribution to the work a "work made for hire"?  Yes   No | |
| AUTHOR'S NATIONALITY OR DOMICILE: | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: |
| Citizen of (Name of Country)  or  Domiciled in (Name of Country) | Anonymous?  Yes   No<br>Pseudonymous?  Yes   No |
| AUTHOR OF: (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached. |

| | |
|---|---|
| NAME OF AUTHOR: | DATES OF BIRTH AND DEATH |
| | Born (Year)   Died (Year) |
| Was this author's contribution to the work a "work made for hire"?  Yes   No | |
| AUTHOR'S NATIONALITY OR DOMICILE: | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: |
| Citizen of (Name of Country)  or  Domiciled in (Name of Country) | Anonymous?  Yes   No<br>Pseudonymous?  Yes   No |
| AUTHOR OF: (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached |

| | |
|---|---|
| NAME OF AUTHOR: | DATES OF BIRTH AND DEATH |
| | Born (Year)   Died (Year) |
| Was this author's contribution to the work a "work made for hire"?  Yes   No | |
| AUTHOR'S NATIONALITY OR DOMICILE: | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: |
| Citizen of (Name of Country)  or  Domiciled in (Name of Country) | Anonymous?  Yes   No<br>Pseudonymous?  Yes   No |
| AUTHOR OF: (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached |

| | |
|---|---|
| NAME OF AUTHOR: | DATES OF BIRTH AND DEATH |
| | Born (Year)   Died (Year) |
| Was this author's contribution to the work a "work made for hire"?  Yes   No | |
| AUTHOR'S NATIONALITY OR DOMICILE: | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: |
| Citizen of (Name of Country)  or  Domiciled in (Name of Country) | Anonymous?  Yes   No<br>Pseudonymous?  Yes   No |
| AUTHOR OF: (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached |

| | |
|---|---|
| NAME OF AUTHOR: | DATES OF BIRTH AND DEATH |
| | Born (Year)   Died (Year) |
| Was this author's contribution to the work a "work made for hire"?  Yes   No | |
| AUTHOR'S NATIONALITY OR DOMICILE: | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: |
| Citizen of (Name of Country)  or  Domiciled in (Name of Country) | Anonymous?  Yes   No<br>Pseudonymous?  Yes   No |
| AUTHOR OF: (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached |

*Use the reverse side of this sheet if you need more space for:*
- *Further continuation of Space 2*
- *Continuation of Spaces 1, 4, 6, or 7 of Form TX*

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?  Yes.  No.

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of . . . . . . . . . . } or { Domiciled in . . . . . . . . . .
(Name of Country)                          (Name of Country)

AUTHOR OF: (Briefly describe nature of this author's contribution)

DATES OF BIRTH AND DEATH:

Born . . . . . Died . . . . .
(Year)            (Year)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous?  Yes. . . .  No. .
Pseudonymous?  Yes. . . .  No. .

If the answer to either of these questions is "Yes," see detailed instructions attached

**B** — Continuation of Space 2

---

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?  Yes.  No.

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of . . . . . . . . . . } or { Domiciled in . . . . . . . . . .
(Name of Country)                          (Name of Country)

AUTHOR OF: (Briefly describe nature of this author's contribution)

DATES OF BIRTH AND DEATH:

Born . . . . . Died . . . . .
(Year)            (Year)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous?  Yes . . . .  No . .
Pseudonymous?  Yes . . . .  No . .

If the answer to either of these questions is "Yes," see detailed instructions attached

---

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?  Yes.  No.

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of . . . . . . . . . . } or { Domiciled in . . . . . . . . . .
(Name of Country)                          (Name of Country)

AUTHOR OF: (Briefly describe nature of this author's contribution)

DATES OF BIRTH AND DEATH:

Born . . . . Died . . . .
(Year)          (Year)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous?  Yes . .  No.
Pseudonymous?  Yes . . . .  No.

If the answer to either of these questions is "Yes," see detailed instructions attached

---

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?  Yes.  No.

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of . . . . . . } or { Domiciled in . . . . . .
(Name of Country)                  (Name of Country)

AUTHOR OF: (Briefly describe nature of this author's contribution)

DATES OF BIRTH AND DEATH:

Born . . . . Died . . . .
(Year)          (Year)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous?  Yes  No.
Pseudonymous?  Yes  No .

If the answer to either of these questions is "Yes," see detailed instructions attached

---

CONTINUATION OF (Check which):  ☒ Space 1  ☐ Space 4  ☐ Space 6  ☐ Space 7

**C** — Continuation of other Spaces

72 Books:

A1, A2, A3, A4

B1, B2, B3, B4, B5, B6, B7, B8, B9, B10, B11, B12, B13, B14, B15, B16, B17
B18, B19, B20, B21, B22, B23, B24, B25, B26, B27, B28, B29, B30, B31, B32

C1, C2, C3, C4, C5, C6, C7, C8, C9, C10, C11, C12, C13, C14, C15, C16, C17
C18, C19, C20, C21, C22, C23, C24, C25, C26, C27, C28, C29, C30, C31, C32

D1, D2, D3, D4