# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
Eastern Division

### JUDGMENT IN A CIVIL CASE

NATIONAL BOARD OF MEDICAL
EXAMINERS, et al.,

      Plaintiff,

CASE NUMBER: 1:09-cv-1043-B

v.

OPTIMA UNIVERSITY LLC, et al.,

      Defendant.

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the Order Granting Summary Judgment entered in the above-styled matter on 9/29/2011, Judgment is entered in favor of the Plaintiffs, and against the Defendants for statutory damages of $2,400,000, as well as attorney's fees and costs, which will be determined at a later date; a permanent injunction enjoining the Defendants from engaging in further infringement activity and ordering the Defendants to provide any copyrighted USMLE materials in Defendants possession to Plaintiffs' counsel within thirty days for its destruction.

**APPROVED:**

      s/J. Daniel Breen
      **United States District Judge**

**THOMAS M. GOULD
CLERK**

**BY: s/Anna Jordan
DEPUTY CLERK**