UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

_____
                                                                 )
**NATIONAL BOARD OF MEDICAL**        )
   **EXAMINERS** *et al.*,                         )
                                                                 )
       **Plaintiffs,**                     )
  **v.**                                              )   **Civil Action No. 09-1043-JDB**
                                                                 )
**OPTIMA UNIVERSITY LLC** *et al.*,         )
                                                                 )
       **Defendants.**                    )
_____)_____

**PLAINTIFFS' NOTICE REGARDING COSTS AND
ATTORNEY'S FEES**

1. In its Order Granting Plaintiffs' Motion for Summary Judgment (Sept. 29, 2011) (D.E. 64) (the "Order"), the Court awarded Plaintiffs their "costs, including attorney's fees," and directed Plaintiffs to submit proof of those costs and attorney's fees "within (30) days of the entry of this order." Order at 21. The Plaintiffs are filing this notice in response to the Court's directive.

2. As set forth in the attached Declaration of Robert A. Burgoyne, Plaintiffs have incurred and been billed for the following fees and expenses in connection with this lawsuit:

| | |
|---|---|
| Attorney's Fees (Fulbright & Jaworski): | $240,285.00 |
| Costs (including fees of Rainey, Kizer, Reviere & Bell) | $ 35,364.89 |
| **Total Invoiced Fees & Costs:** | **$275,649.89** |

- 2 -

WHEREFORE, Plaintiffs respectfully request that the Court enter an order awarding Plaintiffs **$275,649.89** in attorneys' fees and costs, to be paid jointly and severally by Defendants Optima University LLC and Eihab Suliman.

October 28, 2011

Respectfully submitted,

/s/ Russell E. Reviere
Russell E. Reviere
RAINEY, KIZER, REVIERE & BELL, P.L.C.
105 Highland Avenue South
P.O. Box 1147
Jackson, TN 38301
(731) 423-2414
Fax:  (731) 426-8111
rreviere@raineykizer.com

Robert A. Burgoyne
Caroline M. Mew
FULBRIGHT & JAWORSKI L.L.P.
801 Pennsylvania Avenue, NW
Washington, DC  20004-2623
(202) 662-0200
Fax:  (202) 662-4643
rburgoyne@fulbright.com
cmew@fulbright.com

*Counsel for Plaintiffs National Board of Medical Examiners and Federation of State Medical Boards*