**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| **NATIONAL BOARD OF MEDICAL EXAMINERS *et al.*,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**OPTIMA UNIVERSITY LLC *et al.*,**<br><br>**Defendants.** | **Civil Action No. 09-1043-JDB** |

**DECLARATION OF ROBERT A. BURGOYNE**

I, Robert A. Burgoyne, hereby state as follows:

1. I am more than twenty-one (21) years of age and, unless otherwise noted, I have personal knowledge of the facts stated herein.

2. I am one of the attorneys for Plaintiffs in the above-captioned lawsuit (the "Lawsuit"), the National Board of Medical Examiners and the Federation of State Medical Boards.

3. The Plaintiffs have been represented in the Lawsuit by the law firms of Rainey, Kizer, Reviere & Bell P.L.C. and Fulbright & Jaworski LLP.

4. I am the billing attorney on this Lawsuit for Fulbright & Jaworski. The invoices that I have sent to our clients have included our firm's fees and expenses as well as the fees and expenses incurred by Rainey, Kizer, Reviere & Bell P.L.C.

5. I have attached at Exhibit A a true and correct copy of a summary prepared by our accounting department of the fees billed by Fulbright & Jaworski for services provided in this Lawsuit by its attorneys and other timekeepers, through October 28, 2011. The total amount of those fees is **$240,285**.

6. I have attached at Exhibit B a true and correct copy of a summary prepared by our accounting department of the expenses billed by Fulbright & Jaworski for costs incurred in this Lawsuit, through October 28, 2011. The total amount of these expenses is **$35,364.89.** This includes the fees and expenses incurred by Rainey, Kizer, Reviere & Bell, which our firm paid and then submitted to our clients for reimbursement.

7. The **total attorneys' fees and costs** incurred by the Plaintiffs in connection with this Lawsuit for which payment is being requested from the Defendants is thus **$275,649.89.**

I state under penalty of perjury, this 28th day of October, that the information provided above is true and correct.

Robert A. Burgoyne

# EXHIBIT A

| InvoiceNumber | Work Hours | Work Amount | Bill Hours | Bill Amount |
|---|---|---|---|---|
| null | 1.00 | 595.00 | 1.00 | 595.00 |
| 10959022 | 1.50 | 892.50 | 1.50 | 892.50 |
| 10962699 | 112.25 | 61381.25 | 112.25 | 61381.25 |
| 10977714 | 73.75 | 42201.25 | 73.75 | 42201.25 |
| 10982651 | 34.00 | 19570.00 | 34.00 | 17636.25 |
| 10991256 | 34.25 | 18866.25 | 34.25 | 18717.50 |
| 11000854 | 14.00 | 7565.00 | 14.00 | 7565.00 |
| 11010246 | 10.25 | 6098.75 | 10.25 | 5206.25 |
| 11016646 | 5.50 | 2931.25 | 5.50 | 2931.25 |
| 11027558 | 26.75 | 15802.50 | 26.75 | 15207.50 |
| 11035610 | 22.25 | 12218.75 | 22.25 | 12218.75 |
| 11044484 | 9.50 | 5652.50 | 9.50 | 5652.50 |
| 11048800 | 3.25 | 1933.75 | 3.25 | 1933.75 |
| 11062590 | 53.00 | 21080.00 | 53.00 | 21080.00 |
| 11069401 | 2.50 | 1487.50 | 2.50 | 1487.50 |
| 11075840 | 1.00 | 595.00 | 1.00 | 148.75 |
| 11081497 | 22.25 | 13238.75 | 22.25 | 11602.50 |
| 11094531 | 1.50 | 892.50 | 1.50 | 892.50 |
| 11103339 | .25 | 148.75 | .25 | .00 |
| 11118092 | .25 | 148.75 | .25 | .00 |
| 11124738 | 6.00 | 3570.00 | 6.00 | 3570.00 |
| 11132639 | 2.25 | 1338.75 | 2.25 | 1338.75 |
| 11144872 | 7.50 | 3802.50 | 7.50 | 3747.50 |
| 11148588 | 1.75 | 921.25 | 1.75 | 921.25 |
| 11156501 | 2.25 | 1222.50 | 2.25 | 1105.00 |
| 11170351 | .25 | 152.50 | .25 | .00 |
| 11187063 | .50 | 297.50 | .50 | 297.50 |
| 11194650 | .25 | 148.75 | .25 | 148.75 |
| 11206999 | 7.75 | 3246.25 | 7.00 | 1211.25 |
| 11223886 | 1.00 | 595.00 | 1.00 | 595.00 |
| | | | | |
| TOTAL | 458.50 | 248595.00 | 457.75 | 240285.00 |

# EXHIBIT B

Cost Recap Summary by CostCode [10900898 - NBME v. Optima University] Case 1:09-cv-01043-JDB-cgc Document 66-1 Filed 10/28/11 Page 6 of 6 PageID 604 Page 1
Client:074805 - National Board of Medical Examiners 10/28/2011 8:24:02 AM

| CostCode | Worked Amount | Billed Amount | Description |
|---|---|---|---|
| E101S | 1995.75 | 1995.75 | Copy |
| E105S | 218.37 | 218.37 | Telephone |
| E106S | 30.00 | 30.00 | Online research |
| E107S | 280.08 | 280.08 | Delivery services/messengers |
| E112 | 10.00 | 10.00 | Court fees |
| E122 | 28376.30 | 28376.30 | Local counsel |
| E124 | 2554.33 | 2552.68 | Other |
| F204S | 42.00 | .00 | Secretary Overtime |
| F254S | 694.00 | 694.00 | Online Research - Lexis |
| F255S | 1182.11 | 1182.11 | Online Research - Westlaw |
| F256S | 2.00 | 2.00 | Equitrac Color Copies |
| F268S | 23.60 | 23.60 | Pacer |
| | | | |
| TOTAL | 35408.54 | 35364.89 | |